UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J FRANCIS

      Plaintiff(s),                           No. C 07-06125 JSW

  v.                                      **CLERK'S NOTICE**

UNITED STATES OF AMERICA

      Defendant(s).
_____/

      The Court is in receipt of a letter dated December 17, 2008 from Defendant Randee J. Golder, wherein Mr. Golder asks the Court to consider his letter as a Motion to Dismiss. The Court will not consider this letter as a motion to dismiss.

                                            Richard W. Wieking
                                            Clerk, United States District Court

                                            By:_____
                                            Jennifer Ottolini, Deputy Clerk
                                            Honorable Jeffrey S. White
                                            (415) 522-4173

Dated: January 9, 2008

<pre>
1                          UNITED STATES DISTRICT COURT
2                                      FOR THE
3                        NORTHERN DISTRICT OF CALIFORNIA
4
5
   KAYTRENA J FRANCIS,
6                                              Case Number: CV07-06125 JSW
          Plaintiff,
7                                              **CERTIFICATE OF SERVICE**
     v.
8
   UNITED STATES OF AMERICA et al,
9
          Defendant.
10   _____/
11
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
12 District Court, Northern District of California.

13 That on January 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing
   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
14 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
   delivery receptacle located in the Clerk's office.
15

16

17 Kaytrena J. Francis
   1467 7th Avenue
18 # 105
   San Francisco, CA 94122
19
   Randee J. Golder
20 Attorney at Law
   P. O. Box 243756
21 Boynton Beach, FL 33424-3756

22
   Dated: January 9, 2008            *Jennifer Ottolini*
23                                   Richard W. Wieking, Clerk
                                     By: Jennifer Ottolini, Deputy Clerk
24
</pre>