ROBERT AUGUSTUS HARPER
Harper & Harper Law Firm, P.A.
325 West Park Avenue
Tallahassee, Florida 32301-1413
(850) 224-5900/fax (850) 224-9800
FL Bar No. 127600/GA Bar No. 328360
Harperlaw@harperlawfirm.com
*Pro se*

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al<br><br>        Defendant. | Case No.  CV 07 6125-JSW<br><br>**MOTION TO DISMISS**<br>(By Defendant Harper) |

**MOTION TO DISMISS**

The Defendant, ROBERT AUGUSTUS HARPER, JR., hereby pursuant to Rule 12, Federal Rules of Civil Procedure moves the Court to dismiss the above-styled cause and alleges:

1.        The court lacks jurisdiction over the subject matter, in that the complaint filed herein fails to state a cause of action as a matter of law as more fully set forth in the attached memorandum of law.   Fed. R. Civ. P. 12(b)(1).  Attached and hereby incorporated by reference in Defendant's Memorandum of Law in Support of Motion to Dismiss.

2.      The cause of action should be dismissed as the plaintiff has failed to invoke the jurisdiction of the court over the person of the defendant. Fed. R. Civ. P. 12(b)(2).

3.      The cause of action, if any, between the plaintiff and the defendant occurred in the Northern District of Florida, and all alleged interaction between the plaintiff and the undersigned occurred in the Northern District of Florida and therefore the complaint should be dismissed for improper venue as there are not contacts with the Northern District of California, and no part of the alleged cause of action took place in California.   Fed. R. Civ. P. 12(b)(3).

4.      The Complaint should be dismissed as against the undersigned defendant in that the plaintiff failed to establish sufficient process over the person of the defendant as the process served herein was not.  Fed. R. Civ. P. 12(b)(4).

5.      The Complaint filed herein fails to state a claim upon which relief may be granted as a matter of federal law, and does not otherwise implicate the jurisdiction of the federal court. Fed. R. Civ. P. 12(b)(6).

WHEREFORE the Defendant, ROBERT AUGUSTUS HARPER, JR., prays the court to enter its order of dismissal accordingly.

Respectfully submitted,


ROBERT AUGUSTUS HARPER
Harper & Harper Law Firm, P.A.
325 West Park Avenue
Tallahassee, Florida  32301-1413
(850) 224-5900/fax (850) 224-9800
FL Bar No. 127600/GA Bar No. 328360
Harperlaw@harperlawfirm.com

Harper - Motion to Dismiss                    2

1

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been

3

furnished to:

4

5
Kaytrena J. Francis
1467 7th Avenue #105
6
San Francisco, CA 94122

7
by hand/mail delivery this __08__ day of February, 2008.

8

Respectfully submitted,

9

10

11
ROBERT AUGUSTUS HARPER
Harper & Harper Law Firm, P.A.
12
325 West Park Avenue
13
Tallahassee, Florida 32301-1413
(850) 224-5900/fax (850) 224-9800
14
FL Bar No. 127600/GA Bar No. 328360
Harperlaw@harperlawfirm.com
15

16

17

18

19

20

21

22

23

24

25

26

27
Harper - Motion to Dismiss                    3
28