IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-06125 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE** |

On February 8, 2008, Defendants Robert Augustus Harper, Jr. and David Lee Sellers separately moved to dismiss the Complaint. Neither Defendant set their motion for hearing in compliance with Civil Local Rule 7-2. Therefore, the Court HEREBY SETS the hearing on both Defendants' motions for **April 11, 2008 at 9:00 a.m.** The Court further ORDERS that an opposition to the motion shall be filed by no later than **February 29, 2008** and a reply brief shall be filed by no later than **March 7, 2008**. Failure to oppose the motion may result in **dismissal** of this action. The Case Management Conference is CONTINUED from March 14, 2008 at 1:30 p.m. to April 11, 2008 at 9:00 a.m., immediately following the hearing on the motions to dismiss.

////
////
////
////
////

1  If the Court determines that the matter is suitable for resolution without oral argument, it
2 will so advise the parties in advance of the hearing date. If the parties wish to modify this
3 schedule, they may submit for the Court's consideration a stipulation and proposed order
4 demonstrating good cause for any modification requested.

6  **IT IS SO ORDERED.**

7 Dated: February 13, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J FRANCIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA et al,

    Defendant.

Case Number: CV07-06125 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kaytrena J. Francis
1467 7th Avenue
# 105
San Francisco, CA 94122

Robert Augustus Harper
Harper & Harper Law Firm, PA
P. O. Box 10132
325 West Park Avenue
Tallahassee, FL 32301-2132

David L. Sellers
919 N. 12th Avenue
Pensacola, FL 32501

Dated: February 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk