Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122
415 971-5049
kaytrenaf@yahoo.com

Plaintiff



CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

Kaytrena J. Francis,

        Plaintiff,

v.

UNITED STATES OF AMERICA et al,
        Defendants.

Case Number: CV07-06125 JSW
**OPPOSITION TO DEFENDANT(S)
SELLERS, HARPER AND GOLDER
MOTION TO DIMISS**

---

### OPPOSITION TO DEFENDANT(S) SELLERS, HARPER, AND GOLDER MOTION TO DISMISS and MEMORANDUM OF LAW

Comes now Kaytrena J. Francis, Plaintiff, pro se, and submits this Opposition to Defendant(s) Robert Harper (Harper), David Lee Sellers (Sellers), and Randee Golder's (Golder) Motion(s) to dismiss.

### Opposition to Defendants Harper, Sellers and Golder motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(1) for lack of subject matter jurisdiction

1. In ruling on a Rule 12(b)(1) motion to dismiss, the court is generally "obligated to assume all factual allegations to be true and to draw all reasonable inferences in plaintiff's favor." See Henke v. United States, 60 F.3d 795, 797 (Fed. Cir. 1995) (citing Scheuer v. Rhodes, 416 U.S. 232, 236-37 (1974)).

2. Plaintiff argues that this court has jurisdiction over the subject matter of this complaint pursuant to
   - 28 U.S.C. §§ 1331 - federal question
   - 28 U.S.C. §§ 1332 (a)(1) - citizens of different States
   - 28 U.S.C. §1343 - civil rights and elective franchise
   - 28 U.S.C. §1346(b)(1) - United States as a Defendant
   - 28 USC § 1367(a) - Supplemental jurisdiction or pendant jurisdiction

   - 42 U.S.C. §§.1983 - civil action for deprivation of rights
   - 42 U.S.C. §1985(3) - conspiracy to interfere with civil rights
   - 42 U.S.C. §1986 – action for neglect to prevent
   - 42 U.S.C. § 1988 - proceedings in vindication of civil rights
   - 28 U.S.C. § 2201 - Declaratory Judgment Act
   - 18 U.S.C. § 2202 - further relief available

- 18 U.S.C. § 241- conspiracy against rights
- 18 U.S.C. § 242 - deprivation of rights under color of law
- 18 U.S.C. §§ 1964 - civil RICO
- 28 USC § 2679(b)(1)

3. Plaintiff further argues that this court has jurisdiction over the subject matter of this complaint pursuant 18 U.S.C. §§ 1001,1341, 1342, 1343, 1361, 1961 (and statutes cited therein) through 1967, Federal Tort Claims Act, Bivens doctrine, and Fed. R. Civ. P. Rule 65(a)(2).

## Opposition to Defendants Harper, Sellers and Golder motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(2) for lack of personal jurisdiction

1. Plaintiff argues that Defendant(s) Harper, Sellers, and Golder Motion to Dismiss for lack of Personal Jurisdiction or pursuant to 12(b) 2 should be denied because this Court has specific personal jurisdiction over them.

2. "[W]here the plaintiff's cause of action is related to or arises out of the defendant's contacts with the forum, the court is said to exercise 'specific jurisdiction.'" *IMO Indus., Inc. v. Kiekert AG*, 155 F.3d 254, 259 (3d Cir. 1998) (quoting *Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 414 n.8 (1984)).

3. "Personal jurisdiction exists if the defendant: (1) commits an intentional act; (2) that is expressly aimed at the forum state; and (3) must have known the brunt of the harm is likely to be suffered in the forum state. " Panavision Intern. LP v. Toeppen, 141 F.3d 1316, 1321 (9th Cir. 1998)

4. Personal jurisdiction for civil causes of action brought pursuant to RICO is conferred by 18 U.S.C. § 1965 which authorizes nationwide service of process.

5. Plaintiff argues that both Harper and Sellers are named RICO participants and co-conspirators in Plaintiff complaint and because the RICO and all other claims within Plaintiff's complaint are based on the same nucleus of facts—that is, an ongoing fraudulent scheme to false imprisoned Plaintiff, inter alia, to defraud or deprive Plaintiff of her intangible right to honest services through Extortion under color of official right; mail fraud, wire fraud, obstruction of justice, destruction, alteration, or falsification of court records, intimidation, retaliation, kidnapping or murder attempts, and peonage or slavery —this court also has personal jurisdiction over defendants Harper, and Sellers pursuant to 18 U.S.C. § 1965 .

6. Plaintiff further argues that as named co-conspirators (pendant parties) and RICO participants this court has specific personal jurisdiction over both Harper and Sellers. As noted in paragraphs 657-691 of Plaintiff's complaint Defendants expressly and intentionally directed their civil conspiracy and racketeering activities at Plaintiff's San Francisco residence (1467 7th Ave #105) in June of 2006 when they intentionally faxed a falsified warrant for Plaintiff's arrest to the United States District Court for the Northern District of California (San Francisco Division) under Case no: 30670357, stamped MEJ

7. Plaintiff argues, alleges and realleges that in June of 2006, Harper and Sellers as co-conspirator and RICO participants and et al named Defendant(s) committed intentional tort(s) of inter alia false imprisonment, false light invasion; intentional infliction of emotional distress because the falsified warrant alleging a probation violation of 18 U.S.C. 111 was not sent out of some act to perform a discretionary function of the court. It was voluntarily, intentionally, knowingly, and wantonly sent in the clear absence of all jurisdictions —that is, the alleged probation violation of 18 U.S.C. 111 was sent in absence of: a complaint; negotiated plea; indictment; arraignment; a trial by any United States Attorney employed by the Department of Justice; a conviction of 18 U.S.C. 111 or any offense against the United States.

8. Plaintiff argues that the Defendants faxed the falsified probation violation with a criminal intent to kidnap or murder her as alleged in her complaint to prevent her from filing a FTCA and Bivens action against them.

10. Plaintiff argues that Defendants knew or should have known when they sent the falsified warrant alleging a probation violation of 18 U.S.C. 111 to San Francisco District Court that Plaintiff would be harmed by their

intentional tortuous conduct. Defendants acted with deliberate indifference and callous disregard to Plaintiff's right to be free from unlawful seizure; right to equal protection under the law; right to not be deprived of her liberty without due process law.

11. As a direct result of Defendant's intentional tortuous conduct and actions taken in the clear absence of all jurisdictions Plaintiff suffered irreparable harm; she was false imprisoned in San Francisco County jailed; strip searched, she was imprisoned at FCI Dublin, California for ninety (90) days where she suffered injury during the false imprisonment and her DNA was forcibly taken.

12. As a direct result of Defendant's intentional tortuous conduct and actions taken in the clear absence of all jurisdictions Plaintiff suffered irreparable harm in connection with: inter alia psychological trauma brought on by fear for her safety; false imprisonment, feelings of anxiety, feelings of hopelessness, loss of trust, loss of confidence and feelings of betrayal by the justice system, shock, and emotional scarring, all compensable as emotional distress.

13. As a direct result of Defendant(s) intentional tortuous conduct and actions taken in the clear absence of all jurisdictions, Plaintiff was injured in her business and property. She lost an Information Technology contract for $145,000.00 in connection with being false imprisoned at FCI Dublin California; She has suffered lost of enjoyment of life in connection with the false publications, false light invasion, and damage to her professional reputation or intangible right to earn a living.

14. Plaintiff further argues that the court has specific personal jurisdiction over non-RICO defendant Golder because Golder did business with Plaintiff in San Francisco California.

15. "Physical presence in the state or physical contacts with the state are not a necessary component of "minimum contacts." U.S. Kids, 22 F.3d at 820 (citing Burger King v. Rudzewicz, 471 U.S. at 476.

16. When the jurisdictional facts are disputed by a defendant, materials of evidentiary quality outside the pleadings may be offered to and considered by the court. Valentin v. Hospital Bella Vista, 254 F.3d 358, 363 (1st Cir. 2001).

