1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
7      FAX: (415) 436-6927
       neill.tseng@usdoj.gov
8
   Attorneys for FEDERAL DEFENDANTS the United States of America, the United States Air
9  Force, the United States Department of Justice, the United States Courts, the Federal Bureau of
   Prisons, and, in their official capacities, Col. Edmond Keith, Col. Dean R. Clemons, SA Brian
10 Solecki, Lt. Col. Vincent C. Smith, Capt Heather A. Baker, Capt. Michael Yoder, Capt. Joanna
   Astle, Capt. Donna E. Young, 1Lt Kee-sha D. Eskridge, Msgt Edward Shepherd, Lt Col Scott
11 Farrar, CMSgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher Anglin, Tsgt Chad
   Dillon, A1C. Jason Archilla, Gregory R. Miller, E. Bryan Wilson, Stephen P. Preisser, Donna K.
12 Cato, Dominic Guadagnoli, Clyde Roger Vinson, Miles Davis, W. Paul Rayborn, Jerry Marbut,
   Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael Feldman, Joel F.
13 Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, R. Lanier Anderson, and Tracy
   Broadnax
14

15                            UNITED STATES DISTRICT COURT

16                           NORTHERN DISTRICT OF CALIFORNIA

17                                  SAN FRANCISCO DIVISION

18
   KAYTRENA J. FRANCIS,                    )   No. CV 07-06125 JSW
19                                         )
          Plaintiff,                       )   DEFENDANT UNITED STATES OF
20                                         )   AMERICA'S NOTICE OF MOTION AND
       v.                                  )   MOTION TO DISMISS
21                                         )
   UNITED STATES OF AMERICA, et al.        )   Date: April 18, 2008
22                                         )   Time: 9:00 a.m.
          Defendants.                      )   Place: Courtroom 2, 17th Floor
23 _____ )   Honorable Jeffrey S. White

24      **PLEASE TAKE NOTICE** that Defendant UNITED STATES OF AMERICA will move

25 this Court on April 18, 2008 at 9:00 a.m. in Courtroom 2, 17th Floor, United States Federal

26 Building, 450 Golden Gate Ave., San Francisco, California, before the Honorable Jeffery S.

27 White, U.S. District Judge, for an order dismissing all claims in the plaintiff's complaint against

28 it pursuant to Fed. R. Civ. P. 12(b)(1) and/or Fed. R. Civ. P. 12(b)(6).  This motion is based on

DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS
CV 07-06125 JSW

this notice, the memorandum of points and authorities, all the matters of record filed with the Court, and such other evidence as may be submitted.

## STATEMENT OF RELIEF

Defendant United States of America moves for an order dismissing all claims against it.

## ISSUE TO BE DETERMINED

1. Whether all claims against Defendant United States of America should be dismissed.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Kaytrena Francis ("Plaintiff" or "Francis") alleges over 40 different claims against over 40 defendants, most of whom are federal employees or agencies. The federal defendants have concurrently filed the following motions to dismiss:

1. DEFENDANTS UNITED STATES AIR FORCE AND, IN THEIR OFFICIAL CAPACITIES, COL EDMOND KEITH, COL DEAN R. CLEMONS, SA BRIAN SOLECKI, LT COL VINCENT C. SMITH, CAPT HEATHER A. BAKER, CAPT. MICHAEL YODER, CAPT. JOANNA ASTLE, CAPT. DONNA E. YOUNG, 1LT KEE-SHA D. ESKRIDGE, MSGT EDWARD SHEPHERD, LT COL SCOTT FARRAR, CMSGT VINCE EUBANKS, MSGT BRIAN HENDERSON, TSGT CHRISTOPHER ANGLIN, TSGT. CHAD DILLON, AND A1C. JASON ARCHILLA'S NOTICE OF MOTION AND MOTION TO DISMISS;

2. DEFENDANTS FEDERAL BUREAU OF PRISONS AND, IN HER OFFICIAL CAPACITY, TRACY BROADNAX'S NOTICE OF MOTION AND MOTION TO DISMISS;

3. DEFENDANTS UNITED STATES COURTS AND, IN THEIR OFFICIAL CAPACITIES, CLYDE ROGER VINSON, MILES DAVIS, W. PAUL RAYBORN, JERRY MARBUT, ANDREW ELLIOTT, BRYAN E. JANSEN, LARRY GIBBS, DONNA EASTERLING, MICHAEL FELDMAN, JOEL F. DUBINA, FRANK M. HULL, ROSEMARY BARKETT, SUSAN H. BLACK, AND R. LANIER ANDERSON'S NOTICE OF MOTION AND MOTION TO DISMISS;

4. DEFENDANTS UNITED STATES DEPARTMENT OF JUSTICE AND, IN THEIR OFFICIAL CAPACITIES, GREGORY R. MILLER, E. BRYAN WILSON, AND STEPHEN P. PREISSER'S NOTICE OF MOTION AND MOTION TO DISMISS;

5. DEFENDANTS DOMINIC GUADAGNOLI AND DONNA K. CATO, IN THEIR OFFICIAL CAPACITIES, NOTICE OF MOTION AND MOTION TO DISMISS.

All of Plaintiff's claims against Defendant United States of America are alleged under the

1  Federal Tort Claims Act (the "FTCA").  The five motions filed concurrently herewith address all
2  FTCA claims alleged against Defendant United States America and against all of the federal
3  agencies and employees, in their official capacities, named in the complaint.  This motion
4  incorporates by reference all memoranda of points and authorities contained in those five
5  concurrent motions, including the statements of facts, legal standards, and legal arguments
6  contained therein.
7       To the same extent those motions are granted and the claims against the federal
8  defendants bringing those motions are dismissed for lack of subject matter jurisdiction and/or for
9  failure to state a claim, and for the same reasons, the claims against Defendant United States of
10 America should be dismissed as well.

**V.  CONCLUSION.**

     For the foregoing reasons, and for the reasons stated in the five motions to dismiss filed concurrently herewith, the Court should dismiss all claims against Defendant United States of America.

                                    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: March 10, 2008             /s/
                                NEILL T. TSENG
                                Assistant United States Attorney