**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. DEFENDANTS FEDERAL BUREAU OF PRISONS AND, IN HER OFFICIAL CAPACITY, TRACY BROADNAX'S NOTICE OF MOTION AND MOTION TO DISMISS

2. DEFENDANTS UNITED STATES COURTS AND, IN THEIR OFFICIAL CAPACITIES, CLYDE ROGER VINSON, MILES DAVIS, W. PAUL RAYBORN, JERRY MARBUT, ANDREW ELLIOTT, BRYAN E. JANSEN, LARRY GIBBS, DONNA EASTERLING, MICHAEL FELDMAN, JOEL F. DUBINA, FRANK M. HULL, ROSEMARY BARKETT, SUSAN H. BLACK, AND R. LANIER ANDERSON'S NOTICE OF MOTION AND MOTION TO DISMISS

3. DEFENDANTS UNITED STATES DEPARTMENT OF JUSTICE AND, IN THEIR OFFICIAL CAPACITIES, GREGORY R. MILLER, E. BRYAN WILSON, AND STEPHEN P. PREISSER'S NOTICE OF MOTION AND MOTION TO DISMISS

4. DEFENDANTS DOMINIC GUADAGNOLI AND DONNA K. CATO, IN THEIR OFFICIAL CAPACITIES, NOTICE OF MOTION AND MOTION TO DISMISS

5. DEFENDANTS UNITED STATES AIR FORCE AND, IN THEIR OFFICIAL CAPACITIES, COL EDMOND KEITH, COL DEAN R. CLEMONS, SA BRIAN SOLECKI, LT COL VINCENT C. SMITH, CAPT HEATHER A. BAKER, CAPT. MICHAEL YODER, CAPT. JOANNA ASTLE, CAPT. DONNA E. YOUNG, 1LT KEE-SHA D. ESKRIDGE, MSGT EDWARD SHEPHERD, LT COL SCOTT FARRAR, CMSGT VINCE EUBANKS, MSGT BRIAN HENDERSON, TSGT CHRISTOPHER ANGLIN, TSGT. CHAD DILLON, AND A1C. JASON ARCHILLA'S NOTICE OF MOTION AND MOTION TO DISMISS

6. DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS

7. DECLARATION OF NEILL T. TSENG IN SUPPORT OF FEDERAL DEFENDANTS' MOTIONS TO DISMISS; EXHIBITS "A" -"E"

8. Certification of Records and Declaration of Caixa Santos

<u>Kaytrena J. Francis v. United States of America, et al.</u>
Case No. CV 07-6125 JSW

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

1 | ____ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **ELECTRONIC MAIL**

____ **FEDERAL EXPRESS**

____ **FACSIMILE (FAX)**  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

| Kaytrena J. Francis<br>1467 7th Avenue#105<br>San Francisco, CA 94122 | Robert Augustus Harper, Jr.<br>Harper & Harper Law Firm, PA<br>325 West Park Avenue<br>Tallahassee, FL 32301-2132 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 10, 2008 at San Francisco, California.

_____/s/_____
BONNY WONG
Legal Assistant