1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney

2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7155
7     FAX: (415) 436-6927
      neill.tseng@usdoj.gov

8
   Attorneys for FEDERAL DEFENDANTS

9
                    UNITED STATES DISTRICT COURT

10
                  NORTHERN DISTRICT OF CALIFORNIA

11
                     SAN FRANCISCO DIVISION

12
   KAYTRENA J. FRANCIS,              )      No. CV 07-06125 JSW
13                                    )
          Plaintiff,                  )
14                                    )      PROOF OF SERVICE
       v.                             )
15                                    )
   UNITED STATES OF AMERICA, et al.   )
16                                    )
          Defendants.                 )
17  _____ )

18        The undersigned hereby certifies that she is an employee of the Office of the United

19  States Attorney for the Northern District of California and is a person of such age and discretion

20  to be competent to serve papers.  The undersigned further certifies that on **March 11, 2008** she

21  caused a copy of:

22  1.    DEFENDANTS FEDERAL BUREAU OF PRISONS AND, IN HER OFFICIAL

23        CAPACITY,  TRACY BROADNAX'S NOTICE OF MOTION AND MOTION TO

24        DISMISS

25  2.    DEFENDANTS UNITED STATES COURTS AND, IN THEIR OFFICIAL

26        CAPACITIES, CLYDE ROGER VINSON, MILES DAVIS, W. PAUL RAYBORN,

27        JERRY MARBUT, ANDREW ELLIOTT, BRYAN E. JANSEN, LARRY GIBBS,

28        DONNA EASTERLING, MICHAEL FELDMAN, JOEL F. DUBINA, FRANK M.

PROOF OF SERVICE
CV 07-06125 JSW

1    HULL, ROSEMARY BARKETT, SUSAN H. BLACK, AND R. LANIER

2    ANDERSON'S NOTICE OF MOTION AND MOTION TO DISMISS

3    3.    DEFENDANTS UNITED STATES DEPARTMENT OF JUSTICE AND, IN THEIR

4    OFFICIAL CAPACITIES, GREGORY R. MILLER, E. BRYAN WILSON, AND

5    STEPHEN P. PREISSER'S NOTICE OF MOTION AND MOTION TO DISMISS

6    4.    DEFENDANTS DOMINIC GUADAGNOLI AND DONNA K. CATO, IN THEIR

7    OFFICIAL CAPACITIES, NOTICE OF MOTION AND MOTION TO DISMISS

8    5.    DEFENDANTS UNITED STATES AIR FORCE AND, IN THEIR OFFICIAL

9    CAPACITIES, COL EDMOND KEITH, COL DEAN R. CLEMONS, SA BRIAN

10    SOLECKI, LT COL VINCENT C. SMITH, CAPT HEATHER A. BAKER, CAPT.

11    MICHAEL YODER, CAPT. JOANNA ASTLE, CAPT. DONNA E. YOUNG, 1LT KEE-

12    SHA D. ESKRIDGE, MSGT EDWARD SHEPHERD, LT COL SCOTT FARRAR,

13    CMSGT VINCE EUBANKS, MSGT BRIAN HENDERSON, TSGT CHRISTOPHER

14    ANGLIN, TSGT. CHAD DILLON, AND A1C. JASON ARCHILLA'S NOTICE OF

15    MOTION AND MOTION TO DISMISS

16    6.    DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION AND

17    MOTION TO DISMISS

18    7.    DECLARATION OF NEILL T. TSENG IN SUPPORT OF FEDERAL DEFENDANTS'

19    MOTIONS TO DISMISS; EXHIBITS "A" -"E"

20    8.    Certification of Records and Declaration of Caixa Santos

21    filed **March 10, 2008**, to be served by U.S. mail upon the person at the place and address(es)

22    stated below, which is the last known address:

23    **David Lee Sellers**
     **919 N. 12th Avenue**
24    **Pensacola, FL 32501**

25

26

27

28

1         I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3   Dated: March 11, 2008                         /s/

                                          MANIK BOWIE

4                                             Legal Assistant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28