1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
7      FAX: (415) 436-6927
       neill.tseng@usdoj.gov
8
   Attorneys for FEDERAL DEFENDANTS the United States of America, the United States Air
9  Force, the United States Department of Justice, the United States Courts, the Federal Bureau of
   Prisons, and, in their official capacities, Col. Edmond Keith, Col. Dean R. Clemons, SA Brian
10 Solecki, Lt. Col. Vincent C. Smith, Capt Heather A. Baker, Capt. Michael Yoder, Capt. Joanna
   Astle, Capt. Donna E. Young, 1Lt Kee-sha D. Eskridge, Msgt Edward Shepherd, Lt Col Scott
11 Farrar, CMSgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher Anglin, Tsgt Chad
   Dillon, A1C. Jason Archilla, Gregory R. Miller, E. Bryan Wilson, Stephen P. Preisser, Donna K.
12 Cato, Dominic Guadagnoli, Clyde Roger Vinson, Miles Davis, W. Paul Rayborn, Jerry Marbut,
   Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael Feldman, Joel F.
13 Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, R. Lanier Anderson, and Tracy
   Broadnax
14

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17                               SAN FRANCISCO DIVISION

18
   KAYTRENA J. FRANCIS,              )   No. CV 07-06125 JSW
19                                   )
        Plaintiff,                   )   FEDERAL DEFENDANTS' RE-NOTICE
20                                   )   OF MOTIONS
        v.                           )
21                                   )   Date: May 9, 2008
   UNITED STATES OF AMERICA, et al.  )   Time: 9:00 a.m.
22                                   )   Place: Courtroom 2, 17th Floor
        Defendants.                  )   Honorable Jeffrey S. White
23  _____)

24      **PLEASE TAKE NOTICE** that the following motions filed by the Federal Defendants

25 on March 10, 2008, will be heard on May 9, 2008, at 9:00 a.m. in Courtroom 2, 17th Floor,

26 United States Federal Building, 450 Golden Gate Ave., San Francisco, California, before the

27 Honorable Jeffery S. White, U.S. District Judge:

28      1.      DEFENDANTS UNITED STATES AIR FORCE AND, IN THEIR OFFICIAL

FEDERAL DEFENDANTS' RE-NOTICE OF MOTIONS
CV 07-06125 JSW

CAPACITIES, COL EDMOND KEITH, COL DEAN R. CLEMONS, SA BRIAN SOLECKI, LT COL VINCENT C. SMITH, CAPT HEATHER A. BAKER, CAPT. MICHAEL YODER, CAPT. JOANNA ASTLE, CAPT. DONNA E. YOUNG, 1LT KEE-SHA D. ESKRIDGE, MSGT EDWARD SHEPHERD, LT COL SCOTT FARRAR, CMSGT VINCE EUBANKS, MSGT BRIAN HENDERSON, TSGT CHRISTOPHER ANGLIN, TSGT. CHAD DILLON, AND A1C. JASON ARCHILLA'S MOTION TO DISMISS;

2. DEFENDANTS FEDERAL BUREAU OF PRISONS AND, IN HER OFFICIAL CAPACITY, TRACY BROADNAX'S MOTION TO DISMISS;

3. DEFENDANTS UNITED STATES COURTS AND, IN THEIR OFFICIAL CAPACITIES, CLYDE ROGER VINSON, MILES DAVIS, W. PAUL RAYBORN, JERRY MARBUT, ANDREW ELLIOTT, BRYAN E. JANSEN, LARRY GIBBS, DONNA EASTERLING, MICHAEL FELDMAN, JOEL F. DUBINA, FRANK M. HULL, ROSEMARY BARKETT, SUSAN H. BLACK, AND R. LANIER ANDERSON'S MOTION TO DISMISS;

4. DEFENDANTS UNITED STATES DEPARTMENT OF JUSTICE AND, IN THEIR OFFICIAL CAPACITIES, GREGORY R. MILLER, E. BRYAN WILSON, AND STEPHEN P. PREISSER'S MOTION TO DISMISS;

5. DEFENDANTS DOMINIC GUADAGNOLI AND DONNA K. CATO, IN THEIR OFFICIAL CAPACITIES, MOTION TO DISMISS.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 11, 2008                    /s/
                                NEILL T. TSENG
                                Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

FEDERAL DEFENDANTS' RE-NOTICE OF MOTIONS

<u>Kaytrena J. Francis v. United States of America, et al.</u>
Case No. CV 07-6125 JSW

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **ELECTRONIC MAIL**

_____  **FEDERAL EXPRESS**

_____  **FACSIMILE (FAX)** Telephone No.: _See Below_____

to the party(ies) addressed as follows:

| David Lee Sellers<br>919 N. 12th Avenue<br>Pensacola, FL 32501 | Kaytrena J. Francis, Pro Se<br>1467 7th Avenue, #105<br>San Francisco, CA 94122 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 11, 2008 at San Francisco, California.

```
        /s/
_____
MANIK BOWIE
Legal Assistant
```

FEDERAL DEFENDANTS' RE-NOTICE OF MOTIONS
CV 07-06125 JSW                                    3