IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J. FRANCIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. C 07-06125 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE**

Defendants Robert Augustus Harper, Jr., David Lee Sellers and Randee J. Golder separately moved to dismiss the Complaint. The Court set the hearing on Defendants' motions for April 11, 2008 at 9:00 a.m. and set a briefing schedule with which the parties have already complied.

The Court has now received another five motions to dismiss from various federal defendants set for hearing on May 9, 2008. For the sake of judicial efficiency, the Court HEREBY SETS the hearing date on all outstanding motions to dismiss for **Friday, May 23, 2008 at 9:00 a.m.** The Court further ORDERS that oppositions to motions to dismiss the federal defendants shall be filed by no later than **April 4, 2008** and reply briefs shall be filed by no later than **April 11, 2008**. Failure to oppose the motion may result in **dismissal** of this action. The Case Management Conference is CONTINUED from April 11, 2008 to May 23, 2008 at 9:00, immediately following the hearing on the motions to dismiss.

1  If the Court determines that the matter is suitable for resolution without oral argument, it
2  will so advise the parties in advance of the hearing date. If the parties wish to modify this
3  schedule, they may submit for the Court's consideration a stipulation and proposed order
4  demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J FRANCIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA et al,

    Defendant.

Case Number: CV07-06125 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kaytrena J. Francis
1467 7th Avenue
# 105
San Francisco, CA 94122

Neill Tai Tseng
United States Attorney's Office
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102

Randee Golder
PO Box 243756
Boynton Beach, FL 33424-3756

Robert Augustus Harper
Harper & Harper Law Firm, PA
325 West Park Avenue
Tallahassee, FL 32301-2132

Dated: March 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk