Randee J. Golder, Defendant
P.O. Box 243756
Boynton Beach, FL 33424-3756
Phone: (561) 752-9890
Fax:    (561) 752-9889
Email: rjgolder@bellsouth.net
*Pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J. FRANCIS,

     **Plaintiff,**

vs.                                                           Case No:  CV 07 6125 JSW

UNITED STATES OF AMERICA, et al.,

     **Defendants.**

_____/

## MOTION TO ADOPT CO-DEFENDANTS' ARGUMENTS IN THEIR MOTIONS TO DISMISS

     Defendant Randee Golder moves this Court to allow her to adopt the arguments raised in the various Motions to Dismiss filed by her co-defendants.

     Defendant Golder is an attorney defendant in the case. All of the parties have raised the same or similar issues. However, the various "Federal Defendants" have asserted additional facts and grounds relevant to the motions that are not otherwise within the knowledge or ability of the attorney defendants. For example, the Federal Defendants have asserted certain immunity that is not available to the attorney defendants. However, if this court were to find

that immunity does apply, the attorneys could not then be held responsible for the actions of the Federal Defendants within the lawful exercise of their positions.

In fairness, Golder should be allowed to adopt any additional arguments and facts that relate to issues she already raised in her Motion to Dismiss.

WHEREFORE, the defendant, Randee Golder, respectfully requests that this Court allow her to adopt the arguments and factual assertions raised in the motions to dismiss filed by her co-defendants.

Respectfully submitted,

s/ *Randee J. Golder*
Randee J. Golder
rjgolder@bellsouth.net
PO Box 243756
Boynton Beach, FL 33424-3756
(561) 752-9890/Fax (561) 752-9889

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Randee J. Golder*
Randee J. Golder, Esq.

**SERVICE LIST**
**Francis v. United States, et al.**
**Case No. CV 07-06125 JSW**
**United States District Court, Northern District of California**

| | |
|---|---|
| AUSA Neill T. Tseng<br>Email: neill.tseng@usdoj.gov<br>U.S. Attorney's Office<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102-3495<br>**Served through CM/ECF** | Kaytrena Francis<br>1467 7th Avenue # 105<br>San Francisco, CA 94122<br>**Served by U.S. Mail** |
| Robert Augustus Harper, Jr.<br>Email: harperlaw@harperlawfirm.com<br>Harper & Harper Law Firm, PA<br>325 West Park Ave.<br>Tallahassee, FL 32301-2132<br>**Served through CM/ECF** | David Lee Sellers<br>919 N. 12th Avenue<br>Pensacola, FL 32501<br>**Served by U.S. Mail** |