# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

See Attached.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 2 1 2008
DATE

SHEILA RASH
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me [1] || DATE |
| Name of SERVER || TITLE |
| *Check one box below to indicate appropriate method of service* |||
| ☐ | Served Personally upon the Defendant. Place where served: ||
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: ||
| ☐ | Returned unexecuted: ||
| ☐ | Other *(specify):* ||
| STATEMENT OF SERVICE FEES |||
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                       *Date*                                          *Signature of Server*

                                                                        _____
                                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Defendant(s) in their individually capacity

| | | |
|---|---|---|
| Roger Vinson<br>One North Palafox Street<br>Pensacola Fl, 32502 | Miles Davis<br>One North Palafox Street<br>Pensacola Fl, 32502 | Jerry Marbut<br>One North Palafox Street<br>Pensacola Fl, 32502 |
| W. Paul Rayborn<br>One North Palafox Street<br>17 South De Villiers Street<br>Pensacola Fl, 32502 | Andrew Elliott<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502 | Bryan E. Jansen<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502 |
| Larry Gibbs<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502 | Donna D. Easterling<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502 | Michael Feldman<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502 |
| Charles Lammers<br>3 W Garden Street, Suite 200<br>Pensacola, FL 32502 | Randolph P. Murrell<br>227 N Bronough St, Suite 4200<br>Tallahassee, FL 32301 | Chet Kaufman<br>227 N Bronough St, Suite 4200<br>Tallahassee, FL 32301 |
| Joel F. Dubina<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303 | Rosemary Barkett<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303 | Susan H. Black<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303 |
| R. Lanier Anderson<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303 | Donna K. Cato<br>One North Palafox Street,<br>Pensacola Fl, 32502 | Frank M. Hull<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303 |
| Stephen P. Preisser<br>21 East Garden Street, Ste 400<br>Pensacola, FL 32502 | Gregory R. Miller<br>111 North Adams Street, Fourth Floor<br>Tallahassee, FL 32301 | E. Bryan Wilson<br>111 North Adams Street, Fourth Floor<br>Tallahassee, FL 32301 |
| Dominic Guadagnoli<br>6254 Calle De Hidalgo<br>Navarre, Fl 32566 | Dean R. Clemons<br>720 Osceola Cir<br>Eglin AFB Fl 32542 | Col Edmond B. Keith<br>11108 Everett Keith Rd<br>Huntersville, NC 28078 |
| Tracy Broadnax<br>CCM Orlando<br>3659 Maguire Blvd., Ste 100<br>Orlando, FL 32803 | Lt Col Vincent C. Smith<br>Deputy Chief Congressional Inquiry<br>10112 Tamarack Dr<br>Vienna Va 22182 | Lt. Col Scott Farrar<br>Director of Security Forces<br>1777 N. Kent St<br>Rosslyn Va. 22209 |
| Captain Joanna Astel<br>96 ABW/JAC<br>Eglin AFB, FL 32542 | Heather A. Baker (legal office)<br>500 Stonehenge Dr<br>Mary Ester, Fl 32569 | Captain Michael J. Yoder<br>770 Saint Vincent CV<br>Niceville, Fl 32578 |
| CMSGT Vince Eubanks<br>PSC Box 251<br>Anderson Guam 96543 | 1Lt Kee-sha D. Eskridge<br>208 Patrician Dr<br>Hampton Va 23666 | MSgt Edward Shepherd<br>1950 Jamaica Dr<br>Navarre, Fl 32566 |
| TSgt Chad Dillon<br>96 SFS/S3A<br>Eglin AFB Fl 32542 | MSGT Brian Henderson<br>435 Gregory Ave<br>Valparaiso, Fl, 32580 | A1C Jason Archilla<br>8 Forsman Cir NW<br>Fort Walton Beach, Fl 32548 |

| | | |
|---|---|---|
| TSgt Christopher Anglin<br>3220 Skynight DR<br>Crestview, Fl 32539 | Brian Solecki<br>1917 Kadima Cir<br>Fort Walton Beach, Fl 32547 | Major Donna E. Young<br>5290 Sidehill Dr<br>Sun Valley, NV 89433 |
| Elizabeth Faulk<br>450 Golden Gate Ave<br>San Francisco, CA 94102 | Carmen<br>450 Golden Gate Ave<br>San Francisco, CA 94102 | |