JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6927
   neill.tseng@usdoj.gov

Attorneys for FEDERAL DEFENDANTS the United States of America, the United States Air Force, the United States Department of Justice, the United States Courts, the Federal Bureau of Prisons, and, in their official capacities, Col. Edmond Keith, Col. Dean R. Clemons, Brian Solecki, Lt. Col. Vincent C. Smith, Heather A. Baker, Capt. Michael Yoder, Capt. Joanna Astle, Capt. Donna E. Young, 1Lt Kee-sha D. Eskridge, Msgt Edward Shepherd, Maj. Scott R. Farrar, SMSgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher Anglin, Tsgt Chad Dillon, A1C. Jason Archilla, Gregory R. Miller, E. Bryan Wilson, Stephen P. Preisser, Donna K. Cato, Dominic Guadagnoli, Clyde Roger Vinson, Miles Davis, W. Paul Rayborn, Jerry Marbut, Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael Feldman, Joel F. Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, R. Lanier Anderson, and Tracy Broadnax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAYTRENA J. FRANCIS, | No. CV 07-06125 JSW |
| Plaintiff, | SECOND DECLARATION OF NEILL T. TSENG IN SUPPORT OF FEDERAL DEFENDANTS' MOTIONS TO DISMISS; EXHIBITS "F"-"I" |
| v. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | Date: May 23, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br>Honorable Jeffrey S. White |

1.    I am an Assistant United States Attorney for the Northern District of California and represent the Federal Defendants in this action. I submit this declaration in support of the Federal Defendants' various motions to dismiss filed on March 10, 2008, and in support of the Federal Defendants' various reply briefs filed on April 11, 2008. I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

SECOND DECLARATION OF NEILL T. TSENG
CV 07-06125 JSW

2. Attached hereto as Exhibit F is a true and correct copy of the Order denying Motion to Dismiss filed May 31, 2005 (Docket #17), that I obtained from PACER on or around April 10, 2008, in United States v. Francis, Case No. 3:05-cr-00027-RV-1, in the United States District Court for the Northern District of Florida.

3. Attached hereto as Exhibit G are true and correct copies of various documents I received from AUSA Stephen Preisser of the Northern District of Florida purportedly relating to the appointment of United States Air Force Captain Johanna Astle as a Special Assistant United States Attorney.

4. Attached hereto as Exhibit H are true and correct copies of various documents I received from AUSA Stephen Preisser of the Northern District of Florida purportedly relating to the appointment of United States Air Force Captain Michael Yoder as a Special Assistant United States Attorney.

5. Attached hereto as Exhibit I are excerpts of true and correct copies of documents I received from AUSA Stephen Preisser of the Northern District of Florida, which documents are purportedly the Transcript of Sentencing, August 23, 2005, in United States v. Francis, Case No. 3:05-cr-00027-RV-1, in the United States District Court for the Northern District of Florida.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2008, in San Francisco, California.

/s/
NEILL T. TSENG
Assistant United States Attorney