# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. **Defendants United States Air Force And, in Their Official Capacities, Col Edmond Keith, Col Dean R. Clemons, Sa Brian Solecki, Lt Col Vincent C. Smith, Capt Heather A. Baker, Capt. Michael Yoder, Capt. Joanna Astle, Capt. Donna E. Young, 1lt Kee-sha D. Eskridge, Msgt Edward Shepherd, Lt Col Scott Farrar, Cmsgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher Anglin, Tsgt. Chad Dillon, and A1c. Jason Archilla's Reply in Support of Motion to Dismiss**

2. **Defendants Federal Bureau of Prisons And, in Her Official Capacity, Tracy Broadnax's Reply in Support of Motion to Dismiss**

3. **Defendants United States Courts And, in Their Official Capacities, Clyde Roger Vinson, Miles Davis, W. Paul Rayborn, Jerry Marbut, Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael Feldman, Joel F. Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, and R. Lanier Anderson's Reply in Support of Motion to Dismiss**

4. **Defendants United States Department of Justice And, in Their Official Capacities, Gregory R. Miller, E. Bryan Wilson, and Stephen P. Preisser's Reply in Support of Motion to Dismiss**

5. **Defendants Dominic Guadagnoli and Donna K. Cato, in Their Official Capacities, Reply in Support of Motion to Dismiss**

6. **Second Declaration of Neill T. Tseng in Support of Federal Defendants' Motions to Dismiss; Exhibits F- Exhibits T**

<u>Kaytrena J. Francis v. United States of America, et al.</u>
Case No. CV 07-6125 JSW

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **ELECTRONIC MAIL**

____  **FEDERAL EXPRESS**

____  **FACSIMILE (FAX)**  Telephone No.:__See Below__

1

to the party(ies) addressed as follows:

| Kaytrena J. Francis<br>1467 7th Avenue #105<br>San Francisco, CA 94122 | David Lee Sellers<br>919 N. 12th Avenue<br>Pensacola, FL 32501 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 11, 2008 at San Francisco, California.

_____/s/_____
BONNY WONG
Legal Assistant