Randee J. Golder, Defendant
P.O. Box 243756
Boynton Beach, FL 33424-3756
Phone: (561) 752-9890
Fax:    (561) 752-9889
Email: rjgolder@bellsouth.net
*Pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J. FRANCIS,

    Plaintiff,

vs.                                       Case No:  CV 07 6125 JSW

UNITED STATES OF AMERICA, et al.,

    **Defendants.**

_____/

### MOTION TO APPEAR BY PHONE AT MAY 23, 2008 HEARING

    Defendant Randee Golder moves this Court to allow her to appear by telephone at the hearing on the various defendants' motions to dismiss set for May 23, 2008.

    The motions of all of the defendants assert this is a frivolous lawsuit without proper venue in the Northern District of California. It is an unfair hardship to require the defendant to appear in San Francisco, California in order to defend herself against a frivolous lawsuit when she is a resident of Florida without ties to that jurisdiction. This lawsuit concerns matters that occurred in the Northern District of Florida and have already been decided by not only a district court but also by an appellate court.

In the alternative, one of the Florida attorney defendants, David Sellers, may be making the trip to California for this hearing. Since the attorneys are all in similar positions, it would be possible for one to represent the interests of the others. The problem could be resolved if Mr. Sellers was allowed to represent the undersigned Florida attorney at the hearing.

WHEREFORE, the defendant, Randee Golder, respectfully requests that this Court allow her to appear for the hearing set for May 23, 2008 by telephone, or, in the alternative, allow Florida attorney co-defendant David Sellers to represent her interests at the hearing.

Respectfully submitted,

s/ *Randee J. Golder*
Randee J. Golder
rjgolder@bellsouth.net
PO Box 243756
Boynton Beach, FL 33424-3756
(561) 752-9890/Fax (561) 752-9889

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Randee J. Golder*
Randee J. Golder, Esq.

1
2
3

**SERVICE LIST**
**Francis v. United States, et al.**
**Case No. CV 07-06125 JSW**
**United States District Court, Northern District of California**

4
5
6
7

AUSA Neill T. Tseng
Email: neill.tseng@usdoj.gov
U.S. Attorney's Office
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102-3495
**Served through CM/ECF**

Kaytrena Francis
1467 7th Avenue # 105
San Francisco, CA 94122
**Served by U.S. Mail**

8
9
10
11

Robert Augustus Harper, Jr.
Email: harperlaw@harperlawfirm.com
Harper & Harper Law Firm, PA
325 West Park Ave.
Tallahassee, FL 32301-2132
**Served through CM/ECF**

David Lee Sellers
919 N. 12th Avenue
Pensacola, FL 32501
**Served by U.S. Mail**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Golder/Motion to Adopt/C 07-06125 JSW          3