# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Francis,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>United States of America FTCA,<br><br>　　　　　　　Defendant(s). | 07-06125 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

　　　The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

　　　Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
07-06125 JSW                                            -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: May 9, 2008

                    RICHARD W. WIEKING
                    Clerk
                    by:    Timothy J. Smagacz

                    _____
                    ADR Administrative Assistant
                    415-522-4205
                    Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

---

**Notice Re: Noncompliance With Court Order**
07-06125 JSW                    -2-

PROOF OF SERVICE

Case Name:		Francis v. United States of America FTCA

Case Number:		07-06125 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Kaytrena J. Francis
> 1467  7th Avenue
> # 105
> San Francisco, CA 94122
>
> Neill Tai Tseng
> United States Attorney's Office
> 450 Golden Gate Avenue
> 9th Floor
> San Francisco, CA 94102
> neill.tseng@usdoj.gov
>
> Charles Lammers
> ,
>
> Randolph P. Murrell
> ,
>
> Chet Kaufman
> ,

Elizabeth Faulk
,

Carmen
,

David Lee Sellers
,

Robert Augustus Harper Jr.
Harper & Harper Law Firm, PA
325 West Park Avenue
Tallahassee, FL 32301-2132
harperlaw@harperlawfirm.com

Randee Golder
PO Box 243756
Boynton Beach, FL 33424-3756
rjgolder@bellsouth.net


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 9, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov