ROBERT AUGUSTUS HARPER
Harper & Harper Law Firm, P.A.
325 West Park Avenue
Tallahassee, Florida 32301-1413
(850) 224-5900/fax (850) 224-9800
FL Bar No. 127600/GA Bar No. 328360
Harperlaw@harperlawfirm.com
*Pro se*

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>   Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>   Defendants. | Case No. CV 07 6125-JSW<br><br>**MOTION TO DISMISS HEARING SCHEDULED 23 MAY 2008 AT 9:00 A.M. BY TELEPHONE (HARPER)** |

**MOTION TO ATTEND HEARING BY TELEPHONE**

The Defendant, ROBERT AUGUSTUS HARPER, JR., and pursuant to Rule 7-1 and 7-11 United States District Court, Northern District of California, moves the Court to allow undersigned counsel to attend the hearing set herein for Friday, 23 May 2008 at 9:00 a.m., by telephone, and alleges:

   1.   Hearing on Plaintiff's Motion to Dismiss has been noticed for Friday, 23 May 2008 at 9:00 a.m. in San Francisco, California.

   2.   Defendant seeks permission to attend the hearing by telephonic conference call due

to the time and expense involved in personally appearing. The undersigned has made contacts regarding the appropriateness of hiring local counsel.

3. There is no prejudice to Plaintiff as the issues pending are matters of law and not issues of facts. Defendant resides in Tallahassee, Florida, more than 2,500 miles from the Court. Travel to and from the scheduled hearing would work a hardship on counsel who has a conflicting briefing schedule with the Supreme Court of Florida on an unrelated case, but which can not be extended.

4. Defendant may at all pertinent times be reached on land line number (850) 224-5900.

WHEREFORE, Defendant, ROBERT AUGUSTUS HARPER, JR., would pray the Court enter an Order allowing Defendant to attend the hearing scheduled herein by telephonic conference call.

Respectfully submitted,

   /s/ Robert Augustus Harper
ROBERT AUGUSTUS HARPER
Harper & Harper Law Firm, P.A.
325 West Park Avenue
Tallahassee, Florida  32301-1413
(850) 224-5900/fax (850) 224-9800
FL Bar No. 127600/GA Bar No. 328360

Harperlaw@harperlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

Kaytrena J. Francis
1467 7th Avenue #105
San Francisco, California 94122

Counsel of Record via ECF

by ~~hand~~/mail delivery this  13th   day of May, 2008.

                Respectfully submitted,

                    /s/ Robert Augustus Harper
                ROBERT AUGUSTUS HARPER
                Harper & Harper Law Firm, P.A.
                325 West Park Avenue
                Tallahassee, Florida  32301-1413
                (850) 224-5900/fax (850) 224-9800
                FL Bar No. 127600/GA Bar No. 328360

                Harperlaw@harperlawfirm.com