ROBERT AUGUSTUS HARPER
Harper & Harper Law Firm, P.A.
325 West Park Avenue
Tallahassee, Florida  32301-1413
(850) 224-5900/fax (850) 224-9800
FL Bar No. 127600/GA Bar No. 328360
Harperlaw@harperlawfirm.com
*Pro se*

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAYTRENA J. FRANCIS, <br><br>  Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br>  Defendants. | Case No.  CV 07 6125-JSW <br><br> **PROPOSED ORDER HEARING SCHEDULED 23 MAY 2008 AT 9:00 A.M. (HARPER)** |
|---|---|

**ORDER GRANTING LEAVE TO APPEAR BY TELEPHONE
AT MOTION TO DISMISS
HEARING SCHEDULED 23 MAY 2008** (**PROPOSED**)

THIS CAUSE, coming on to be heard on Defendant's Motion to Appear at hearing scheduled 23 May 2008 at 9:00 a.m. by telephone, and the Court being fully advised on the premises, it is upon consideration:

ORDERED AND ADJUDGED:

1. The Defendant, Harper's motion to appear by telephone is GRANTED.

DONE AND ORDERED in Chambers, San Francisco, California, _____ County, California, this _____ day of May, 2008.

                                                                                              Jeffery S. White
U.S. District Judge

Copies furnished to:

Counsel of Record