1 Mary McNamara SBN 147131
Alexis Haller SBN 201210
2 SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
3 San Francisco, California 94104
Telephone: (415) 477-3800
4 Facsimile: (415) 477-9010

5 Attorneys for CHET KAUFMAN and RANDOLPH P. MURRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAYTRENA J. FRANCIS, | Case No. CV 07-06125 JSW |
|---|---|
| Plaintiff, | **DEFENDANTS CHET KAUFMAN AND RANDOLPH P. MURRELL'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| v. | |
| UNITED STATES OF AMERICA, et al. | Date: July 11, 2008 |
| Defendants. | Time: 9:00 a.m. |
| | Place: Courtroom 2, 17th Floor |
| | Honorable Jeffrey S. White |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 11, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendants Chet Kaufman and Randolph P. Murrell will and hereby do move the Court, the Honorable Jeffrey S. White, for an order dismissing the Complaint for lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted. This motion is based upon this notice and motion; the memorandum of points and authorities to be filed by May 24, 2008;[1] and the United States Constitution, federal statutes, the Federal Rules of Civil Procedure and

---

[1] Defendants have filed herewith a motion to enlarge time pursuant to Civil Local Rule 6-3, seeking permission to file their memorandum of points and authorities in support of this motion in ten (10) days, or

other applicable law.

Dated: May 14, 2008                              Respectfully Submitted,

                                                              /s/ Mary McNamara
Mary McNamara
Alexis Haller
SWANSON, McNAMARA & HALLER LLP
Attorneys for Defendants Chet Kaufman and
Randolph P. Murrell

---

on May 24, 2008.