1  Mary McNamara SBN 147131
   Alexis Haller SBN 201210
2  SWANSON, McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for CHET KAUFMAN and RANDOLPH P. MURRELL

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  KAYTRENA J. FRANCIS,                    Case No. CV 07-06125 JSW

12         Plaintiff,                       **DEFENDANTS CHET KAUFMAN AND
                                            RANDOLPH P. MURRELL'S MOTION
13  v.                                      TO ENLARGE TIME WITHIN WHICH
                                            TO FILE MEMORANDUM OF POINTS
14  UNITED STATES OF AMERICA, et al.        AND AUTHORITIES IN SUPPORT OF
                                            MOTION TO DISMISS;
15         Defendants.                      DECLARATION OF ALEXIS HALLER
                                            IN SUPPORT THEREOF**
16
                                            **[Civil L.R. 6-3]**
17

18

19         Pursuant to Civil Local Rule 6-3, Defendants Chet Kaufman and Randolph P. Murrell

20  (collectively "Defendants") hereby move the Court for an extension of time of ten (10) days within which

21  to file their memorandum of points and authorities in support of their motion to dismiss.  The basis for

22  this request is that the Administrative Office of the United States Courts only recently authorized the

23  Federal Defenders Office for the Northern District of Florida[1] to hire counsel in this matter.  As a result,

24  undersigned counsel were retained only on Monday, May 12, 2008.  Given that undersigned counsel were

25  retained in this matter only two days ago, and given the length of the Complaint (approximately 70 pages

26  with numerous exhibits), undersigned counsel have not had sufficient time to draft a memorandum in

27

28         [1] Both Mr. Kaufman and Mr. Murrell are Assistant Federal Public Defenders in the Northern District
   of Florida.

                                            1

1   support of Defendants' motion to dismiss.  Undersigned counsel will be able to file such a memorandum

2   within 10 days, or by May 24, 2008.

3          Plaintiff will not be prejudiced by this request.  This case is still in the early stages; all defendants

4   have not even been served.  Moreover, Defendants noticed a hearing date on the motion to dismiss for

5   July 11, 2008, thereby providing Plaintiff with more than enough time to prepare her opposition

6   memorandum.

7          In light of the foregoing, Defendants respectfully request that the Court permit Defendants to file

8   a memorandum of points and authorities by May 24, 2008.

9   Dated: May 14, 2008                          Respectfully Submitted,

10

11                                              _____/s/ Mary McNamara_____
                                                Mary McNamara
12                                              Alexis Haller
                                                SWANSON, McNAMARA & HALLER LLP
13                                              Attorneys for Defendants Chet Kaufman and
                                                Randolph P. Murrell
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs. Kaufman and Murrell's Mtn. to Enlarge Time
*Francis v. United States*, Case No. CV 07-06125 JSW        2

**DECLARATION OF ALEXIS HALLER**

1.      I am an attorney duly admitted to practice law in the State of California and represent Defendants Chet Kaufman and Randolph P. Murrell in the above-captioned matter.  Except as otherwise indicated, I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2.      On information and belief, the Administrative Office of the United States Courts only recently authorized the Federal Defenders Office for the Northern District of Florida to hire counsel in this matter.  As a result, our firm was retained only on Monday, May 12, 2008.  Given that we were retained in this matter only two days ago, and given the length of the Complaint (approximately 70 pages with numerous exhibits), we have not had sufficient time to research and draft a memorandum in support of Defendants' motion to dismiss.

3.      On information and belief, my law partner Mary McNamara called Plaintiff Kaytrena J. Francis on May 14, 2008 to discuss the possibility of a stipulation to the requested enlargement of time.  However, Ms. McNamara was unable to reach Plaintiff, and instead left a detailed message.  On information and belief, as of the time of this filing, Ms. McNamara has not received a return telephone call from Plaintiff.

4.      If this requested enlargement of time is not granted, Defendants will be prejudiced, since their counsel have not had sufficient time to research and draft a memorandum of points and authorities in support of the motion to dismiss.

5.      Defendants have not previously sought any extensions of time in this matter.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

Defs. Kaufman and Murrell's Mtn. to Enlarge Time
*Francis v. United States*, Case No. CV 07-06125 JSW          3

1    6.    This requested extension of time should have no effect on the schedule for the case, since

2    the case remains in early stages of litigation.

3    I declare under penalty of perjury that, with the exception of those matters stated on information

4    and belief, the foregoing is true and correct.  As to those matters stated on information and belief, I

5    declare under penalty of perjury of the laws of the United States that I believe them to be true and

6    correct.

7    Executed on May 14, 2008, at Berkeley, California.

8

9                                            _____/s/ Alexis Haller_____
                                             Alexis Haller

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs. Kaufman and Murrell's Mtn. to Enlarge Time
*Francis v. United States*, Case No. CV 07-06125 JSW          4