Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CHET KAUFMAN and RANDOLPH P. MURRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Case No. CV 07-06125 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CHET KAUFMAN AND RANDOLPH P. MURRELL'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS** |

The motion of Defendants Chet Kaufman and Randolph P. Murrell ("Defendants") to extend time for filing of their memorandum of points and authorities in support of their motion to dismiss was filed on May 14, 2008. After consideration of the brief and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants' memorandum of points and authorities in support of their motion to dismiss shall be due on May 24, 2008.

    IT IS SO ORDERED.

Dated:

                                            _____
                                            The Honorable Jeffrey S. White
                                            United States District Court