1 | Mary McNamara SBN 147131
2 | Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
3 | 300 Montgomery Street, Suite 1100
San Francisco, California 94104
4 | Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CHET KAUFMAN and RANDOLPH P. MURRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAYTRENA J. FRANCIS, | Case No. CV 07-06125 JSW |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

I, the undersigned, certify:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 300 Montgomery Street, Suite 1100, San Francisco, California 94104.

On this date I caused to be served on the interested parties hereto, a copy of:

**DEFENDANTS CHET KAUFMAN AND RANDOLPH P. MURRELL'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF ALEXIS HALLER IN SUPPORT THEREOF**

**DEFENDANTS CHET KAUFMAN AND RANDOLPH P. MURRELL'S NOTICE OF MOTION AND MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING DEFENDANTS CHET KAUFMAN AND RANDOLPH P. MURRELL'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

**CERTIFICATE OF SERVICE**

( )   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

( )   By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

( )   By delivering a true copy thereof to "Federal Express" to be delivered to the person at the address set forth below.

(X)   By serving a true copy by e-mail to the person and/or office of the person at the address set forth below [Civil L.R. 5-5(a)(1)];

Kaytrena J. Francis
1467 7th Avenue#105
San Francisco, CA 94122
E-mail: kaytrenaf@yahoo.com

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate has been executed on May 14, 2008, at Berkeley, California.

                                                /s/ Alexis Haller
                                              Alexis Haller