IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J FRANCIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. C 07-06125 JSW

**ORDER RESETTING MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE**

Presently before the Court are various defendants' ten motions to dismiss the complaint filed by Katrina J. Francis, appearing *pro se*. Nine of the motions are set to be heard on May 23, 2008 and the last has been noticed for July 11, 2008. Due to the numerous defendants and the numerous claim against them, and because it is efficient to address all the pending motions at the same hearing, the Court HEREBY RESETS the motions hearing to **August 8, 2008 at 9:00 a.m.**

Defendants Kaufman and Murrell may file their opening brief on May 23, 2008. An opposition is due no later than June 6, 2008, and a reply may be filed by no later than June 13, 2008. Failure to oppose the motion may result in **dismissal** of this action. The Case Management Conference is CONTINUED from May 23, 2008 to August 8, 2008 at 9:00 a.m., immediately following the hearing on the motions to dismiss.

In addition, the current administrative motions to appear by telephone by attorneys Randee Golder and Robert Augustus Harper are GRANTED; they may appear on August 8, 2008 by telephone on the condition that they provide a land line telephone number to the Clerk.

1  If the Court determines that the matter is suitable for resolution without oral argument, it
2  will so advise the parties in advance of the hearing date. If the parties wish to modify this
3  schedule, they may submit for the Court's consideration a stipulation and proposed order
4  demonstrating good cause for any modification requested.

6  **IT IS SO ORDERED.**
7  Dated: May 15, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J FRANCIS,

        Plaintiff,

  v.

UNITED STATES OF AMERICA et al,

        Defendant.

Case Number: CV07-06125 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kaytrena J. Francis
1467 7th Avenue
# 105
San Francisco, CA 94122

Dated: May 15, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk