UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

                                    Case No. CV 07-06125 JSW

                Plaintiff(s),

                                    ADR CERTIFICATION BY PARTIES
                                    AND COUNSEL

        v.

United States of America, et al.

                Defendant(s).
_____/

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

        (3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 15 May 2008                        Kristin M. Castiglia
                                          [Party] Kristin M. Castiglia
                                          Claims and Tort Litigation Division
                                          AF Legal Operations Agency

Dated: 5/16/08                            Neill
                                          [Counsel]