UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

        Plaintiff(s),

Case No. CV 07-06125 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

United States of America, et al.

        Defendant(s).
_____/

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       (2) Discussed the available dispute resolution options provided by the Court and private entities; and

       (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 15 May 2008

                                                       [Party] Kyle W. Little, Major
                                                              United States Air Force

Dated: 5/16/08

                                                              [Counsel]