Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
and CHARLES LAMMERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAYTRENA J. FRANCIS, | Case No. CV 07-06125 JSW |
|---|---|
| Plaintiff, | **DECLARATION OF ALEXIS HALLER IN SUPPORT OF DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL AND CHARLES LAMMERS' AMENDED MOTION TO DISMISS** |
| v. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

    1.    I am an attorney duly admitted to practice law in the State of California and represent Defendants Chet Kaufman, Randolph P. Murrell and Charles Lammers in the above-captioned matter. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of the Information (Docket No. 1) filed in *United States v. Kaytrena Francis*, Case No. 05-cr-00027-RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on May 27, 2008.

    3.    Attached hereto as **Exhibit B** is a true and correct copy of the Redacted Jury Verdict (Docket No. 29) filed in *United States v. Kaytrena Francis*, Case No. 05-cr-00027-RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on May 24, 2008.

1

4. Attached hereto as **Exhibit C** is a true and correct copy of the Judgment (Docket No. 41) filed in *United States v. Kaytrena Francis*, Case No. 05-cr-00027-RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on May 24, 2008.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Petition for Warrant or Summons for Offender Under Supervision (Docket No. 92) filed in *United States v. Kaytrena Francis*, Case No. 05-cr-00027-RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on May 27, 2008.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Docket Sheet in *United States v. Kaytrena Francis*, Case No. 05-cr-00027-RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on May 27, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2007, at Berkeley, California.

                                             /s/ Alexis Haller
                                           Alexis Haller