# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

KAYTRENA J. FRANCIS

INFORMATION

3:05mj80

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about December 10, 2004, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the Untied States, to wit: Eglin Air Force Base, Florida, the defendant,

### KAYTRENA J. FRANCIS,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Technical Sergeant Chad T. Dillon and Airman First Class Jason Archilla, United States Air Force Security Forces Officers, while they were engaged in their official duties, in violation of Title 18, United States Code, Section 111.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA. FLA.

2005 MAR 11  PM 4: 16

FILED

## COUNT TWO

That on or about December 10, 2004, in the Northern District of Florida, and

within the special maritime and territorial jurisdiction of the United States, to wit Eglin

Air Force Base, Florida,

### KAYTRENA J. FRANCIS,

did engage in conduct as to constitute a breach of the peace or disorderly conduct, in

violation of Florida Statute 877.03 and Title 18, United States Code, Sections 7 and 13.

_____
GREGORY R. MILLER
United States Attorney

3/11/05
DATE

2

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                            **Case No: 3:05cr27/RV**

**KAYTRENA J. FRANCIS**

---

# V E R D I C T

---

**WE, THE JURY, IN THE ABOVE ENTITLED AND NUMBERED CASE FIND THE**

**DEFENDANT KAYTRENA J. FRANCIS:**

_____*Guilty*_____ **of the offense as charged in Count One of the Information.**

**If you find the Defendant guilty, please indicate which act or acts you unanimously agree upon.**

| | |
|---|---|
| _____ | **Assaulted** |
| ✓ | **Resisted** |
| ✓ | **Opposed** |
| ✓ | **Impeded** |
| ✓ | **Interfered With** |

FILED IN OPEN COURT THIS

6-7-2005

CLERK U. S. DISTRICT
COURT, NORTH. DIST. FLA.

United States vs. Kaytrena J. Francis - Verdict                    **Page Two**
Case no: 3:05cr27/RV

_____Guilty_____ of the offense as charged in Count Two of the Information.

**SO SAY WE ALL.**

**FOREMAN'S SIGNATURE:**                    **DATE:**

6-7-05

**EXHIBIT C**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                    **Case # 3:05CR27-001/RV**

**KAYTRENA J. FRANCIS**

**Defendant's Attorney:**
**Robert A. Harper, Esquire (Retained)**
**325 West Park Avenue**
**Tallahassee, FL 32301-1413**

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty on Counts One and Two of the Information on June 7, 2005. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18: U.S.C. § 111 | Resisting, Opposing, Impeding or Interfering with Certain Officers | December 10, 2004 | One |
| 18: U.S.C. §§ 7 & 13 and F.S.S. 877.03 | Disorderly Conduct | December 10, 2004 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 AUG 26 AM 8: 01

FILED

Date of Imposition of Sentence:
August 23, 2005

ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

August _____ 2005

## PROBATION

The defendant is hereby placed on probation for a term of **2 years as to Count 1 and 1 month as to Count Two to run concurrent one with the other**.

While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a firearm, ammunition, or destructive device.  The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below).  If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution.

For offenses committed on or after September 13, 1994: The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the following standard conditions that have been adopted by this court.

1.   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2.   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.   the defendant shall support his or her dependents and meet other family responsibilities;

5.   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.   the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7.   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10.  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11.     the defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

12.     the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13.     as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14.     if this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

1.  As deemed necessary by the Probation Officer, the defendant shall participate in a program of mental health treatment.

2.  Any unpaid fine balance shall become a condition of the defendant's term of probation, and the defendant shall make monthly installment payments of not less than $25.00 per month, to commence 30 days from the date of this judgment.

Upon a finding of a violation of probation or supervised release, I understand the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

_____
Defendant

_____
Date

_____
U.S. Probation Officer/Designated Witness

_____
Date

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

### SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|:---:|:---:|:---:|
| $35.00 | $500.00 | $0.00 |

### SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$25.00 and 10.00 for a total of $35.00** is imposed.

### FINE

A fine in the amount of **$500.00** is imposed.

### RESTITUTION

No restitution imposed.

**EXHIBIT D**

NDFL PROB 12C
07-2000

# United States District Court
## for the
## Northern District of Florida
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:    Kaytrena J. Francis               Case Number:  3:05CR27-001/RV

Name of Sentencing Judicial Officer:        Senior U.S. District Judge Roger Vinson

Date of Original Sentence:        August 23, 2005

Original Offense:    Count 1: Resisting, Opposing, Impeding or Interfering with Certain Officers, in
                     violation of 18 U.S.C. § 111

Original Sentence:    2 years probation

Type of Supervision:    Probation          Date Supervision Commenced:    August 23, 2005

Asst. U.S. Attorney:    Captain Johanna A. Astle        Defense Attorney: Robert A. Harper
                        (SAUSA)                         (Retained)

## PETITIONING THE COURT

[  ]    To issue a warrant
[ X ]   To issue a summons
[  ]    Other:  File for violation proceedings

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition which states in part, "the defendant shall not commit another federal, state, or local crime"; and Violation of Standard Condition number three which states, "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**  In that, on January 10, 2006, a written appointment notice was mailed to the offender instructing Mrs. Francis to report to the U.S. Probation Office in Pensacola, Florida, on February 3, 2006, for DNA collection pursuant to the Under the Justice for All Act of 2004 [Public Law 108-405 (October 30, 2004)]. Attached to the appointment notice was a standard letter informing the offender that "Failure to cooperate could be both a violation of your conditions of release, and you could be charged with a Class A misdemeanor under 42 U.S.C. § 14135a(a)(5) which is punishable by a sentence of one year imprisonment and fines up to $100,000." The offender has failed to report in person or contact this officer by telephone regarding this appointment. |



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

06 FEB 13  AM 7:56

FILED

RE:     Kaytrena J. Francis, DKT # 3:05CR27-001/RV
        Petition for Warrant or Summons for Offender Under Supervision
        Page #2

U.S. Probation Officer Recommendation:

        The term of supervision should be:

                [ X ] Revoked
                [   ] Extended

[   ]   The conditions of supervision should be modified as follows:

                        I declare under penalty of perjury that the foregoing is true and correct.

