Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
and CHARLES LAMMERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Case No. CV 07-06125 JSW<br><br>**DEFENDANTS CHET KAUFMAN AND RANDOLPH P. MURRELL'S SECOND MOTION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF MARY McNAMARA IN SUPPORT THEREOF**<br><br>**[Civil L.R. 6-3]** |

Pursuant to Civil Local Rule 6-3, Defendants Chet Kaufman and Randolph P. Murrell hereby move the Court for an extension of time of one (1) court day within which to file their memorandum of points and authorities in support of their motion to dismiss.

The underlying facts in support of this request are as follows: On May 12, 2008, undersigned counsel was retained to represent three lawyers at the Office of the Federal Public Defender for the Northern District of Florida. The three lawyers are Chet Kaufman, Randolph P. Murrell and Charles Lammers.[1] As of the date of retention, only Mr. Kaufman and Mr. Murrell had been served with a copy

---

[1] Undersigned counsel does not represent any additional defendant from the Office of the Federal Public Defender for the Northern District of Florida.

1

of the complaint. Accordingly, although undersigned counsel immediately filed a notice of motion and motion to dismiss on behalf of Mr. Kaufman and Mr. Murrell, the administrative relief that she sought to permit an extension of time to file a memorandum of points and authorities in support of that motion was on behalf only of Messrs. Kaufman and Murrell. On May 19, 2008, the Court granted an extension of nine days, or until May 23, 2008 within which to file a memorandum of points and authorities.

On May 22, the day before the deadline for the filing of Mr. Kaufman's and Mr. Murrell's motion to dismiss, Mr. Lammers was served with a copy of the complaint. Undersigned counsel only received notice of the service on Mr. Lammers on the day of the deadline, May 23, 2008.

Now that Mr. Lammers has also been served, undersigned counsel seeks one last and brief (one court day) extension to file a joint memorandum of points and authorities. The grounds for this request are: 1) that the arguments that apply to Mr. Lammers on his motion to dismiss are similar in nature to those that apply to Mr. Kaufman and Mr. Murrell, and 2) a joint filing on behalf of all three defendants will both conserve judicial resources and streamline case preparation in this matter.

Plaintiff will not be prejudiced if the Court grants this motion. The Court has set the hearing on the Kaufman and Murrell motion to dismiss for August 8, 2008, which provides Plaintiff with sufficient time to file an opposition to the motion to dismiss even if Mr. Lammers is added. In order to preserve the status quo with respect to Plaintiff, however, Defendants Kaufman, Murrell and Lammers respectfully submit that Plaintiff's deadline for filing her opposition to the motion to dismiss should be extended also by one (1) court day, or until June 9, 2008, and that Defendants' deadline for the filing of a reply likewise be extended by one (1) court day, or until June 16, 2008.

In light of the foregoing, Defendants respectfully request that the Court permit Defendants to file a memorandum of points and authorities on behalf of Defendants Kaufman, Murrell and Lammers on May 27, 2008.

Dated: May 27, 2008                              Respectfully Submitted,

                                                 _____/s/ Mary McNamara_____
                                                 Mary McNamara
                                                 Alexis Haller
                                                 SWANSON, McNAMARA & HALLER LLP
                                                 Attorneys for Defendants Chet Kaufman, Randolph
                                                 P. Murrell and Charles Lammers

Defs. Kaufman and Murrell's Mtn. to Enlarge Time
*Francis v. United States*, Case No. CV 07-06125 JSW        2

**DECLARATION OF MARY McNAMARA**

1. I am an attorney duly admitted to practice law in the State of California and represent Defendants Chet Kaufman, Randolph P. Murrell and Charles Lammers in the above-captioned matter. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. On May 23, 2008, I was informed via e-mail by my client, Charles Lammers, that he was served with a copy of the complaint in this matter on May 22, 2008.

3. On May 27, 2008, at 8:45 a.m., I telephoned *pro se* Plaintiff Kaytrena J. Francis using the telephone number listed by her in the caption of her complaint. My purpose in making the call was to discuss with Ms. Francis the possibility of a stipulation to the brief enlargement of time requested in the attached motion. My telephone call was directed to a voice mail box, and I left a detailed message for Ms. Francis outlining the one day enlargement that I requested in order to file a joint motion to dismiss on behalf of my clients, Messrs. Kaufman, Murrell and Lammers, together with a message that I would request a corresponding one day enlargement of time on her opposition brief and on the Defendants' reply brief. I left a return telephone number for Mr. Ms. Francis to return my call. It is now past 5:00 p.m. on May 27, 2008 and I have not heard from Ms. Francis.

4. If this requested enlargement of time is not granted, Defendants will be prejudiced. As their counsel, I did not have sufficient time to research and draft a memorandum of points and authorities in support of a joint motion to dismiss by the May 23, 2008 deadline. The complaint in this case is extremely lengthy, over 70 pages, and it is difficult to comprehend.

5. Defendants Kaufman and Murrell previously sought an extension of time for the filing of their memorandum of points and authorities, and received an extension of nine days.

6. This requested extension of time on behalf of Messrs. Kaufman, Murrell and newly-served defendant Lammers should have no effect on the schedule for the case. The case remains in the

/ / /

/ / /

/ / /

1 | very early stages of litigation and the hearing on Defendants' motions to dismiss has been set for August
2 | 8, 2008.
3 |     I declare under penalty of perjury that, with the exception of those matters stated on information
4 | and belief, the foregoing is true and correct. As to those matters stated on information and belief, I
5 | declare under penalty of perjury of the laws of the United States that I believe them to be true and
6 | correct.
7 |     Executed on May 27, 2007, at San Francisco, California.

                                                  /s/ Mary McNamara
                                          Mary McNamara

Defs. Kaufman and Murrell's Mtn. to Enlarge Time
*Francis v. United States*, Case No. CV 07-06125 JSW     4