Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
and CHARLES LAMMERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Case No. CV 07-06125 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CHET KAUFMAN AND RANDOLPH P. MURRELL'S SECOND MOTION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS** |

The second motion of Defendants Chet Kaufman and Randolph P. Murrell ("Defendants") to extend time for filing of their memorandum of points and authorities in support of their amended motion to dismiss was filed on May 27, 2008. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants' memorandum of points and authorities in support of their amended motion to dismiss shall be due on May 27, 2008. Plaintiff's deadline for filing her opposition to the motion to dismiss is June 9, 2008, and Defendants' deadline for the filing of a reply is June 16, 2008.

IT IS SO ORDERED.

Dated:

_____
The Honorable Jeffrey S. White
United States District Court