Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
and CHARLES LAMMERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>  Defendants. | Case No. CV 07-06125 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, certify:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 300 Montgomery Street, Suite 1100, San Francisco, California 94104.

On this date I caused to be served on the interested parties hereto, a copy of:

**DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL AND CHARLES LAMMERS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF ALEXIS HALLER IN SUPPORT OF DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL AND CHARLES LAMMERS' AMENDED MOTION TO DISMISS**

**PROPOSED] ORDER GRANTING DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL AND CHARLES LAMMERS' MOTION TO DISMISS**

**DEFENDANTS CHET KAUFMAN AND RANDOLPH P. MURRELL'S SECOND MOTION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF MARY McNAMARA IN SUPPORT THEREOF**

**[PROPOSED] ORDER GRANTING DEFENDANTS CHET KAUFMAN AND RANDOLPH P. MURRELL'S SECOND MOTION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

**CERTIFICATE OF SERVICE**

( )   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

( )   By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

(X)   By serving a true copy by e-mail to the person and/or office of the person at the address set forth below [Civil L.R. 5-5(a)(1)];

Kaytrena J. Francis
1467 7th Avenue#105
San Francisco, CA 94122
E-mail: kaytrenaf@yahoo.com

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate has been executed on May 27, 2008, at Berkeley, California.

/s/ Alexis Haller
Alexis Haller

2