| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 4 | NEILL T. TSENG (CSBN 220348)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6927
neill.tseng@usdoj.gov

Attorneys for FEDERAL DEFENDANTS the United States of America, the United States Air Force, the United States Department of Justice, the United States Courts, the Federal Bureau of Prisons, and, in their official capacities, Col. Edmond Keith, Col. Dean R. Clemons, SA Brian Solecki, Lt. Col. Vincent C. Smith, Capt Heather A. Baker, Capt. Michael Yoder, Capt. Joanna Astle, Capt. Donna E. Young, 1Lt Kee-sha D. Eskridge, Msgt Edward Shepherd, Lt Col Scott Farrar, CMSgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher Anglin, Tsgt Chad Dillon, A1C. Jason Archilla, Gregory R. Miller, E. Bryan Wilson, Stephen P. Preisser, Donna K. Cato, Dominic Guadagnoli, Clyde Roger Vinson, Miles Davis, W. Paul Rayborn, Jerry Marbut, Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael Feldman, Joel F. Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, R. Lanier Anderson, and Tracy Broadnax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KAYTRENA J. FRANCIS, | ) | No. CV 07-06125 JSW |
| Plaintiff, | ) | |
| | ) | FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF |
| v. | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| Defendants. | ) | |

**PLEASE TAKE NOTICE** that Federal Defendants the United States of America, the United States Air Force, the United States Department of Justice, the United States Courts, the Federal Bureau of Prisons, and, in their official capacities, Col. Edmond Keith, Col. Dean R. Clemons, SA Brian Solecki, Lt. Col. Vincent C. Smith, Capt Heather A. Baker, Capt. Michael Yoder, Capt. Joanna Astle, Capt. Donna E. Young, 1Lt Kee-sha D. Eskridge, Msgt Edward

1  Shepherd, Lt Col Scott Farrar, CMSgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher
2  Anglin, Tsgt Chad Dillon, A1C. Jason Archilla, Gregory R. Miller, E. Bryan Wilson, Stephen P.
3  Preisser, Donna K. Cato, Dominic Guadagnoli, Clyde Roger Vinson, Miles Davis, W. Paul
4  Rayborn, Jerry Marbut, Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael
5  Feldman, Joel F. Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, R. Lanier
6  Anderson, and Tracy Broadnax (collectively, the "Federal Defendants") hereby move this Court
7  under Local Rule 7-11 before the Honorable Jeffery S. White, U.S. District Judge, for an order
8  enlarging until September 8, 2008, the deadline for filing (1) ADR certifications and (2) a
9  Stipulation and [Proposed] Order Selecting ADR Process or a Notice of Need for ADR Phone
10 Conference.  The motion is based on this notice, the memorandum of points and authorities, all
11 the matters of record filed with the Court, and such other evidence as may be submitted.

## I.  STATEMENT OF RELIEF

The Federal Defendants move for an order enlarging until September 8, 2008, the deadline for filing (1) ADR certifications and (2) a Stipulation and [Proposed] Order Selecting ADR Process or a Notice of Need for ADR Phone Conference.

## II.  ISSUES TO BE DETERMINED

Whether the deadline for filing (1) ADR certifications and (2) a Stipulation and [Proposed] Order Selecting ADR Process or a Notice of Need for ADR Phone Conference should be enlarged until September 8, 2008.

## III.  MEMORANDUM OF POINTS AND AUTHORITIES

**A.  FACTUAL BACKGROUND.**

On December 4, 2007, Plaintiff Kaytrena Francis ("Francis") filed an 802-paragraph complaint (Docket #1) alleging over 40 different claims against over 40 defendants, most of whom are federal agencies or employees sued in their official and individual capacities.  The complaint arises out of Francis's arrest, conviction, and sentence in the Northern District of Florida for disorderly conduct and resisting arrest.  On December 4, 2007, the Court filed an Order Setting Initial Case Management Conference and ADR Deadlines (Docket #3), which in pertinent part set February 22, 2008, as the deadline for the parties to file Joint ADR Certification

with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

Motions to dismiss were filed by non-federal defendants Robert Augustus Harper on February 8, 2008 (Docket #13), David Lee Sellers on February 12, 2008 (Docket #16), Randee J. Golder on February 19, 2008 (Docket #18), and by the Federal Defendants on March 10, 2008 (Docket #22-28). The Court set all of the motions for hearing on May 23, 2008, and also continued the initial case management conference to that same date immediately following the hearing on the motions. Docket #33. On May 14, 2008, non-federal defendants Randolph P. Murrell ("Murrell") and Chet Kaufman ("Kaufman") filed a motion to dismiss noticed for hearing on July 11, 2008. Docket #53, 54. On May 15, 2008, the Court reset all of the pending motions for hearing on August 8, 2008, with the case management conference to follow immediately thereafter. Docket #56. On May 27, 2008, non-federal defendants Kaufman, Murrell, and Charles Lammers ("Lammers") filed an amended motion to dismiss, noticed for hearing on August 8, 2008. Docket #61.