17. "[T]he 'minimum contacts' test . . . is not susceptible of mechanical application; rather, the facts of each case must be weighed to determine whether the requisite 'affiliating circumstances' are present." (Kulko, at p. 92, quoting Hanson v. Denckla (1958) 357 U.S. 235, 246 (Hanson))

18. Plaintiff argues that after she was false imprisoned in San Francisco June 7, 2006 and release after posting $1500.00 bail, she telephoned Golder on June 15 2006 from her San Francisco resident and informed her that she needed legal representation. Plaintiff informed Golder that Vinson was constantly taking actions in the clear absence of all jurisdiction(s) and was forcing her to return to Florida to answer an alleged probation violation of 18 USC 111 which Plaintiff had neither been charged nor convicted of; Plaintiff further stressed the importance of having an attorney that she could trust because her previous attorneys had conspired with Vinson and every document had been falsified. Golder told Plaintiff to not let anyone hear her say that Vinson was taking actions in the clear absence of all jurisdictions; Golder quoted Plaintiff a price of $7500.00; and emailed Plaintiff a Retainer Agreement (Exhibits 1) which she instructed Plaintiff to send back with a cashier check or money order.

19. Plaintiff and Golder did business via e-mail, telephone, and the mail. After Several phone conversations, Golder agreed to accept a personal check in the amount of $7500.00 as collateral until Plaintiff was able to get a loan from her bank to wire the money to Golder. Golder had insisted on funds being posted to her account before she would look at Plaintiffs paper work.

20. In the interim, a personal check in the amount of $7500.00, detail background information, and copies of the exhibits which are currently attached to Plaintiff civil complaint were Federal Expressed to Golder's residence.

21. On June 20 2006 Plaintiff' from her resident in San Francisco California Plaintiff bank wired Golder $7,500.00. The business transaction was accomplished via a semi three-way phone call between Golder, Plaintiff's Bank, and Plaintiff.



22. On June 20, 2006 Plaintiff received two emails from Golder. One email confirming that she received Plaintiff's Federal Express package; and other confirming that the bank wire had been posted to her account (Exhibits 2 and 3).

23. June 21 2006 Golder telephoned Plaintiff at the Hotel and asked Plaintiff if they (Plaintiff and Golder) were supposed to get a probable cause hearing. Plaintiff responded that the problem she was having with Vinson is that he was taking actions in the clear absence of all jurisdiction, without a complaint file against her for 18 USC 111; an indictment, negotiated plea, arraignment or a conviction and she had never had a probable cause hearing. Golder told Plaintiff that she was going to call around to see what type of Judge Vinson was and that she would call Plaintiff back.

24. When Golder called Plaintiff back she told Plaintiff that there had been a change in plans. Plaintiff would be required to remain in Florida until June 28 2006. Golder stated that a probable cause hearing would be held on June 22 2006 and a Revocation hearing would be held on June 28 2006. Plaintiff told Golder that she did not want to go before Vinson because had already violated her Fifth Amendment right to a grand jury indictment and wanted to know if Vinson could be recuse. Golder replied that Vinson was the only judge that was allowed to hear the falsified probation violation.

25. On June 22, 2006 after Golder discovered that Plaintiff falsified probation violation was scheduled on a day that court was not in session Golder told plaintiff that she was in the South and it was dangerous because Plaintiff knew too much about the law. Plaintiff told Golder that she had called the Administration Office of the Courts and had informed them that she was going to file a FTCA claim.

26. When Plaintiff went before the magistrate with Golder accompanied with her spouse. The magistrate told Plaintiff that she had only came in at Vinson request to instruct Plaintiff that she would not have a probable cause hearing but would go before Vinson for a revocation hearing on June 28, 2006. The magistrate further instructed Plaintiff to stay in the area (Pensacola Florida) until the revocation hearing.

27. After Plaintiff left the court she asked Golder why was she not allowed a probable cause hearing and Golder stated because the probable cause hearing was not required.

28. On June 28 2006 Vinson who was knowingly acting in the clear absence of all jurisdiction in the absence of complaint, negotiated plea, indictment or a conviction for 18 USC 111 told Plaintiff that he was going to false imprison her in the FBOP for ninety days with knowledge that inter alia no complaint was ever filed against Plaintiff, Plaintiff was not summons for an offense of 18 U.SC. 111 (Plaintiff's Complaint Exhibits 3 and); he had as a favor given Capt. Michael Yoder a criminal case number to forcibly prosecute Plaintiff who does not fall under military jurisdiction before a misdemeanor jury for an alleged felony of 18 U.S.C. 111 within the Special Maritime (an offense congress has not enacted); with knowledge that he falsified his order granting Yoder a continuance that Plaintiff was charged with 18 U.S.C. 111; with knowledge that he falsified his order denying Harper's motion to dismiss that a conviction of 18 U.S.C. 111 was a misdemeanor; with knowledge that the misdemeanor jury had acquitted Plaintiff of the alleged offense congress had not enacted; with knowledge that he had falsified that Plaintiff had a conviction of 18 U.S.C. 111 to conceal his actions taken in the absence of all jurisdiction; otherwise with knowledge that he was false imprisoning Plaintiff.

29. When Vinson's co-conspirator Easterling asked Vinson to impose an order that would restrict Plaintiff to San Francisco and would required Plaintiff to call the United States District Court District in the Northern District of California (San Francisco Division on a daily basis until Plaintiff would be false imprisoned for 18 USC 111 in the absence of a complaint, indictment, negotiated plea, arraignment, trial, or a conviction Golder assured Vinson that Plaintiff would telephone this court and would report to a facility to be false imprisoned with knowledge that Plaintiff was being deprived of inter alia, her Fifth Amendment right not to be deprived of her liberty without due process, her fourth Amendment right to be free from unlawful seizure; her Fifth Amendment right of equal of the laws; her Fifth Amendment right of due process of law.

30. Vinson instructed Plaintiff to wait outside until Easterling acquired a contact individual (Josh Libby 415-436-7504) Once outside in the lobby Plaintiff requested that Godler appeal the false imprisonment and Golder refused.

Golder told Plaintiff that there would not be any appeals and stated that after ninety days Vinson would leave Plaintiff alone.

31. After Easterling returned Golder told Plaintiff that she had to signed the imposed Pre trial Release Reporting Instruction and orders (Exhibit 4)

32. After Plaintiff returned to her residence in San Francisco California, Golder continued to communicate with Plaintiff via the telephone and email (Exhibit 5). Countless requests were made by Plaintiff for Golder via email or telephone to appeal up until Plaintiff was false imprisoned at FCI Dublin; but Golder refused to appeal the false imprisonment (Exhibit 6).

33. Golder acted with deliberate indifference to Plaintiffs Fourth Amendment right to be free from unlawful seizure; Plaintiff Fifth Amendment right to: due process of law; equal protection under the law; not do deprive of her liberty

34. As a direct result of Golder's refusal to appeal the false imprisonment or take any ethical legal measure to vindicate Plaintiff, she suffered irreparable harm in connection with: inter alia psychological trauma brought on by fear for her safety; false imprisonment at FCI Dublin, California for ninety (90) days, DNA taken by force; feelings of anxiety, feelings of hopelessness, loss of trust, loss of confidence and feelings of betrayal by the justice system, shock, and emotional scarring, all compensable as emotional distress.

35. As a direct result of Golder's refusal to appeal the false imprisonment or take any ethical legal measure to vindicate Plaintiff, Plaintiff was injured in her business and property. She lost an Information Technology contract for $145,000.00 in connection with being false imprisoned at FCI Dublin California; She has suffered lost of enjoyment of life in connection with the false publications, false light invasion, and damage to her professional reputation or intangible right to earn a living.

36. Plaintiff argues "due process is satisfied if the defendant has purposely directed its activities at forum residents, and the litigation results from injuries arising out of, or relating to, those activities." Burlington Indus., Inc., 97 F.3d at 1103.

37. Plaintiff argues that due process is satisfied for both Harper and Sellers who are both co-conspirators and RICO participants to Defendants who purposely directed their civil conspiracy and racketeering activities at Plaintiff's San Francisco residence.

38. Plaintiff argues that due process is satisfied for non-RICO participant Golder because he availed herself to San Francisco California when she did business.

## Opposition to Defendants Harper, Sellers and Golder motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(3) for improper Venue

1. Venue is proper the brunt of Plaintiff injury was felt in California as she was inter alia injured in her business and proprerty; false imprisoned at FCI Dublin, California for ninety (90) days.

2. Plaintiff further argues that venue is proper pursuant inter alia to 28 U.S.C. §§ 1391(a),(b), and (e); 1402(a), (b); and 18 U.S.C. 1965

## Opposition to Defendant Harper motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(4) for insufficient service process

1. Harper alleges "The Complaint should be dismissed as against the undersigned defendant in that the plaintiff failed to establish sufficient process over the person of the defendant as the process served herein was not. Fed. R. Civ.P.12(b)(4)."