                        Executed on        February 6, 2006

                                           Donna D. Easterling
                                           U.S. Probation Officer

THE COURT ORDERS

[   ]   No Action
[   ]   The Issuance of a Warrant
[ ✓ ]   The Issuance of a Summons
[   ]   Other: File for violation proceedings

                                           Signature of Judicial Officer

                                           Date

Warrant/Summons Issued:        2/13/2006
                               Date                Deputy Clerk

# EXHIBIT E

# U.S. District Court
## Northern District of Florida (Pensacola)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-00027-RV All Defendants

Case title: USA v. FRANCIS                         Date Filed: 03/24/2005
Magistrate judge case number: 3:05-mj-00080-MD     Date Terminated: 01/09/2007

Assigned to: SENIOR JUDGE ROGER
VINSON

Appeals court case number: 05-14985-
C

**Defendant (1)**

**KAYTRENA J FRANCIS**              represented by   **CHARLES WILLIAM LAMMERS**
*TERMINATED: 01/09/2007*                            FEDERAL PUBLIC DEFENDER
                                                    OFFICE - TALLAHASSEE FL
                                                    227 N BRONOUGH ST - STE 4200
                                                    TALLAHASSEE, FL 32301
                                                    850/942-8818
                                                    Email: charles_lammers@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Public Defender or*
                                                    *Community Defender Appointment*

                                                    **DAVID LEE SELLERS**
                                                    DAVID LEE SELLERS PA -
                                                    PENSACOLA FL
                                                    919 N 12TH AVE
                                                    PENSACOLA, FL 32501
                                                    850-434-3111
                                                    Fax: 850-434-1188
                                                    Email: david@davidleesellers.com
                                                    *TERMINATED: 05/16/2005*
                                                    *LEAD ATTORNEY*
                                                    *Designation: Retained*

                                                    **RANDEE J GOLDER**
                                                    RANDEE J GOLDER PA -
                                                    BOYNTON BEACH FL
                                                    PO BOX 243756
                                                    BOYNTON BEACH, FL 33424-3756
                                                    561-752-9890
                                                    Fax: 561-752-9889
                                                    Email: rjgolder@bellsouth.net

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**ROBERT AUGUSTUS HARPER**
ROBERT A HARPER JR PA
325 W PARK AVE
TALLAHASSEE, FL 32301
850/224-5900
Fax: 850/224-9800
Email: harperlaw@harperlawfirm.com
*TERMINATED: 11/21/2005*
*LEAD ATTORNEY*
*Designation: Retained*

**CHET KAUFMAN**
FEDERAL PUBLIC DEFENDER
OFFICE - TALLAHASSEE FL
227 N BRONOUGH ST - STE 4200
TALLAHASSEE, FL 32301
850/942-8818
Fax: 942-8809
Email: chet_kaufman@fd.org
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| | Court sentences defendant KAYTRENA J. FRANCIS to Probation for a period ot two years as to Count 1 and 1 month as to Count 2 with each to run concurrent one with the other. FINE: $500.00. SMA: $25.00 as to Count 1 and $10.00 as to Count 2 for a total SMA of $35.00. SEE FORMAL JUDGMENT |
| SIMPLE ASSAULT (1) | |
| | Court sentences defendant KAYTRENA J. FRANCIS to Probation for a period ot two years as to Count 1 and 1 month as to Count 2 with each to run concurrent one with the other. FINE: $500.00. SMA: $25.00 as to Count 1 and $10.00 as to Count 2 for a total SMA of $35.00. SEE FORMAL JUDGMENT |
| MISCELLANEOUS GENERAL OFFENSES, OTHER (DISORDERLY CONDUCT) (2) | |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| USA | represented by | **HEATHER A BAKER**<br>US AIR FORCE LEGAL OFFICE -<br>EGLIN AFB FL<br>96 ABW/JA<br>501 W VAN MATRE AVE - STE 1<br>EGLIN AFB, FL 32542-5487<br>850-882-4611<br>Fax: 850-882-6176<br>Email: johanna.astle@eglin.af.mil<br>*TERMINATED: 11/21/2005*<br>*LEAD ATTORNEY*<br><br>**JOHANNA AILEEN ASTLE**<br>US AIR FORCE LEGAL OFFICE -<br>EGLIN AFB FL<br>96 ABW/JA<br>501 W VAN MATRE AVE - STE 1<br>EGLIN AFB, FL 32542-5487<br>850-882-4611<br>Fax: N/A<br>Email: ranae.doser-<br>pascual@eglin.af.mil<br>*ATTORNEY TO BE NOTICED*<br><br>**STEPHEN P PREISSER**<br>US ATTORNEY - PENSACOLA FL<br>21 E GARDEN ST<br>STE 400<br>PENSACOLA, FL 32502<br>850/444-4000<br>Fax: 434-9050<br>Email: stephen.preisser@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 03/11/2005 | | Judge update in case as to KAYTRENA J FRANCIS. Judge MILES DAVIS added. (jra, Pensacola) [3:05-mj-00080-MD] (Entered: 03/14/2005) |
| 03/11/2005 | 1 | INFORMATION as to KAYTRENA J FRANCIS (1) count(s) 1, 2. (jra, Pensacola) [3:05-mj-00080-MD] (Entered: 03/14/2005) |
| 03/16/2005 | | Minute Entry for proceedings held before Judge MILES DAVIS :Initial Appearance as to KAYTRENA J FRANCIS held on 3/16/2005 (Court Reporter CD.) (jra, Pensacola) [3:05-mj-00080-MD] (Entered: 03/17/2005) |
| 03/16/2005 | | Minute Entry for proceedings held before Judge MILES DAVIS :Arraignment as to KAYTRENA J FRANCIS (1) Count 1,2 held on 3/16/2005. NG plea entered on behalf of deft. Deft will hire counsel. Consent to magistrate jurisdiction. (Court Reporter CD.) (jra, Pensacola) [3:05-mj-00080-MD] (Entered: 03/17/2005) |
| 03/16/2005 | 2 | SCHEDULING ORDER as to KAYTRENA J FRANCIS Jury Trial set for 5/2/2005 09:00 AM before MAGISTRATE JUDGE MILES DAVIS. Signed by Judge MILES DAVIS on 3/16/05. (jra, Pensacola) [3:05-mj-00080-MD] (Entered: 03/17/2005) |
| 03/17/2005 | 3 | Letter from Deputy Clerk to defendant re: counsel. Deft notified to let the court know by 3/28/05 if she has retained counsel. (jra, Pensacola) [3:05-mj-00080-MD] (Entered: 03/17/2005) |
| 03/24/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE: DAVID LEE SELLERS appearing for KAYTRENA J FRANCIS; Written plea of not guilty, Demand for jury trial by District Judge, and Notice of Discovery. (jra, Pensacola) [3:05-mj-00080-MD] (Entered: 03/24/2005) |
| 03/25/2005 | 5 | SCHEDULING ORDER as to KAYTRENA J FRANCIS Plea Agreement due by 4/27/2005. Jury Selection set for 5/2/2005 09:00 AM in Courtroom 5 before JUDGE ROGER VINSON. Jury Trial set for 5/2/2005 09:00 AM in Courtroom 5 before JUDGE ROGER VINSON. Signed by Judge ROGER VINSON on March 25, 2005. (jrm, Pensacola) (Entered: 03/25/2005) |
| 03/25/2005 | 6 | STANDING ORDER AND NOTICE TO RETAINED CRIMINAL DEFENSE ATTORNEYS as to KAYTRENA J FRANCIS . Signed by Judge ROGER VINSON on March 25, 2005. (jrm, Pensacola) (Entered: 03/25/2005) |
| 04/22/2005 | 7 | MOTION to Continue *Jury Trial* by USA as to KAYTRENA J FRANCIS. (PREISSER, STEPHEN) (Entered: 04/22/2005) |
| 04/22/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Vinson notified that action is needed Re: 7 MOTION to Continue *Jury Trial* filed by USA. Note: Spoke with Cris Bauer at US Attorney's Office and advised that a Waiver of Speedy Trial is required to be filed by the defendant. Ms. Bauer stated that she would contact the necessary individuals to have the Waiver of Speedy Trial filed with the Clerk. (jrm, |