On May 9, 2008, the ADR clerk filed a Notice re: Noncompliance with Court Order (the "Notice of Noncompliance") (Docket #50), which states in pertinent part::

> The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** . . . .

Ex. A at 1 (emphasis in original).[1]

That same day, May 9, the undersigned began efforts to obtain a stipulation among all parties to enlarge the deadline for filing ADR certifications and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference until a reasonable time after the Court had an opportunity to hear and decide the pending motions to dismiss. Decl. of Neill T. Tseng ("Tseng Decl.") ¶ 4. Counsel for all of the non-federal

---

[1] All exhibits cited herein are attached to the Decl. of Neill T. Tseng filed concurrently herewith.

1  defendants, Randee Golder, Robert Augustus Harper, David Lee Sellers, and Mary McNamara,
2  informed the undersigned that they were willing to so stipulate, and the enlarged deadline
3  ultimately agreed upon was September 8, 2008.  Id. ¶¶ 5-7.  A copy of the proposed stipulation
4  is contained as part of Ex. C.
5        The undersigned was unable to obtain Francis's agreement to the proposed stipulation
6  despite efforts to do so.  On or around May 13, 2008, the undersigned spoke with Francis by
7  telephone and asked whether she was willing to stipulate to enlarge the ADR deadlines.  Francis
8  stated that she would think about it and follow up with the undersigned by close of business on
9  May 15, 2008.  Tseng Decl. ¶ 8; Ex. B.  On May 19, 2008, the undersigned had not heard back
10 from Francis, and therefore followed up by emailing her the proposed stipulation and asking her
11 to execute and return it if she approved.  Id. ¶ 9; Ex. C.  On May 28, 2008, the undersigned had
12 not heard or received anything back from Francis, and therefore telephoned her and left a
13 voicemail message asking her to inform the undersigned by noon on May 29, 2008, whether or
14 not she would agree to the proposed stipulation.  Tseng Decl. ¶ 10.  By noon on May 29, the
15 undersigned had not heard anything back from Francis and therefore proceeded to file this
16 motion without a stipulation.  Id. ¶ 11.

17 **B.    ARGUMENT**

18       The instant motion should be granted.  Given the large number of defendants in the action
19 (including federal judges and other court personnel, Air Force personnel, Marshals Service
20 personnel, Bureau of Prisons personnel, one United States Attorney, and two Assistant U.S.
21 Attorneys), it may be unwieldy, time-consuming and difficult for all of the parties to attempt to
22 stipulate to an ADR process at this time, much less for all of the defendants to comply with the
23 requirements of the ADR certification (such as reading the handbook entitled "Dispute
24 Resolution Procedures in the Northern District of California" and discussing and considering the
25 available ADR options) and to file such certifications.  Moreover, Francis continues to serve
26 defendants, including federal employees sued in their individual capacities, meaning that more
27 motions to dismiss may be forthcoming.
28       Given the pending motions and the possibility that some or all of the defendants may be

FED. DEFS.' NOTICE OF MOT. AND MOT. FOR ADMIN. RELIEF
CV 07-06125 JSW                                        4

1 | dismissed, it would be more efficient to wait until after the Court has ruled on the motions for
2 | any remaining parties to file ADR certifications and attempt to stipulate to select an ADR
3 | process. Given that the motions to dismiss are set for hearing on August 8, 2008, one month
4 | after that (September 8, 2008) appears to be a reasonable deadline.

### IV. CONCLUSION

For the foregoing reasons, the Court should enlarge until September 8, 2008, the deadline for filing (1) ADR certifications and (2) a Stipulation and [Proposed] Order Selecting ADR Process or a Notice of Need for ADR Phone Conference.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 29, 2008

_____/s/_____
NEILL T. TSENG
Assistant United States Attorney