2. Plaintiff argues that Harper motion to dismiss pursuant to 12(b)(4) should be denied.

3. Plaintiff argues that Harper was served pursuant to Fed. R. Civ. P. 4(d)(1) by delivering (Express Mail Receipt No. EB68 8536 375U S ) a copy of the summons and of the complaint to Capital Area Process Server, Inc which is an agent authorized by appointment or by law to receive service of process.

4. On Jan 4 2008 Plaintiff filed the original Return of Service document from Capital Area Process Service with this court. According to the Capital Area Process Service Chris J. Colson, Certified Process Server #142, 2nd Jud. Circuit of FL served Harper at 325 W. Park Ave., Tallahassee, Fl on December 11 2007 at 3:45 PM EST.

5. Plaintiff further argues that all named RICO participants have been server pursuant to 18 USC 1965(d) which authorizes service process on any person in any judicial district in which such person resides, is found, has an agent, or transacts his affairs.

### Opposition to Defendants Harper, Sellers and Golder's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim

1. Plaintiff argues that Harper, Sellers and Golder motion to dismiss pursuant to 12(b)(6) should be denied.

2. Plaintiff argues she is **not** an attorney.

3. Plaintiff argues "Pleadings in this case are being filed by Plaintiff In Propria Persona, wherein pleadings are to be considered without regard to technicalities. Propria, pleadings are not to be held to the same high standards of perfection as practicing lawyers. See Haines v. Kerner 92 Sct 594, also See Power 914 F2d 1459 (11th Cir1990), also See Hulsey v. Ownes 63 F3d 354 (5th Cir 1995). also See In Re: HALL v. BELLMON 935 F.2d 1106 (10th Cir. 1991)."

4. In Puckett v. Cox, it was held that a pro-se pleading requires less stringent reading than one drafted by a lawyer (456 F2d 233 (1972 Sixth Circuit USCA). Justice Black in Conley v. Gibson, 355 U.S. 41 at 48 (1957)

5. Defendants Harper, Sellers, and Golder must not be permitted to use unfounded malicious attacks or knowingly falsify that Plaintiff has been charged or convicted of an offense to improperly influence this honorable court

6. Plaintiff argues that Harper statement "The Plaintiff conveniently omits that she received probation after her trial …any actual jail time was the product of a supervening or intervening cause, namely the Plaintiff's violation of probation and continued misconduct and disrespect for all authorities, judges, lawyers, and military personnel." [Harper's motion to dismiss, p, 5] is nothing more than an unfounded malicious attack against Plaintiff and an intentional falsified statement of material fact made by Harper with knowledge of its falsity and with the intent to conceal Harper and his co-conspirators false imprisonment of Plaintiff in the absence of a charge, complaint, negotiated, plea, or a conviction.

7. Plaintiff argues that an intentional improper falsified or alleged probation violation of 18 U.S.C. 111 administered without a complaint, charged, indictment, arraignment, negotiated plea or a conviction of 18 U.S.C. 111 constitutes: false imprisonment, a violation of her Fifth Amendment right to Due process of law; Fifth Amendment right to equal protection of the laws and Fourth Amendment right to be free from unlawful seizure..

8. Plaintiff argues that Defendant Sellers' statement "Plaintiff has named virtually everyone she came in contact during her federal criminal action as a defendant." [Seller's motion to dismiss p.1] (Underline added for emphasis) is an intentional misrepresentation or an attempt to suggest that Plaintiff has been charged with a federal offense.

9. After Sellers was fired by Plaintiff he attempted to conceal his conspiracy with Yoder, Astel, and Vinson to false imprison Plaintiff in a federal court by sending Plaintiff the following letter titled "State v. Kaytrena Francis # 3:05mj80 (Exhibit 7) which not only further supports (Exhibits 3 and 4, Plaintiff complaint) but contradicts his "federal criminal action" allegation in his statement.

10. Plaintiff argues that Defendant Golder has willfully, and intentionally submitted in her motion to dismiss four falsified statements stating that plaintiff ahs been charged with an offense and convicted of misdemeanor assault

with knowledge of its falsity

11. The following four statements taken from Defendant's Golder motion to dismiss

- "The abdominal machine dispute escalated to Francis being charged and convicted by a jury with misdemeanor assault. [Complaint p.8]" [Golder's motion to dismiss, item 3, p.3]

- "The Complaint goes on to allege that Francis was wrongfully convicted." [Golder's motion to dismiss, item 4, p.3]

- "The kidnapping and murder allegations are based on Francis' theories that her arrest constitutes kidnapping and her incarceration pursuant to a criminal conviction constitutes attempted murder" [Golder's motion to dismiss, item 4, p.4]

- ""This probation violation hearing arose out of the underlying "abdominal machine" misdemeanor conviction"" [Golder's motion to dismiss, item 6, p.4]

are intentionally falsified with reckless disregard for the truth and must not be permitted to improperly influence this honorable court.

12. The first fact Plaintiff asserts inter alia in her complaint is:

"Francis avers that this civil action is not barred by Heck v. Humphrey, because
• Heck does not bar claims where Defendants actions are taken in the clear absence of all jurisdictions
• No complaint or indictment has ever been sworn against Francis for 18 U.S.C. 111 or any offense against the United States
• Heck does not bar violations of clearly established Fifth Amendment right to a grand jury indictment
• Francis is not in custody
• Francis has never been convicted of 18 U.S.C 111 or any offense against the United States
• Probable cause have never been established
• Francis has never been arraigned for 18 U.S.C. 111 or any offense against the United States
• Heck does not bar R.I.C.O complaints" [Plaintiff Complaint, paragraph 8, p. 4]

13. Plaintiff has asserted throughout her complaint that Vinson repeatedly false imprisoned her in the clear absence of all jurisdictions; in the absence of: a complaint, indictment, negotiated plea, arraignment or a conviction. In addition, Plaintiff has attached Exhibits to her complaint which supports her factual serious allegation against Vinson and et al

14. There is legal sufficiency to show Plaintiff is entitled to relief under her Complaint. "A Complaint should not be dismissed for failure to state a claim unless it appears beyond a doubt that the Plaintiff can prove no set of facts in support of his claim which would entitle him to relief. See Conley v. Gibson, 355 U.S. 41, 45-46 (1957) also Neitzke v. Williams, 109 S. Ct. 1827, 1832 (1989)."

15. Rule 12(b)(6) does not countenance dismissals based on a judge's disbelief of a complaint's factual allegations. In applying the Conley standard, the Court will "accept the truth of the well-pleaded factual allegations of the Complaint.

16. The Federal Rules of Civil Procedure do not require a claimant to set out in detail the facts upon which he or she bases his or her claim.  To the contrary, all the Rules require is "a short and plain statement of the claim" that will give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests.

17. To plead conspiracy, plaintiffs must "specify in detail the factual basis necessary to enable [the defendants] intelligently to prepare their defense." Ostrer v. Aronwald, 567 F.2d 551, 553 (2d Cir. 1977). That includes "specific instances of misconduct" showing a "nexus" between the particular defendant and the conspiracy." Id.

Defendant(s) Harper and Sellers are both co-conspirators and RICO participants.