| | | |
|---|---|---|
| | | Pensacola) (Entered: 04/22/2005) |
| 04/28/2005 | 8 | ORDER granting 7 Motion to Continue as to KAYTRENA J FRANCIS (1). Case shall be tried during the jury term commencing Monday, June 6, 2005. Plea deadline by 6/2/05. Signed by Judge ROGER VINSON on 4/28/05. (tdg, Pensacola) (Entered: 04/28/2005) |
| 04/28/2005 | | Set/Reset Hearings as to KAYTRENA J FRANCIS: Jury Selection set for 6/6/2005 09:00 AM in Courtroom 5 before SENIOR JUDGE ROGER VINSON. Jury Trial set for 6/6/2005 09:00 AM before SENIOR JUDGE ROGER VINSON. Voir Dire set for 6/6/2005 09:00 AM in Courtroom 5 before SENIOR JUDGE ROGER VINSON. (tdg, Pensacola) (Entered: 04/28/2005) |
| 05/13/2005 | 9 | NOTICE OF ATTORNEY APPEARANCE: ROBERT AUGUSTUS HARPER appearing for KAYTRENA J FRANCIS (HARPER, ROBERT) (Entered: 05/13/2005) |
| 05/13/2005 | 10 | MOTION to Substitute Attorney by KAYTRENA J FRANCIS. (HARPER, ROBERT) (Entered: 05/13/2005) |
| 05/16/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Roger Vinson notified that action is needed Re: 10 MOTION to Substitute Attorney filed by KAYTRENA J FRANCIS, (jrm, Pensacola) (Entered: 05/16/2005) |
| 05/16/2005 | 11 | ORDER granting 10 Motion to Substitute Attorney. ROBERT AUGUSTUS HARPER for KAYTRENA J FRANCIS replacing DAVID LEE SELLERS as to KAYTRENA J FRANCIS (1). Signed by Judge ROGER VINSON on May 16, 2005. (jrm, Pensacola) (Entered: 05/16/2005) |
| 05/17/2005 | 12 | Consent MOTION to Substitute Attorney by KAYTRENA J FRANCIS. (HARPER, ROBERT) (Entered: 05/17/2005) |
| 05/23/2005 | 13 | MOTION to Dismiss *With Prejudice Pursuant to Violation of the Speedy Trial Act* by KAYTRENA J FRANCIS. (HARPER, ROBERT) (Entered: 05/23/2005) |
| 05/23/2005 | 14 | MOTION to Dismiss *Memorandum of Law in support of Motion to Dismiss With Prejudice Pursuant to Violation of Speedy Trial Act* by KAYTRENA J FRANCIS. (HARPER, ROBERT) (Entered: 05/23/2005) |
| 05/23/2005 | | Set/Reset Deadlines re Motion in case as to KAYTRENA J FRANCIS 13 MOTION to Dismiss *With Prejudice Pursuant to Violation of the Speedy Trial Act*, 14 MOTION to Dismiss *Memorandum of Law in support of Motion to Dismiss With Prejudice Pursuant to Violation of Speedy Trial Act*. (Response by United States due by 6/7/2005) (jrm, Pensacola) (Entered: 05/24/2005) |
| 05/26/2005 | 15 | RESPONSE to Motion by USA as to KAYTRENA J FRANCIS re 13 MOTION to Dismiss *With Prejudice Pursuant to Violation of the Speedy Trial Act*, 14 MOTION to Dismiss *Memorandum of Law in support of Motion to Dismiss With Prejudice Pursuant to Violation of Speedy Trial* |