18. Plaintiff argues that throughout her complaint, where a conspiracy is pleaded, each factual allegation is pleaded in an orderly fashioned:

- Defendants: followed by a list of two or more **named** conspirators
- agreement, scheme, or objective and the purposeful harmful intent
- Approximate date the overt act was performed, named of Conspirator who performed the overt act, his or her specific misconduct and a supporting exhibit
- Injury suffered by Plaintiff as a direct or approximate result of the overt act(s) described by Defendant(s) in connection with the conspiracy

19. For example In Plaintiff's 33rd cause of action 18 USC 241 (conspiracy against rights)

Defendants: "Defendants: Preisser, Miller, Capt. Yoder, Capt. Astle, Vinson, Sellers, Harper" [Plaintiff's Complaint p. 566]

Agreement, scheme, or objective and purposeful harmful intent: "Defendants knowingly, maliciously, intentionally, willfully, and voluntarily agreed to conspired to oppress and/or injure Francis in exercising or enjoying her Fifth Amendment right to a grand jury indictment all because Francis was enjoying or attempting to exercise her right to a grand jury indictment by requesting a grand jury to investigate the felonious Information that Capt. Yoder filed under simple assault in the magistrate court." [p.567]

Sellers specific misconduct "In furtherance of the conspiracy Sellers refused to file a motion to dismiss and asked Francis to prepare for trial." [p.574]

Haper's specific misconduct: "On May 23, 2005 in furtherance the conspiracy Harper intentionally falsifying and/or alleging over 30 times in the Memorandum Of Law In Support Of Defendants Motion To Dismiss With Prejudice Pursuant To Violation Of The Speedy Trial Act that an indictment had occurred (Exhibit 16)." [Plaintiff's Complaint p. 582]

Exhibit 16 is the *Memorandum Of Law In Support Of Defendants Motion To Dismiss With Prejudice Pursuant To Violation Of The Speedy Trial Act* which Harper falsified

Injury Suffered by Plaintiff: "As a result of the concerted unlawful and malicious conspiracy of all the defendants, Francis was deprived of her rights to both due process and the equal protection of the laws, and the due course of justice was impeded, in violation of the Fifth Amendment of the Constitution of the United States and 42 U.S.C.1983, or 18 U.S.C. 241.

20. Francis suffered irreparable harm in connection with her feelings of anxiety, inter alia, feelings of hopelessness, loss of trust, loss of confidence in and feelings of betrayal by the justice system, shock, and emotional scarring, all compensable as emotional distress, and other damages." [Plaintiff's Complaint p. 586, 587]

21. Plaintiff argues that Defendant's Harper arguments that:

1. Here the Complaint merely alleged conclusions ("conspiracy") with no underlying facts regarding the object, or actual confirmation.
2. "The Complaint alleges no unlawful purpose (object) and alleges no intended harm" [Harper's motion to dismiss, p, 2]
3. "Plaintiff must alleged specific facts that tend to show an agreement between the people alleged to be taking part in the conspiracy to deprive a plaintiff of his or her civil rights" [Harper's motion to dismiss, p, 4]

are unsupported and insufficient to warrant a dismissal pursuant to 12(b)(6) addition Sellers, and Golder's argument in their motion to dismiss fails because they based their theory on Harpers first argument listed above.

22. Non-Rico participant Golder is liable to Plaintiff for neglecting to prevent the false imprisonment of Plaintiff at FC Dublin, California, inter alia legal malpractice and breach of fiduciary duty.

23. Section 1986 provides a federal cause of action "against any person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 ... are about to be committed, and having the power to prevent or aid in preventing the commission of the same, neglects or refuses to do so, if such wrongful act be committed ... ."

24. Plaintiff argues that Golder's motion to dismiss pursuant 12(b)(6) should be denied because there is legal sufficiency to show Plaintiff is entitled to relief from Golder under 42 USC 1986 as established herein Plaintiff opposition to Golder's motion to dismiss pursuant to 12(b)(2) and Plaintiffs Complaint.

25. Wherefore Plaintiff respectfully request that this honorable court deny Harpers, Sellers, and Golder motion dismiss pursuant to Fed.R.Civ.P. 12(b)(6).

## Opposition to Defendants Harper Sanctions Argument (Rule 11)

1. Plaintiff argues that Harper request for Sanctions in his motion to dismiss must be denied.

2. Defendant Harper must not be permitted to abuse rule 11 to improperly influence this court,
Defendant Harper mistakenly believes that he can intimidate Plaintiff into withdrawing her Complaint.
Plaintiff will not be intimidated by Harper or any other named Defendant(s) who intends to threaten Plaintiff with Rule 11.

3. Plaintiff argues that Harper Sanction argument is abusive and legally deficient.

4. According Rule 11, "*A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets. If warranted, the court may award to the prevailing party the reasonable expenses, including attorney's fees, incurred for the motion.*"

5. Harper has not served Plaintiff a separate motion for sanctions neither has Harper described any specific conduct in his motion to dismiss which violates subdivision (b) because there is no such conduct.

6. Plaintiff argues to dismiss Plaintiffs civil action(s) for deprivation of rights inter alia; FTCA, Bivens, and civil RICO in which a serious factual pattern or allegation of a cause of action has been made with supporting Exhibits would itself be violative of procedural due process as it would deprive Plaintiff who is a pro-se litigant of equal protection of the law visa vis a party who is represented by counsel.

7. Plaintiff respectfully request that this honorable Court deny Harper's request for Sanctions and further request that Harper be sanctioned appropriately should this honorable Court determine that Harper has abused Rule 11.

WHEREFORE, the Plaintiff prays this Honorable Court deny Defendant(s) Harper, Sellers and Golder's motion to dismiss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing Opposition to Dismiss was sent via U.S. Mail to

David Lee Sellers, individually and officially
919 N 12TH Ave
Pensacola, FL 32501-3339

Robert Augustus Harper Fl Bar No.127600
Harper and Harper Law Firm
325 West Park Avenue
Tallahassee, Florida 32301-1413

Randee Golder, individually and officially
10026 Lexington Circle N.
Boynton Beach Florida 33436

on this 29th day of February, 2008

Kaytrena J. Francis
1467 7th Ave #105
San Francisco California, 94122
kaytrrenaf@yahoo.com
415 971-5049

# EXHIBITS



Print - Close Window

**From:** "Randee Golder" <rjgolder@bellsouth.net>

**To:** kaytrenaf@yahoo.com

**Subject:** Retainer Agreement

**Date:** Thu, 15 Jun 2006 18:20:58 -0400

Attached is the retainer agreement (in PDF format). Please return it to me with a cashier's check or money order for the amount of the legal fee and any documents relevant to your case. **I will not appear to represent you until I receive the signed retainer agreement and check.** I understand you have a court hearing on June 22. Please supply me with your case number and the time and location of the hearing. If you have a notice from the court, please include a copy in the documents you send to me.

*Randee J. Golder, Esq.*
www.lawyers.com/FederalCriminalLawyer


**Attachments**


**Files:**

📎 **Retainer_Agreement.pdf** (35k)



Print - Close Window

**Date:**    Sun, 18 Jun 2006 09:58:44 -0700 (PDT)

**From:**    "Kaytrena Francis" <kaytrenaf@yahoo.com>

**Subject:**    Re: Retainer Agreement

**To:**    "Randee Golder" <rjgolder@bellsouth.net>

Attorney Golder, I received the check from USAA. I
have to go and cash it so I can get my plane fair out
of it. I will have another check made for you in the
amount of 7500.00 and I will overnight express it to
you tomorrow along with, the retainer agreement, and
the documents that I have.

Thank you in advance for your assistance in this
matter.

Kaytrena Francis
415 971-5049


PS: My case number is 3:05cr27-001/RV and my court
date is June 22, 2006 at 2:00 pm


--- Randee Golder <rjgolder@bellsouth.net> wrote:

> Attached is the retainer agreement (in PDF format).
> Please return it to me
> with a cashier's check or money order for the amount
> of the legal fee and
> any documents relevant to your case. I will not
> appear to represent you
> until I receive the signed retainer agreement and
> check. I understand you
> have a court hearing on June 22. Please supply me
> with your case number and
> the time and location of the hearing. If you have a
> notice from the court,
> please include a copy in the documents you send to
> me.
>
> Randee J. Golder, Esq.
>  <http://www.lawyers.com/FederalCriminalLawyer>
> www.lawyers.com/FederalCriminalLawyer
>
>

 **YAHOO! MAIL** Classic

Print - Close Window

**From:** "Randee Golder" <rjgolder@bellsouth.net>

**To:** "'Kaytrena Francis'" <kaytrenaf@yahoo.com>

**Subject:** RE: Attorney-Client

**Date:** Tue, 20 Jun 2006 13:56:43 -0400

I received your package first thing this morning. I will review it.

Randee J. Golder, Esq.
www.lawyers.com/FederalCriminalLawyer

-----Original Message-----
From: Kaytrena Francis [mailto:kaytrenaf@yahoo.com]
Sent: Monday, June 19, 2006 8:50 PM
To: Randee Golder
Subject: Re: Attorney-Client

Yes, I will have my cell phone with me. 415 971-5049 I sent you a
 package
for you review FeEX overnight expess. It should be there around 10:30
 a.m.
thank you.

I look forward to meeting you.