| | | |
|---|---|---|
| | | *Act* (Attachments: # 1)(BAKER, HEATHER) (Entered: 05/26/2005) |
| 05/27/2005 | 16 | REQUEST FOR JUDICIAL NOTICE (Attachments: # 1 Jurisdictional Affidavit and Maps)(BAKER, HEATHER) (Entered: 05/27/2005) |
| 05/31/2005 | 17 | ORDER denying 13 Motion to Dismiss as to KAYTRENA J FRANCIS (1).. Signed by Judge ROGER VINSON on 5/31/05. (tdg, Pensacola) (Entered: 05/31/2005) |
| 06/03/2005 | 18 | Proposed Voir Dire by KAYTRENA J FRANCIS (HARPER, ROBERT) (Entered: 06/03/2005) |
| 06/05/2005 | 19 | MOTION for Special Appearance *of Associate Counsel* by KAYTRENA J FRANCIS. (HARPER, ROBERT) (Entered: 06/05/2005) |
| 06/06/2005 | 20 | Proposed Jury Instructions by KAYTRENA J FRANCIS (HARPER, ROBERT) (Entered: 06/06/2005) |
| 06/06/2005 | 21 | ORDER granting 19 Motion for Special Appearance to allow associate counsel Jonathan M. Kester to appear at counsel table during trial proceedings as to KAYTRENA J FRANCIS (1). Signed by Judge ROGER VINSON on June 6, 2005. (jrm, Pensacola) (Entered: 06/06/2005) |
| 06/06/2005 | 22 | Minute Entry for proceedings held before Judge ROGER VINSON :Voir Dire begun on 6/6/2005 KAYTRENA J FRANCIS (1) on Count 1,2 (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 06/06/2005) |
| 06/06/2005 | 23 | Minute Entry for proceedings held before Judge ROGER VINSON :Voir Dire held on 6/6/2005 as to KAYTRENA J FRANCIS (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 06/06/2005) |
| 06/06/2005 | 24 | Minute Entry for proceedings held before Judge ROGER VINSON :Jury Selection as to KAYTRENA J FRANCIS held on 6/6/2005 (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 06/06/2005) |
| 06/06/2005 | 25 | Minute Entry for proceedings held before Judge ROGER VINSON :Jury Trial as to KAYTRENA J FRANCIS held on 6/6/2005 (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 06/08/2005) |
| 06/07/2005 | 26 | Minute Entry for proceedings held before Senior Judge ROGER VINSON :Jury Trial as to KAYTRENA J FRANCIS held on 6/7/2005 (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 06/08/2005) |
| 06/07/2005 | 27 | Sealed Document. Jury selection with names of jurors, Sealed per privacy policies (jrm, Pensacola) (Entered: 06/08/2005) |
| 06/07/2005 | 28 | Jury Instructions as to KAYTRENA J FRANCIS (jrm, Pensacola) (Entered: 06/08/2005) |
| 06/07/2005 | 29 | REDACTED JURY VERDICT as to KAYTRENA J FRANCIS (1) Guilty on Counts 1 and 2. (jrm, Pensacola) (Entered: 06/08/2005) |
| 06/07/2005 | 39 | Sealed Document. Unredacted Verdict with Jury Foreman's Signature. Sealed per privacy policies. (jrm, Pensacola) (Entered: 08/23/2005) |

| 06/08/2005 | 30 | NOTICE OF HEARING as to KAYTRENA J FRANCIS Sentencing set for 8/23/2005 09:00 AM in Courtroom 5 before SENIOR JUDGE ROGER VINSON. (jrm, Pensacola) (Entered: 06/08/2005) |
| --- | --- | --- |
| 06/13/2005 | 31 | MOTION for Acquittal by KAYTRENA J FRANCIS. (HARPER, ROBERT) (Entered: 06/13/2005) |
| 06/13/2005 | 32 | MOTION to Set Aside Judgment by KAYTRENA J FRANCIS. (HARPER, ROBERT) (Entered: 06/13/2005) |
| 06/13/2005 | | Set/Reset Deadlines as to KAYTRENA J FRANCIS re 31 MOTION for Acquittal, 32 MOTION to Set Aside Judgment. (Response by United States due by 6/28/2005) (jrm, Pensacola) (Entered: 06/14/2005) |
| 06/13/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Roger Vinson notified that action is needed Re: 31 MOTION for Acquittal filed by KAYTRENA J FRANCIS,, 32 MOTION to Set Aside Judgment filed by KAYTRENA J FRANCIS,, Set/Reset Deadlines as to KAYTRENA J FRANCIS re 31 MOTION for Acquittal, 32 MOTION to Set Aside Judgment. (Response by United States due by 6/28/2005) (jrm, Pensacola) (jrm, Pensacola) (Entered: 06/14/2005) |
| 06/24/2005 | 33 | RESPONSE to Motion by USA as to KAYTRENA J FRANCIS re 32 MOTION to Set Aside Judgment (PREISSER, STEPHEN) (Entered: 06/24/2005) |
| 06/24/2005 | 34 | RESPONSE to Motion by USA as to KAYTRENA J FRANCIS re 31 MOTION for Acquittal (PREISSER, STEPHEN) (Entered: 06/24/2005) |
| 07/19/2005 | 35 | PSR Letter as to KAYTRENA J FRANCIS (jrm, Pensacola) (Entered: 07/26/2005) |
| 08/02/2005 | 36 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by KAYTRENA J FRANCIS (HARPER, ROBERT) (Entered: 08/02/2005) |
| 08/03/2005 | 37 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA as to KAYTRENA J FRANCIS (PREISSER, STEPHEN) (Entered: 08/03/2005) |
| 08/23/2005 | 38 | ORDER denying 31 Motion for Acquittal as to KAYTRENA J FRANCIS (1); denying 32 Motion to Set Aside Judgment as to KAYTRENA J FRANCIS (1). Signed by Senior Judge ROGER VINSON on August 23, 2005. (jrm, Pensacola) (Entered: 08/23/2005) |
| 08/23/2005 | 40 | Minute Entry for proceedings held before Judge ROGER VINSON :Sentencing held on 8/23/2005 for KAYTRENA J FRANCIS (1), Count(s) 1, 2, Court sentences defendant KAYTRENA J. FRANCIS to Probation for a period ot two years as to Count 1 and 1 month as to Count 2 with each to run concurrent one with the other. FINE: $500.00. SMA: $25.00 as to Count 1 and $10.00 as to Count 2 for a total SMA of $35.00. SEE FORMAL JUDGMENT. (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 08/23/2005) |
| 08/26/2005 | 41 | JUDGMENT as to KAYTRENA J FRANCIS (1), Count(s) 1, 2, Court |