--- Randee Golder <rjgolder@bellsouth.net> wrote:

> I have made my travel reservations to Pensacola. I will be flying in
> and out on the same day. I should arrive around 10:30 a.m.
> Your court hearing is at
> 2:00 p.m., but you have been instructed to go to the Marshal's Office

> at 12:00 p.m. I will try to contact you when I arrive.
> Is the phone number I
> have a cell phone that you or your husband will have with you, or do
> you want to provide me with another phone number to call?
>
> Randee J. Golder, Esq.
>  <http://www.lawyers.com/FederalCriminalLawyer>
> www.lawyers.com/FederalCriminalLawyer
>
>

Yahoo! Mail - kaytrenaf@yahoo.com    Document 19    Filed 02/29/2008    Page 15 of 27    Page 1 of 1

Case 3:07-cv-00125-JSW

 **MAIL** Classic

Print - Close Window

**From:** "Randee Golder" <rjgolder@bellsouth.net>

**To:** "'Kaytrena Francis'" <kaytrenaf@yahoo.com>

**Subject:** Legal Communication

**Date:** Tue, 20 Jun 2006 18:11:54 -0400

The funds are posting to my account. So the wire transfer has gone through. Thanks. Have a safe trip tomorrow. I'll call you when I arrive in Pensacola Thursday if I don't speak to you before.

*Randee J. Golder, Esq.*
www.lawyers.com/FederalCriminalLawyer

**PS 7**
**(Rev 07/93)**

# PRETRIAL RELEASE REPORTING INSTRUCTIONS

| DEFENDANT<br>FRANCIS, KAYTRENA | DISTRICT COURT<br>ND/CA -San Francisco | DOCKET NO.<br>06-70357 |
|---|---|---|

| CASE SUPERVISOR<br>Josh Libby | TELEPHONE NUMBER<br>415-436-7501/7502 |
|---|---|

## REPORT AS FOLLOWS:

In Person:

By Telephone:

Additional Instructions:

1.      Report as directed to Pretrial Services and contact Pretrial Services via telephone each day before noon;
2.      Notify Probation Officer of travel itinerary to include specific date, times, mode of transportation from the motel the defendant is staying at to her residence in San Francisco, California;
3.      The defendant shall not possess any firearms, destructive devices, or other dangerous weapons;
4.      The defendant shall refrain from excessive use of alcohol;
5.      The defendant shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances without a legal prescription;.

Home visits will be conducted throughout your period of supervision.

Notify your Pretrial Services Officer immediately of an change in address, telephone, or employment.

You shall not commit a federal, state, or local crime during the period of release.  You shall inform the Pretrial Services Officer immediately if you are charged with an offense.

## DEFENDANT'S STATEMENT

I understand the above stated instructions and understand that failure to comply will be reported to the Court and may result in the revocation of my bond and my detention pending the outcome of my case.

| SIGNATURE OF DEFENDANT<br><br>Francis, Kaytrena | DATE<br><br>June 30, 2006 |
|---|---|
| SIGNATURE OF UNITED STATES PRETRIAL SERVICES OFFICER<br><br>Josh Libby | DATE<br><br>6/30/06 |

- Monday 17th 2006
  3pm visit Josh



PS 7
(8/96)

# PRETRIAL RELEASE REPORTING INSTRUCTIONS

| DEFENDANT<br>Kaytrena J. Francis | DISTRICT COURT<br>Northern Florida | | DOCKET NO.<br>3:05cr27/RV/MD |
|---|---|---|---|
| CASE SUPERVISOR<br>Donna D. Easterling | | TELEPHONE NUMBER<br>(850) 435-8430, Ext. 207 | |

## REPORT AS FOLLOWS:

In Person:

As directed.

By Telephone:
Report to the U.S. Pretrial Services Office located at United States District Court, Phillip Burton United States Courthouse, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102-3434, phone (415) 436-7501 or (415) 436-7512, to Supervisory Pretrial Services Officer Allen Lew, IMMEDIATELY upon arrival in San Francisco, California;

Additionally, you are instructed to call the above number DAILY before 12:00 noon. If there is no answer, you may leave a voice mail message with a number where you can be contacted. You must advise of any police contact or change in residence, telephone, or employment.

Additional Instructions:

Abide by the Standard Conditions of Release as stated on the Order Setting Conditions of Release dated June 28, 2006.

Home visits will be conducted throughout your period of supervision.

Notify your Pretrial Services Officer immediately of any change in address, telephone, or employment.

Travel is restricted to the San Francisco, California, without specific permission to travel outside the area by the Court.

You shall not commit a federal, state, or local crime during the period of release. You shall inform the Pretrial Services Officer immediately if you are charged with an offense.

## DEFENDANT'S STATEMENT

I understand the above stated instructions and understand that failure to comply will be reported to the Court and may result in the revocation of my bond and my detention pending the outcome of my case.

| SIGNATURE OF DEFENDANT<br>Kaytrena J. Francis | DATE<br>June 28, 2006 |
|---|---|
| SIGNATURE OF UNITED STATES PRETRIAL SERVICES OFFICER<br>Donna D. Easterling | DATE<br>June 28, 2006 |



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                      **Case No.  3:05cr27/RV/MD**

**KAYTRENA J. FRANCIS**

_____

## ORDER SETTING
## CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions and provisions:

(1)     The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case.

(2)     The defendant **shall immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3)     The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States Courthouse and Federal Building in the Courtroom directed upon notice.

## ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

- Report as directed by the Pretrial Services Office via telephone each day before Noon.

- Notify Probation Officer of travel itinerary to include specific dates, times, mode of travel from the motel the defendant is staying to her residence in San Francisco, California.

- Refrain from possessing a firearm, destructive device, or other dangerous weapon.

- Refrain from excessive use of alcohol.

- Refrain from any use or unlawful possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.



The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;

(3)     any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)     a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both. A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant
1467  7th  Ave  #105
_____
                     Address
S.F.  Ca. 94122          415 97t5044
_____
       City and State              Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

X     The defendant is **ORDERED** released after processing.
☐     The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:   June 28, 2006

_____
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Yahoo!  My Yahoo!  Mail  Tutorials  More    **Make Y! your home page**

**YAHOO! MAIL**

Welcome, kaytrenaf  Sign Out  All-New Mail  Help

Search: [        ]    **Web Search**

**Mail Plus** ·  Addresses ▾  Calendar ▾  Notepad ▾

**Check Mail**  **Compose**                                                                                  **Search Mail**    **Search the Web**

**Refine Results**

**Attachments**
.pdf (5)
Other (1)

**Message Status**
Unflagged (22)
Read (22)

**Dates**
Jul '06 (14)
Jun '06 (8)

**Advanced Search**
**Search Tips**

**View your Inbox**

## Search Results 1 - 22 of 22 messages

**Message View** | Photo View | Attachment View

First | Previous | Next | Las

**Delete**  **Spam**  **Mark** ▾  **Move** ▾

| ☐ | ⚑ | Sender | Subject | Date | ⊞ Folder |
|----|----|----|----|----|----|

☐  **Randee Golder**  RE: FCI Dublin    Mon Jul 24, 2006  Randee ...
Your information is not correct. There are 5 types of facilities: camp, low, medium, high, and federal. Sometimes levels are combined in a facility. The institution to which you have been designated is a low facility. Please don't ask again. I have already ...

☐  ⚑ Randee Golder  ⚑ FCI Dublin    Mon Jul 24, 2006  Randee ...
Below is a link to information about FCI Dublin. It is a LOW security facility. It also has a camp. You have NOT been designated to a medium/high facility. Randee J. Golder, Esq. www.lawyers.com/FederalCriminalLawyer Shortcut to: http://www.bop.gov ...

☐  **Randee Golder**  Designation by BOP    Sun Jul 23, 2006  Randee ...
There is absolutely nothing that either I or the court can do about where BOP has designated Kaytrena to serve her sentence. I'm sorry. The decision is solely up to BOP (Bureau of Prisons). Randee J. Golder Attorney at Law Randee J. Golder, P.A. P.O. Box ..

☐  ⚑ Randee Golder  RE: Designation    Wed Jul 19, 2006  Randee ...
I cannot ask the Marshal's Office to send you anything. They have their procedures to follow. I have done my part by making sure you were timely designated to a facility. I have been told by the woman in Orlando handling the matter that you will be ...