| | | |
|---|---|---|
| | | sentences defendant KAYTRENA J. FRANCIS to Probation for a period ot two years as to Count 1 and 1 month as to Count 2 with each to run concurrent one with the other. FINE: $500.00. SMA: $25.00 as to Count 1 and $10.00 as to Count 2 for a total SMA of $35.00. SEE FORMAL JUDGMENT . Signed by Senior Judge ROGER VINSON on August 25, 2005. (jrm, Pensacola) (Entered: 08/26/2005) |
| 08/26/2005 | 42 | STATEMENT OF REASONS (Sealed) as to KAYTRENA J FRANCIS. Copies to be distributed to attorney for defendant, USAO, and USPO only . Signed by Senior Judge ROGER VINSON on August 25, 2005. (jrm, Pensacola) (Entered: 08/26/2005) |
| 09/01/2005 | 43 | NOTICE OF APPEAL by KAYTRENA J FRANCIS re 38 Order on Motion for Acquittal, Order on Motion to Set Aside Judgment, 41 Judgment, 17 Order on Motion to Dismiss, Transcript Order Form due by 10/1/2005 (djb, Pensacola) (Entered: 09/06/2005) |
| 09/01/2005 | 44 | MOTION for Leave to Appeal In Forma Pauperis by KAYTRENA J FRANCIS. (djb, Pensacola) (Entered: 09/06/2005) |
| 09/06/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Roger Vinson notified that action is needed Re: 44 MOTION for Leave to Appeal In Forma Pauperis filed by KAYTRENA J FRANCIS (djb, Pensacola) (Entered: 09/06/2005) |
| 09/07/2005 | 45 | Transmission of Notice of Appeal and Docket Sheet as to KAYTRENA J FRANCIS to US Court of Appeals re 43 Notice of Appeal - Final Judgment (djb, Pensacola) (Entered: 09/07/2005) |
| 09/07/2005 | 46 | DOCKET ANNOTATION BY COURT: RE: Retained Counsel - Pursuant to 11th Cir. R. 46-1 (g)(1) Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel enters an appearance or is appointed under CJA, Retained counsel can not cease representation unless under court order as to KAYTRENA J FRANCIS: Re: 45 Transmission of Notice of Appeal, 43 Notice of Appeal - Final Judgment filed by KAYTRENA J FRANCIS, pro se. (djb, Pensacola) (Entered: 09/07/2005) |
| 09/07/2005 | 47 | MOTION to Withdraw as Attorney by Robert Augustus Harper. by KAYTRENA J FRANCIS. (HARPER, ROBERT) (Entered: 09/07/2005) |
| 09/08/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Roger Vinson notified that action is needed Re: 47 MOTION to Withdraw as Attorney by Robert Augustus Harper. filed by KAYTRENA J FRANCIS, (jrm, Pensacola) (Entered: 09/08/2005) |
| 09/08/2005 | 48 | ORDER denying 44 Motion for Leave to Appeal In Forma Pauperis as to KAYTRENA J FRANCIS (1). Signed by Judge ROGER VINSON on September 8, 2005. (jrm, Pensacola) (Entered: 09/08/2005) |
| 09/08/2005 | 49 | MOTION for transcript of hearings held in this case on June 6, 2005, June 7, 2005 and August 23, 2005 re 43 Notice of Appeal - Final Judgment by KAYTRENA J FRANCIS. (jrm, Pensacola) Additional |

| | | attachment(s) added on 9/14/2005 (djb, Pensacola). Modified on 9/14/2005 (djb, Pensacola). (Entered: 09/08/2005) |
|---|---|---|
| 09/12/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Roger Vinson notified that action is needed Re: 49 MOTION for transcript of hearings held in this case on June 6, 2005, June 7, 2005 and August 23, 2005 re 43 Notice of Appeal - Final Judgment filed by KAYTRENA J FRANCIS, (djb, Pensacola) (Entered: 09/12/2005) |
| 09/12/2005 | 50 | USDC LETTER Transmitting 48 ORDER denying 44 Motion for Leave to Appeal In Forma Pauperis as to KAYTRENA J FRANCIS USCA Appeal # not assigned yet (djb, Pensacola) (Entered: 09/12/2005) |
| 09/14/2005 | 51 | ORDER denying 49 Motion for transcript of hearings as to KAYTRENA J FRANCIS (1). It is Ordered: (a) The requested relief is DENIED. (b) See order of September 8, 2005. Signed by Judge ROGER VINSON on 9/14/2005. (djb, Pensacola) (Entered: 09/14/2005) |
| 09/14/2005 | 52 | ORDER denying 47 Motion to Withdraw as Attorney. as to KAYTRENA J FRANCIS (1). It is Ordered: (a) The relief requested is DENIED. (b) See Standing Order and Notice to Retained Defense Attorneys (doc. 6). Signed by Judge ROGER VINSON on 9/14/2005. (djb, Pensacola) (Entered: 09/14/2005) |
| 09/15/2005 | 53 | USDC LETTER Transmitting 51 ORDER denying 49 Motion for transcript of hearings as to KAYTRENA J FRANCIS, 52 ORDER denying 47 Motion to Withdraw as Attorney as to KAYTRENA J FRANCIS (1). USCA Appeal # unassigned (djb, Pensacola) (Entered: 09/15/2005) |
| 09/15/2005 | 54 | USCA Case Number as to KAYTRENA J FRANCIS 05-14985-C for 43 NOTICE OF APPEAL by KAYTRENA J FRANCIS (djb, Pensacola) (Entered: 09/15/2005) |
| 09/15/2005 | 55 | USCA PROCEDURAL LETTER re: 43 NOTICE OF APPEAL by KAYTRENA J FRANCIS USCA Appeal # 05-14985-C (djb, Pensacola) (Entered: 09/15/2005) |
| 09/19/2005 | 56 | USCA PROCEDURAL LETTER re: Appeal fee re: 43 NOTICE OF APPEAL by KAYTRENA J FRANCIS USCA Appeal # 05-14985-C (djb, Pensacola) (Entered: 09/21/2005) |
| 09/19/2005 | 57 | MOTION for Leave to Appeal In Forma Pauperis (Renewed) by KAYTRENA J FRANCIS. (djb, Pensacola) (Entered: 09/21/2005) |
| 09/21/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Roger Vinson notified that action is needed Re: 57 Renewed MOTION for Leave to Appeal In Forma Pauperis filed by KAYTRENA J FRANCIS, (djb, Pensacola) (Entered: 09/21/2005) |
| 09/21/2005 | 58 | USCA Acknowledgement 48 Order on Motion for Leave to Appeal In Forma Pauperisas to KAYTRENA J FRANCIS USCA Appeal # 05-14985-C (djb, Pensacola) (Entered: 09/23/2005) |
| | | |