☐  ⚑ Randee Golder  Designation    Mon Jul 17, 2006  Randee ...
I talked again to the woman handling designations for the NDFL. She said she has received your PSI and scored you. She indicated that she talked to you to get your address. How you have to wait for the Marshals to contact you directly and tell you where ...

☐  ⚑ Randee Golder  RE: Designation    Tue Jul 11, 2006  Randee ...
The court never sends you a certified copy of the Judgment. If you want one, I suggest you contact the court clerk. There will be a nominal fee to copy and certify the document. Randee J. Golder, Esq. www.lawyers.com/FederalCriminalLawyer -Original Message ...

☐  **Randee Golder**  RE: Documents Attached    Mon Jul 10, 2006  Randee ...
You already have the revised VOP petition. It was part of the documents I have already sent to you. As for the hearing before Judge Timothy - it was an initial appearance in this district on the VOP. You were never set for VOP before Judge Timothy ...

☐  ⚑ Randee Golder  RE: Designation    Mon Jul 10, 2006  Randee ...
The person I am dealing with is in Orlando, FL. The procedural background of your case is irrelevant at this point. I have told you that many times, and I am telling you again. Your designation will be based on the Judgment and your PSI. I am scheduled to ...

☐  ⚑ Randee Golder  ⚑ Documents Attached    Fri Jul 07, 2006  Randee ...
Attached are 40 pages of documents given to me by the government before your hearing. The documents also included your PSI which I did not scan as I assume you already have it. Randee J. Golder Attorney at Law Randee J. Golder, P.A. P.O. Box 243756 Boynton ...

☐  **Randee Golder**  RE: Mailing Address    Fri Jul 07, 2006  Randee ...
That explains why you did not receive the mailing. It will probably come back to me. I am in the process of scanning the documents so I can email them to you. Randee J. Golder Attorney at Law Randee J. Golder, P.A. P.O. Box 243756 Boynton Beach , Florida ...

☐  ⚑ Randee Golder  Designation    Fri Jul 07, 2006  Randee ...
I just spoke to the woman who will be handling your designation. The Marshals just sent her the Judgment, so she does not yet have you in the system. She is now aware of your situation and will make every effort to have you designated before your surrender ...

☐  ⚑ Randee Golder  Mailing Address    Fri Jul 07, 2006  Randee ...
Please verify the following mailing address I have for you: Ms. Kaytrena Francis 67 7 th Ave. , Apt. 105 San Francisco , CA 94122 Randee J. Golder Attorney at Law Randee J. Golder, P.A. P.O. Box 243756 Boynton Beach - Florida 33424-3756 Phone: (561) 752 ...

☐  **Randee Golder**  RE: Appeal Request    Tue Jul 04, 2006  Randee ...
Your appeal in the underlying case will proceed. I have a note to call the BOP on Thursday to make them aware of your situation. You will probably NOT go to a camp in Texas. They try to put you as close to home as possible. I remain available if you have ...

☐  ⚑ Randee Golder  RE: Appeal Request    Tue Jul 04, 2006  Randee ...
You keep bringing up the same issues, and I keep giving you the same answers. You refuse to accept that the issues you bring up are not valid. You were not entitled to a preliminary hearing because you were not incarcerated. When you are out on bond, there ...

☐  ⚑ Randee Golder  ⚑ Revised minutes    Fri Jun 30, 2006  Randee ...
Attached is a copy of the revised Minutes showing they corrected the error in the amount of time of your sentence. Randee J. Golder, Esq. www.lawyers.com/FederalCriminalLawyer

☐  ⚑ Randee Golder  ⚑ FW: From Randee Golder    Fri Jun 30, 2006  Randee ...
From: Randee Golder [mailto:rjgolder@bellsouth.net] Sent: Thursday, June 29, 2006 6:37 PM To: 'Kaytrena Francis' Subject: From Randee Golder Attached should be a copy of the Judgment entered in your case setting forth your sentence. It appears to be ...

☐  ⚑ Randee Golder  ⚑ Minutes of VOP Hrg.pdf    Fri Jun 30, 2006  Randee ...
See attached for minutes that contained an error. I have been told that it was corrected. Randee J. Golder, Esq. www.lawyers.com/FederalCriminalLawyer

☐  **Randee Golder**  From Randee Golder    Thu Jun 29, 2006  Randee ...
Attached should be a copy of the Judgment entered in your case setting forth your sentence. It appears to be correct. As we discussed, I will not be filing a Notice of Appeal concerning the probation violation. You admitted failing to file the reports, and ...

☐  **Randee Golder**  Legal Communication    Tue Jun 20, 2006  Randee ...
The funds are posting to my account. So the wire transfer has gone through. Thanks. Have a safe trip tomorrow. I'll call you when I arrive in Pensacola Thursday if I don't speak to you before. Randee J. Golder, Esq. www.lawyers.com/FederalCriminalLawyer

☐  **Randee Golder**  RE: Attorney-Client    Tue Jun 20, 2006  Randee ...
I received your package first thing this morning. I will review it. Randee J. Golder, Esq. www.lawyers.com/FederalCriminalLawyer -Original Message- From: Kaytrena Francis [mailto: kaytrenaf@yahoo.com] Sent: Monday, June 19, 2006 8:50 PM To: Randee Golder ...

☐  ⚑ Randee Golder  Attorney-Client    Mon Jun 19, 2006  Randee ...
I have made my travel reservations to Pensacola. I will be flying in and out on the same day. I should arrive around 10:30 a.m. Your court hearing is at 2:00 p.m., but you have been instructed to go to the Marshal's Office at 12:00 p.m. I will try to ...

☐  ⚑ Randee Golder  ⚑ Retainer Agreement    Thu Jun 15, 2006  Randee ...
Attached is the retainer agreement (in PDF format). Please return it to me with a cashier's check or money order for the amount of the legal fee and any documents relevant to your case. I will not appear to represent you until I receive the signed retainer ...

Check All | Clear All                                                              Messages 1 - 22 of 22  First | Previous | Next | Las

**Delete**  **Spam**  **Mark** ▾  **Move** ▾

Hide snippets - Show small attachment:

**Check Mail**  **Compose**                                                        **Search Mail**    **Search the Web**

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - kaytrenaf@yahoo.com    Document 19    Filed 02/29/2008    Page 21 of 27    Page 1 of 1

Case 5:07-cv-06122-JSW

Yahoo!  My Yahoo!  Mail  Tutorials  More    **Make Y! your home page**                                    Welcome, **kaytrenaf** Sign Out  All-New Mail  Help

**YAHOO!** MAIL                                                                                    Search:                    **Web Search**

**Mail Plus** -  **Addresses** ▾  **Calendar** ▾  **Notepad** ▾

**Check Mail**  **Compose**                                                                        **Search Mail**    **Search the Web**

**Refine Results**          Search Results 1 - 18 of 18 messages

**Message Status**        **Message View** | Photo View | Attachment View                                              First | Previous | Next | Las
Unflagged (18)
Read (16)                **Delete**  **Spam**  **Mark** ▾    **Move** ▾
Unread (2)

**Dates**                ☐  ☛   **Sender**        **Subject**                                                          **Date**        ☒ **Folder**
Jul '06 (16)             ☐       Kaytrena Francis   Re: FCI Dublin                                                     Mon Jul 24, 2006   Sent
Jun '06 (2)                      Randee I talk with the guards: The guards says that there is only three types of facilities minimum. low and high. camps ranges from minimum to low low ranges from medium to high
**Advanced Search**             high is extreme risk to society Why would I go to a higher security facility ...
Search Tips
                         ☐       Kaytrena Francis   RE: Designation                                                   Sat Jul 22, 2006   Sent
View your Inbox                  Randee. I need for you to look into the designation facility. I went there to see how to get there and was told by the guards there that FCI Dublin is a medium security prison with inmates
                                 that are incarcerated for life. Please correct this because I will ..

                         ☐  ↲  Kaytrena Francis   RE: Designation                                                     Fri Jul 21, 2006   Sent
                                 I am getting falsely imprison all because I exercise my first amendment right in filing a Congressional complaint against Eglin Air Force Base. What offense conduct are you referring to;
                                 the alleged conduct that was falsified in the PSI report? The alleged ...

                         ☐       Kaytrena Francis   RE: Designation                                                   Wed Jul 19, 2006   Sent
                                 I am getting put in dangerous place not for my offense conduct but for falsified documents. There was not probable cause for me getting arrested on December 10, 2004. There was no
                                 probable cause for prosecuting me. Perhaps you have not looked at the file ..