| | | |
|---|---|---|
| 09/22/2005 | 59 | ORDER denying 57 Motion for Leave to Appeal In Forma Pauperis as to KAYTRENA J FRANCIS (1). The requested relief is DENIED. See orders of September 8, 2005 and September 14, 2005. Signed by Judge ROGER VINSON on 9/22/2005. (djb, Pensacola) (Entered: 09/23/2005) |
| 09/23/2005 | 60 | USCA Acknowledgement 59 Order on Motion for Leave to Appeal In Forma Pauperis, 52 Order on Motion to Withdraw as Attorney, as to KAYTRENA J FRANCIS USCA Appeal # 05-14985-C (djb, Pensacola) (Entered: 09/26/2005) |
| 09/26/2005 | 61 | USDC LETTER Transmitting 59 ORDER denying 57 Renewed Motion for Leave to Appeal In Forma Pauperis as to KAYTRENA J FRANCIS. USCA Appeal # 05-14985-C (djb, Pensacola) (Entered: 09/26/2005) |
| 10/03/2005 | 62 | USCA Acknowledgement 59 Order on Motion for Leave to Appeal In Forma Pauperis as to KAYTRENA J FRANCIS USCA Appeal # 05-14985-C (djb, Pensacola) (Entered: 10/04/2005) |
| 10/06/2005 | | Set Deadlines as to KAYTRENA J FRANCIS re 43 Notice of Appeal - Final Judgment, Appeal Deadlines Terminated (transcript order form not received) as to KAYTRENA J FRANCIS Clerk to check status of Appeal on 1/6/2005 (djb, Pensacola) (Entered: 10/06/2005) |
| 10/06/2005 | | Set Deadlines as to KAYTRENA J FRANCIS re 43 Notice of Appeal - Final Judgment filed by KAYTRENA J FRANCIS, Clerk to check status of Appeal on 1/5/2006 (djb, Pensacola) (Entered: 10/06/2005) |
| 10/17/2005 | 63 | REQUEST by USCA for the original papers as to KAYTRENA J FRANCIS USCA Appeal # 05-14985-C (djb, Pensacola) (Entered: 10/18/2005) |
| 10/25/2005 | 64 | ORIGINAL PAPERS sent to USCA re 43 Notice of Appeal - Final Judgment Number of Pleadings/Volumes:1; Number of Exhibits:6 (3 sealed doc's, 2 env's and 1 PSI) (djb, Pensacola) (Entered: 10/25/2005) |
| 10/28/2005 | 65 | MOTION to Stay Sentence of Probation and Fine pending Appeal re 41 Judgment, by KAYTRENA J FRANCIS. (jrm, Pensacola) (Entered: 10/28/2005) |
| 10/28/2005 | 66 | ORDER granting only with respect to the payment of the fine, which will be stayed pending appeal. No other part of the sentence is stayed.Re: 65 Motion to Stay Sentence of Probation and Fine Pending Appeal as to KAYTRENA J FRANCIS (1) . Signed by Senior Judge ROGER VINSON on October 28, 2005. (jrm, Pensacola) (Entered: 10/28/2005) |
| 10/31/2005 | 67 | USCA Acknowledgement 64 Original Papers Sent to USCA as to KAYTRENA J FRANCIS USCA Appeal # 05-14985-C (djb, Pensacola) (Entered: 11/03/2005) |
| 11/07/2005 | 68 | PETITION AND ORDER Re Probation Violation as to KAYTRENA J FRANCIS Summons Issued and forwarded to US Probation. Initial Appearance on Revocation Proceedings set for 11/21/2005 02:00 PM in Courtroom 3 before MAGISTRATE JUDGE MILES DAVIS.. Signed by Senior Judge ROGER VINSON on November 7, 2005. (jrm, Pensacola) |

| | | |
|---|---|---|
| | | (Entered: 11/07/2005) |
| 11/21/2005 | 69 | Arrest Warrant Returned Executed on 11/18/05 in case as to KAYTRENA J FRANCIS. (jra, Pensacola) (Entered: 11/21/2005) |
| 11/21/2005 | 70 | Minute Entry for proceedings held before Judge MILES DAVIS :Initial Appearance re Violation of Supervised Release as to KAYTRENA J FRANCIS held on 11/21/2005. (Court Reporter CD.) (jra, Pensacola) (Entered: 11/21/2005) |
| 11/21/2005 | 71 | CJA 23 Financial Affidavit by KAYTRENA J FRANCIS (PDF sealed per Privacy Policy) (jra, Pensacola) (Entered: 11/21/2005) |
| 11/21/2005 | 72 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to KAYTRENA J FRANCIS. Signed by Judge MILES DAVIS on 11/21/05. (jra, Pensacola) (Entered: 11/21/2005) |
| 11/21/2005 | | Minute Entry for proceedings held before Judge MILES DAVIS :Preliminary Examination as to KAYTRENA J FRANCIS held on 11/21/2005 (Court Reporter CD.) (jra, Pensacola) (Entered: 11/21/2005) |
| 11/21/2005 | 73 | Minute Entry for proceedings held before Judge MILES DAVIS :Detention Hearing as to KAYTRENA J FRANCIS held on 11/21/2005. Deft released with additional modifications. (Court Reporter CD.) (jra, Pensacola) (Entered: 11/21/2005) |
| 11/21/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Vinson notified that action is needed Re: 70 Initial Appearance re Violation of Probation as to KAYTRENA J FRANCIS held on 11/21/2005. Needs VOP hrg set. File sent to chambers with USPO packet (Court Reporter CD.) (jra, Pensacola) (jra, Pensacola) (Entered: 11/21/2005) |
| 11/21/2005 | | Attorney update in case as to KAYTRENA J FRANCIS. Attorney CHARLES WILLIAM LAMMERS for KAYTRENA J FRANCIS added. (jra, Pensacola) (Entered: 11/22/2005) |
| 11/22/2005 | 74 | ORDER MODIFYING CONDITIONS OF RELEASE as to KAYTRENA J FRANCIS . Signed by Judge MILES DAVIS on 11/22/05. (jra, Pensacola) (Entered: 11/22/2005) |
| 11/23/2005 | 75 | NOTICE OF HEARING as to KAYTRENA J FRANCIS Final Probation Revocation Hearing set for 11/29/2005 10:00 AM in Courtroom 5 before SENIOR JUDGE ROGER VINSON. (jrm, Pensacola) (Entered: 11/23/2005) |
| 11/28/2005 | 76 | NOTICE OF ATTORNEY APPEARANCE: CHARLES WILLIAM LAMMERS appearing for KAYTRENA J FRANCIS (LAMMERS, CHARLES) (Entered: 11/28/2005) |
| 11/29/2005 | 77 | ORDER CONTINUING SUPERVISION as to KAYTRENA J FRANCIS . Signed by Senior Judge ROGER VINSON on November 29, 2005. (jrm, Pensacola) (Entered: 11/29/2005) |
| | | |