                         ☐       **Kaytrena Francis   RE: Designation**                                               **Wed Jul 19, 2006   Sent**
                                 I am getting put in dangerous place not for my offense conduct but for falsified documents. There was not probable cause for me getting arrested on December 10, 2004. There was no
                                 probable cause for prosecuting me. Perhaps you have not looked at the file ...

                         ☐       **Kaytrena Francis   RE: Designation**                                               **Wed Jul 19, 2006   Sent**
                                 I am getting put in dangerous place not for my offense conduct but for falsified documents. There was not probable cause for me getting arrested on December 10, 2004. There was no
                                 probable cause for prosecuting me. Perhaps you have not looked at the file ...

                         ☐       Kaytrena Francis   Re: Designation                                                   Wed Jul 19, 2006   Sent
                                 Q: Can you ask the Marshall Office out of Florida to send me a letter where I will be designated? Q: Can you do something about the fact that I am going to a low security prison for
                                 merely forgetting my purse at home. Randee you must understand that I know ...

                         ☐       Kaytrena Francis   RE: Designation                                                   Tue Jul 11, 2006   Sent
                                 Thank you for responding. Kaytrena Francis 415 971-5049 - Randee Golder <rjgolder@bellsouth.net> wrote: The court never sends you a certified copy of the Judgment. If you want
                                 one. I suggest you contract the court clerk. There will be a nominal fee to copy ...

                         ☐       Kaytrena Francis   RE: Designation                                                   Tue Jul 11, 2006   Sent
                                 Thank you, I will like to have a certified copy of the judgment reflecting the three month sentence with no supervision to follow that was imposed on June 28, 2006. According to page 3
                                 of the judgment that you emailed me, a certified copy was supposed to ...

                         ☐       Kaytrena Francis   Fwd: (679ANR) Technical Writer/Information Designer 1 year contract position in Vacaville, CA    Sun Jul 09, 2006   Sent
                                 Randee, I am losing job opportunities. I will be happy when this 3 months of imprisonment is over. I have to decline this contract which is worth 145K. Kaytrena Francis 1467 7th Ave
                                 #105 415 971-5049 - "Marsh, Pat" <pat@amrconsultants.com> wrote: Subject ...

                         ☐       Kaytrena Francis   Re: Designation                                                   Fri Jul 07, 2006   Sent
                                 Randee is this person in Texas or California that will handle my designation for three  3 months? Will this person see information from the underlying case which shows that I was on
                                 probation for a charge of 18 USC 111 which I was never cited for in the ...

                         ☐       Kaytrena Francis   Re: Documents Attached                                            Fri Jul 07, 2006   Sent
                                 Will you please scan the following docuemnts for me. 1. copy of the statement of resonings for sentencing which was part of the package that you were reading. 2. court document that
                                 reflected the last minute  change from a VOP hearing scheduled for June 22 ...

                         ☐       Kaytrena Francis   Re: Mailing Address                                               Fri Jul 07, 2006   Sent
                                 Randee my mailing address is 1467 7th Ave #105 San Francisco, Ca 94122 My address also appears at the bottom of my appeal request email. Thank you Kaytrena Francis. 1467 7th
                                 Ave #105 San Francisco, Ca. 94122 415 971-5049 Randee Golder <rjgolder@bellsouth ..

                         ☐       Kaytrena Francis   Court Documents                                                   Wed Jul 05, 2006   Sent
                                 Randee, I have not received the court documents in ther mail yet. Will you overnight express the documents to me or send them certified so that I can sign for them. I should have
                                 received the documents by now. The certified mail that I sent from Florida ...

                         ☐       Kaytrena Francis   Docuements                                                        Wed Jul 05, 2006   Sent
                                 Randee, I have not received the court documents in ther mail yet. Will you overnight express the documents to me or send them certified so that I can sign for them. I should have
                                 received the documents by now. The certified mail that I sent from Florida ...

                         ☐       Kaytrena Francis   RE: Appeal Request                                                Tue Jul 04, 2006   Sent
                                 Randee how does the 3 month prison sentence affect my appeal in the underlying case? Is the appeal blocked? Is the underlying case closed? Also. I looked at the bureau of prisons
                                 website. If I am going to Texas it looks like FPC Bryan is the prison camp ...

                         ☐       Kaytrena Francis   Re: Attorney-Client                                               Mon Jun 19, 2006   Sent
                                 Yes, I will have my cell phone with me. 415 971-5049 I sent you a package for you review FeEX overnight express. It should be there around 10:30 a.m. thank you. I look forward to
                                 meeting you. - Randee Golder <rjgolder@bellsouth.net> wrote: I have made my ...

                         ☐       Kaytrena Francis   Re: Retainer Agreement                                            Sun Jun 18, 2006   Sent
                                 Attorney Golder, I received the check from USAA. I have to go and cash it so I can get my plane fair out of it. I will have another check made for you in the amount or 7500.00 and I will
                                 overnight express it to you tomorrow along with. the retainer ...

                         Check All | Clear All                                                       Messages 1 - 18 of 18  First | Previous | Next | Las

                         **Delete**  **Spam**  **Mark** ▾    **Move** ▾

                                                                                                    Hide snippets - Show small attachments

**Check Mail**  **Compose**                                                                        **Search Mail**    **Search the Web**

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information. see our Privacy Policy



Print - Close Window

**Date:** Fri, 21 Jul 2006 13:55:36 -0700 (PDT)

**From:** "Kaytrena Francis" <kaytrenaf@yahoo.com>

**Subject:** RE: Designation

**To:** "Randee Golder" <rjgolder@bellsouth.net>

I am getting falsely imprison all because I exercise my first amendment right in filing a Congressional complaint against Eglin Air Force Base. What offense conduct are you referring to; the alleged conduct that was falsified in the PSI report? The alleged conduct that's in all the court documents that has been falsified. There was not probable cause for me getting arrested on December 10, 2004. There was no probable cause for prosecuting me. Perhaps you have not looked at the file that I have given you. The record show that my clearly established Fourth amendment right to be be free from seizure except upon probable cause was violated on December 10, 2004.

The record show that my counsel conspired to false imprison me. Robert Harper falsified court documents.

Perhaps you will be willing to explain the offense conduct you are referring to. I was already false imprison when I was on probation. The only difference is I am now going to a designated facility. Take a closer look at the file, Randee.

You said that you only practice in federal courts. What did you mean when you stated to Vinson that this was the most convoluted case that you ever seen? What was that. a warning to him?

How about clarifying what you meant Randee?

Why did you back off and not present the case law that proves that DNA was not a requirement for me leaving my purse at home.

Since you are not willing to be honest with yourself, take a look at this.

http://www.usdoj.gov/usao/eousa/foia_reading_room/usam/title9/crm00000.htm

When you are done, take a closer look at the information that was filed again.

18 USC 111, does not apply to the special maritime, Randee.

Is this what you meant by convoluted?

How can you say that I have not had my constitutional rights violated without due process of law?

Is it normal practice in federal courts for Judges to give criminal case numbers out as favors? Does not the fifth amendment provide in part that no one shall deprived of liberty without due process of law.

Is it normal practice in federal courts to try one without notifying them of what they are being tried for? Do I not have the right to notification? Do I not have the right to a counsel. Has the sixth amendment been abolished?

Something just does not sit right here. I realize that I have never been convicted of a misdemeanor or a felony before but something about my case just doesn't seem right. If everything was done legally, why did they block my access to the courts? Why did they try to stop my appeal. Why did they lie and say that I absconded knowing that the government relocated my active duty military spouse to Korea and me to San Francisco.

On December 10, 2004, I simply forgot my purse at home. You don't know how vindictive the military can be when they realize they are in the wrong. Excessive force was used against me and I suffered severe injuries. Yoder and Astel retaliated against me all because I exercised by freedom of _expression, my right to redress, my clearly established first amendment right in filing a congressional complaint against Eglin Air Force base. That is the only reason why I was in court and the only reason why I was prosecuted. No laws was broken.



A warrantless arrest requires a filing of a probable cause statement within 48 hours of the arrest. Did you know that military servicemen cannot arrest you because you are a civilian. I am a civilian also. The military must respect our constitutional rights.

Randee the truth will come out eventually;  It doesn't matter if you are honest with me today or tomorrow.