| 11/29/2005 | 78 | Minute Entry for proceedings held before Judge ROGER VINSON :Final Probation Revocation Hearing as to KAYTRENA J FRANCIS held on 11/29/2005 (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 11/29/2005) |
| 12/06/2005 | 79 | ORIGINAL PAPERS Returned from USCA re 43 Notice of Appeal - Final Judgment Number of Pleadings/Volumes:1; Number of Exhibits:5 (djb, Pensacola) (Entered: 12/07/2005) |
| 12/06/2005 | 80 | ORDER of USCA (certified copy) re 43 Notice of Appeal - Final Judgment by KAYTRENA J FRANCIS. Appellant's motion to terminate retained counsel, Robert Harper, is GRANTED. The motion to withdraw by retained counsel is GRANTED. Appellant's motions for appointment of counsel and to proceed in forma pauperis on appeal are GRANTED. Counsel will be appointed in a separate order. Appellant's motion for transcripts at government expense is GRANTED. 28 U.S.C. § 753(f) (djb, Pensacola) Modified on 12/14/2005 (djb, Pensacola). (Entered: 12/07/2005) |
| 12/14/2005 | 81 | ORDER of USCA (certified copy) as to KAYTRENA J FRANCIS re 43 Notice of Appeal - Final Judgment. IT IS ORDERED that the Federal Public Defender for the Northern District of Florida, is appointed as counsel to represent appellant KAYTRENA J. FRANCIS. (djb, Pensacola) (Entered: 12/14/2005) |
| 12/14/2005 | 82 | USCA PROCEDURAL LETTER re: 43 NOTICE OF APPEAL by KAYTRENA J FRANCIS USCA Appeal # 05-14985-C (djb, Pensacola) (Entered: 12/14/2005) |
| 12/19/2005 | 83 | NOTICE OF ATTORNEY APPEARANCE: CHET KAUFMAN appearing for KAYTRENA J FRANCIS for purposes of appeal (KAUFMAN, CHET) (Entered: 12/19/2005) |
| 12/19/2005 | 84 | TRANSCRIPT REQUEST by KAYTRENA J FRANCIS for proceedings held on 6/6/05, 6/7/05, 8/23/05 and 11/29/05 before Judge Vinson, re 43 Notice of Appeal - Final Judgment (KAUFMAN, CHET) (Entered: 12/19/2005) |
| 12/21/2005 | 85 | TRANSCRIPT Acknowledgement - Part II re 43 Notice of Appeal - Final Judgment Court Reporter:W. Paul Rayborn (wpr, Pensacola) (Entered: 12/21/2005) |
| 01/09/2006 | 86 | ORDER of USCA (certified copy) as to KAYTRENA J FRANCIS re 43 Notice of Appeal - Final Judgment. The "motion to proceed pro se on appeal," filed by Appellant herself, and which is also construed as a motion for reconsideration of this Court's December 5, 2005, Order, is DENIED. (djb, Pensacola) (Entered: 01/10/2006) |
| 01/11/2006 |  | Set Deadlines as to KAYTRENA J FRANCIS re 43 Notice of Appeal - Final Judgment. Clerk to check status of Appeal on 4/5/2006 (djb, Pensacola) (Entered: 01/11/2006) |
| 01/12/2006 | 87 | TRANSCRIPT of First Day of Trial (280 pages) filed as to KAYTRENA |

| | | |
|---|---|---|
| | | J. FRANCIS for dates of June 6, 2005 before Judge Roger Vinson, re 43 Notice of Appeal - Final Judgment Court Reporter: W. Paul Rayborn. (wpr, Pensacola) (Entered: 01/12/2006) |
| 01/12/2006 | 88 | TRANSCRIPT of Second Day of Trial (62 pages) filed as to KAYTRENA J. FRANCIS for dates of June 7, 2005 before Judge Roger Vinson, re 43 Notice of Appeal - Final Judgment Court Reporter: W. Paul Rayborn. (wpr, Pensacola) (Entered: 01/12/2006) |
| 01/12/2006 | 89 | TRANSCRIPT of Sentencing Hearing (31 pages) filed as to KAYTRENA J. FRANCIS for dates of August 23, 2005 before Judge Roger Vinson, re 43 Notice of Appeal - Final Judgment Court Reporter: W. Paul Rayborn. (wpr, Pensacola) (Entered: 01/12/2006) |
| 01/12/2006 | 90 | TRANSCRIPT of Violation of Probation Hearing (45 pages) filed as to KAYTRENA J. FRANCIS for dates of November 29, 2005 before Judge Roger Vinson, re 43 Notice of Appeal - Final Judgment Court Reporter: W. Paul Rayborn. (wpr, Pensacola) (Entered: 01/12/2006) |
| 01/12/2006 | 91 | NOTICE of Filing Transcript by Court Reporter in District Court - re 43 Notice of Appeal - Final Judgment Court Reporter: W. Paul Rayborn (wpr, Pensacola) (Entered: 01/12/2006) |
| 02/13/2006 | 92 | PETITION AND ORDER Re Supervised Release Violation as to KAYTRENA J FRANCIS Summons Issued and forwarded to US Probation Initial Appearance on Revocation Proceedings set for 2/23/2006 02:00 PM in Courtroom 3 before MAGISTRATE JUDGE ELIZABETH M TIMOTHY. Signed by Senior Judge ROGER VINSON on February 8, 2006. (jrm, Pensacola) (Entered: 02/13/2006) |
| 02/17/2006 | 93 | Summons Returned Unexecuted in case as to KAYTRENA J FRANCIS (PDF sealed per Privacy Policy) (jrm, Pensacola) (Entered: 02/21/2006) |
| 03/23/2006 | 95 | REQUEST by USCA for the record on appeal. re: 43 NOTICE OF APPEAL by KAYTRENA J FRANCIS USCA Appeal # 05-14985-CC (djb, Pensacola) (Entered: 03/24/2006) |
| 03/24/2006 | 96 | CERTIFICATE OF READINESS re 43 Notice of Appeal - Final Judgment Number of Pleadings/Volumes:1; Number of Transcripts:4; Number of Exhibits:6 (djb, Pensacola) (Entered: 03/24/2006) |
| 03/24/2006 | 97 | Certified and Transmitted Record on Appeal as to KAYTRENA J FRANCIS to US Court of Appeals re 43 Notice of Appeal - Final Judgment (Attachments: # 1 Lined docket sheet)(djb, Pensacola) (Entered: 03/24/2006) |
| 03/30/2006 | 98 | USCA Acknowledgement 96 Certificate of Readiness as to KAYTRENA J FRANCIS USCA Appeal # 05-14985-CC (djb, Pensacola) (Entered: 03/30/2006) |
| 03/30/2006 | 99 | USCA Acknowledgement 97 Appeal Record Sent to USCA as to KAYTRENA J FRANCIS USCA Appeal # 05-14985-CC (djb, Pensacola) (Entered: 03/30/2006) |
| | | |