But don't you worry about me showing up on July 31, 2006. My consent has been induced by intimidation, threats, kidnapping, false imprisonment and more. What do they have in store for me next Randee?

I simply don;t understand why you as my attorney cannot protect me. There's got to be something that you can do.

Are you afraid of them Randee? Is this the reason why you are not protecting me? Is this what you meant by your June 22, 2006 warning to me that the south is dangerous? You made me feel like my life was in danger on June 22, 2006.

Randee you don't even live in the Northern District of Florida area? They would not hurt you for representing me, will they? I know that there is something that you are not telling me. I can sense it and feel it and I am usually right about my instincts. I wish that you will understand that as my attorney we are in this together. At least I thought we were.

I need to believe that there is one attorney that I can trust on my case. Have I asked for too much?

How can you allow me to not only be false imprisoned but to be put in a dangerous place?

Is there anything you can do to stop this nightmare? Is there any legal court document that you can write to prevent me from being falsely imprison?

Please help me. I am deeply concerned about my safety. What if something happens to me?

If there is something that can be legally done to prevent me from being falsely imprison please do it.


Thank you in advance for your understanding and consideration in this matter.


Kaytrena Francis
415 971-5049

**Randee Golder <rjgolder@bellsouth.net>** wrote:

> I cannot ask the Marshal's Office to send you anything. They have their procedures to follow. I have done my part by making sure you were timely designated to a facility. I have been told by the woman in Orlando handling the matter that you will be contacted by the Marshals and told where to surrender. They will not tell me where you are designated because of confidentiality issues, and they cannot verify someone calling on the phone.
>
> You have been designated to a low security facility because of your offense conduct and your non-compliance with probation. It has nothing to do with forgetting your purse at home. You should be safe in a low security facility.
>
> I have never agreed that you are being prosecuted or imprisoned without due process. I have tried to explain the process to you, but you refuse to understand or accept it.
>
> The record reflects that you were convicted of a misdemeanor. I admit the procedures are confusing, but I see no violation of your rights. I am not here to advise you about the underlying case. You had legal representation in the underlying case, and you have another attorney handling the appeal. My representation was limited to handling the probation violation and I intend to keep it limited to that. I am not going to second guess the trial attorney.

I told you after you were sentenced on the probation violation that I would do my best to have you designated in time to surrender to the designated facility instead of the Marshal. I have done that. At this point, there is nothing more I can do for you, and there is nothing more I am obligated to do for you under the terms of my retainer. I remain available to make sure everyone has the necessary court paperwork, and they are properly informed of what happened concerning the probation violation.

I caution you that on **July 31st before noon** you MUST surrender to either the Marshal in San Francisco or to the designated institution. My suggestion to you is that you learn to comply with the demands of the system. Should you resist, you will find your period of incarceration more difficult than it needs to be.



*Randee J. Golder*
*Attorney at Law*

**Randee J. Golder, P.A.**
P.O. Box 243756
Boynton Beach, Florida 33424-3756

*Phone.* **(561) 752-9890**
*Email* rjgolder@bellsouth.net
*Web.* www.lawyers.com/FederalCriminalLawyer

**From:** Kaytrena Francis
[mailto:kaytrenaf@yahoo.com]
**Sent:** Wednesday, July 19, 2006 12:49 PM
**To:** Randee Golder
**Subject:** Re: Designation

Q: Can you ask the Marshall Office out of Florida to send me a letter where I will be designated?

Q: Can you do something about the fact that I am going to a low security prison for merely forgetting my purse at home.

Randee you must understand that I know that you are aware that I am being imprisoned without due process of law.

What I don't understand is how you can allow your client to be false imprisoned like this. Doesn't it bother you? Do you not have conscious knowing that an outstanding citizen who has never been convicted of a misdemeanor or felony in her life is being deprived of her clearly established constitutional rights without due process of law?

Randee I need your help? I acquired your assistance because your web site states that you have had grand jury experience.

I was forced into court and tried before a misdemeanor jury for a violation noticed that supposingly cited me for 18 USC 111. I sent you the paperwork. I have no violation notice that cited me for 18 USC 111.

I did not have a preliminary hearing, a preliminary examination. A grand jury did not investigation this case. I was forced into court when Vinson gave Captain Yoder a criminal case number as a favor.

Is it your position that this is the way federal courts work?

What about the fact that Harper knowingly, willingly and wantonly falsified a motion to dismiss due to violation of the speedy trial right? Harper wrote over thirty times that an indictment had occurred when no grand jury has ever investigated my case and the document which I sent you shows that the government filed an information knowing that I came to magistrate court for violation notices citing Florida State Statues.

Randee I have never had an arraignment. No judicial officer has informed that I was being charged with 18 USC 111 yet I have to go prison for a charge that I have never been notified of.



Randee are you willing to make them observe at least one of my constitutional rights. Is this not the role of an attorney to protect their client's constitutional rights?

I am seriously concern about my safety. I don't want to go to a place where I could be injured. I have already been seriously deprived of my constitutional rights and now I am being subjected to place where I don't even know if I will make it out alive. Randee the judgment states that I have to be there for three months.

Put yourself in my shoes. One day of false imprisonment feels already like eternity. Imagine what three months of false imprison will be like.

I don't know what to expect in prison. I am an outstanding citizen who never been convicted of a misdemeanor or felony in my life. My credit score reflects my credibility. Moreover, you know that I am a very honest person. You have had first hand experience of what type of person I am; I went out my way to ensure that you got $7500.00 for your two day services. You also know this because I sent you my One Hundred and Forty Five Thousand Contract that I lost as a direct result of me being falsely imprisoned.

Please do not try to convince me that I am the one to blame when you clearly know that I am the victim. I don't need for you to get stressed out. I need for you to see what can be legally done to protect my constitutional rights.

You were informed on or about June 17, 2006 when I first spoke with you that I don't want to research the law. I have contracts that I need to negotiate. I don't have time to deal with matters that is not in the Information Technology field. Please don't put me in a position to do your job.

One last thing, on June 22, 2006, you stated that it did not matter that they put felonious language in the information; they were only limited to a misdemeanor due to the fact that an information was filed and I was tried before a misdemeanor jury.

Q: What is your position today?

Q: What is exactly on my record?

Q: Does my record reflect that I have been convicted of a misdemeanor or a felony?

Please answer my questions. I am still your trying to ascertain what are the charges against me?

Kaytrena Francis
415 971-5049


***Randee Golder <rjgolder@bellsouth.net>*** wrote:

I talked again to the woman handling designations for the NDFL. She said she has received your PSI and scored you. She indicated that she talked to you to get your address. Now you have to wait for the Marshals to contact you directly and tell you where you have to go. You will be designated before your surrender date. She cannot tell me over the phone where you will be designated. So stay in touch with the Marshals and let me know as soon as you hear from them.

*Randee J. Golder*
*Attorney at Law*

**Randee J. Golder, P.A.**
**P.O. Box 243756**
**Boynton Beach, Florida 33424-3756**

*Phone* **(561) 752-9890**
*Email* rjgolder@bellsouth.net
*Web* www.lawyers.com/FederalCriminalLawyer



# DAVID LEE SELLERS P.A.

ATTORNEY  &  COUNSELOR  AT  LAW
PERSONAL INJURY • CRIMINAL DEFENSE

DAVID LEE SELLERS
ERIC D. STEVENSON

May 31, 2005

Kaytrena Francis
501 Chinquapin Drive
Eglin Air Force Base, FL  32542

### *RE:    State v. Kaytrena Francis; Case #: 3:05mj80*

Dear Kaytrena,

I am writing to confirm that you have hired Robert Augustus Harper to represent you in your federal case. I have received the order from the court substituting him as attorney of record and I have taken any further appointments involving your case off of my calendar. Good luck to you and I hope things work out for you. I have separately emailed Mr. Harper and told him I will be glad to forward him my file information to him if he wishes it.

By copy of this letter, I am hereby closing my file on this matter.

Very truly yours,

DAVID LEE SELLERS, ESQUIRE

DLS/mmw
cc: Robert Augustus Harper

919 NORTH 12TH AVENUE • CORNER OF 12TH & DESOTO • PENSACOLA, FLORIDA 32501
PHONE: 850.434.3111 • FAX: 850.434.1188 • CELL 712.0772
david@davidleesellers.com          •          eric@davidleesellers.com
website: www.davidleesellers.com