| 04/12/2006 | | Set Deadlines 97 Appeal Record Sent to USCA, Appeal Deadlines Terminated as to KAYTRENA J FRANCIS re 43 Notice of Appeal - Final Judgment filed by KAYTRENA J FRANCIS, Clerk to check status of Appeal on 7/12/2006 (djb, Pensacola) (Entered: 04/12/2006) |
|---|---|---|
| 06/13/2006 | 100 | Rule 5(c)(3) Documents Received as to KAYTRENA J FRANCIS (jrm, Pensacola) (Entered: 06/14/2006) |
| 06/22/2006 | 101 | NOTICE OF ATTORNEY APPEARANCE: RANDEE J GOLDER appearing for KAYTRENA J FRANCIS (jrm, Pensacola) (Entered: 06/22/2006) |
| 06/22/2006 | 102 | NOTICE OF HEARING as to KAYTRENA J FRANCIS. Final Probation Revocation Hearing set for 7/28/2006 10:00 AM in Courtroom 5 before SENIOR JUDGE ROGER VINSON. (jrm, Pensacola) (Entered: 06/22/2006) |
| 06/22/2006 | 103 | Minute Entry for proceedings held before Judge ELIZABETH M TIMOTHY :Initial Appearance re Violation of supervised release as to KAYTRENA J FRANCIS held on 6/22/2006. Final Hearing re Revocation of Supervised Release set for 6/28/2006 10:00 AM in Courtroom 5 before SENIOR JUDGE ROGER VINSON. (ijm, Pensacola) (Entered: 06/22/2006) |
| 06/22/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Vinson notified that action is needed Re: 103 Minute Entry for proceedings held before Judge ELIZABETH M TIMOTHY :Initial Appearance re Violation of supervised release as to KAYTRENA J FRANCIS held on 6/22/2006. Final Hearing re Revocation of Supervised Release set for 6/28/2006 10:00 AM in Courtroom 5 before SENIOR JUDGE ROGER VINSON. (ijm, Pensacola) VOSR HEARING SCHEDULED....Petition and memo referred. (ijm, Pensacola) (Entered: 06/22/2006) |
| 06/23/2006 | 104 | NOTICE OF HEARING as to KAYTRENA J FRANCIS Final Probation Revocation Hearing set for 6/28/2006 10:00 AM in Courtroom 5 before SENIOR JUDGE ROGER VINSON. (jrm, Pensacola) (Entered: 06/23/2006) |
| 06/27/2006 | 105 | Arrest Warrant Returned Executed on 6/7/06 in case as to KAYTRENA J FRANCIS. (jrm, Pensacola) (Entered: 06/27/2006) |
| 06/28/2006 | 106 | SECOND REVISED PETITION AND ORDER as to KAYTRENA J FRANCIS . Signed by Judge ROGER VINSON on June 28, 2006. (jrm, Pensacola) (Entered: 06/29/2006) |
| 06/28/2006 | 107 | Minute Entry for proceedings held before Judge ROGER VINSON :Final Probation Revocation Hearing as to KAYTRENA J FRANCIS held on 6/28/2006 (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 06/29/2006) |
| 06/28/2006 | 108 | ORDER Setting Conditions of Release . Signed by Judge ROGER VINSON on June 28, 2006. (jrm, Pensacola) (Entered: 06/29/2006) |
| 06/29/2006 | 109 | JUDGMENT Re: Violation of Probation as to KAYTRENA J FRANCIS |

| | | |
|---|---|---|
| | | Findings: Court finds defendant has violated the conditions of the terms of probation and the defendant's probation is revoked. Court sentences the defendant to the custody of the Bureau of Prisons for a term of 3 months with no supervision to follow. SEE FORMAL VOP JUDGMENT . Signed by Judge ROGER VINSON on June 29, 2006. (jrm, Pensacola) (Entered: 06/29/2006) |
| 08/02/2006 | | Set Deadlines as to KAYTRENA J FRANCIS re 43 Notice of Appeal - Final Judgment, 97 Appeal Record Sent to USCA: Clerk to check status of Appeal on 10/12/2006 (djb, Pensacola) (Entered: 08/02/2006) |
| 08/08/2006 | 110 | Judgment Returned Executed as to KAYTRENA J FRANCIS on 7/31/2006 to FCI Dublin, Dublin, CA. (jrm, Pensacola) (Entered: 08/09/2006) |
| 10/12/2006 | | Set Deadlines as to KAYTRENA J FRANCIS re 43 Notice of Appeal - Final Judgment, 97 Appeal Record Sent to USCA :, Appeal Deadlines Terminated re 43 Notice of Appeal - Final Judgment filed by KAYTRENA J FRANCIS Clerk to check status of Appeal on 12/12/2006 (djb) (Entered: 10/12/2006) |
| 10/16/2006 | 111 | Appeal Record Returned as to KAYTRENA J FRANCIS: 1 Volume of pleadings; 4 Volume(s) of transcripts; 6 Exhibits: 3 sealed envelopes; 2 envelopes (govt. trial and sentencing exhibits); 1 PSI. re: 43 Notice of Appeal - Final Judgment (djb) (Entered: 10/17/2006) |
| 10/16/2006 | 112 | MANDATE of USCA (certified copy) AFFIRMED. re: 43 NOTICE OF APPEAL by KAYTRENA J FRANCIS USCA Appeal # 05-14985-C (djb) (Entered: 10/17/2006) |
| 12/14/2006 | | Appeal Deadlines Terminated re 43 Notice of Appeal - Final Judgment filed by KAYTRENA J FRANCIS (djb) (Entered: 12/14/2006) |
| 04/15/2008 | 113 | Transfer of Cash Bond Funds from Northern District of California to Northern District of Florida. Entered as to KAYTRENA J FRANCIS in amount of $ 1,608.16 ($1,500 bond with $108.16 interest), Receipt # FLN300001820. Transfer order attached. (tdg) (Entered: 04/16/2008) |