1    JOSEPH P. RUSSONIELLO (CBN 44332)
     United States Attorney

2

3    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division

4    NEILL T. TSENG (CSBN 220348)
     Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7155
         FAX: (415) 436-6927
         neill.tseng@usdoj.gov

8

9    Attorneys for FEDERAL DEFENDANTS the United States of America, the United States Air
     Force, the United States Department of Justice, the United States Courts, the Federal Bureau of
10   Prisons, and, in their official capacities, Col. Edmond Keith, Col. Dean R. Clemons, Brian
     Solecki, Lt. Col. Vincent C. Smith, Heather A. Baker, Capt. Michael Yoder, Capt. Joanna Astle,
11   Capt. Donna E. Young, 1Lt Kee-sha D. Eskridge, Msgt Edward Shepherd, Maj. Scott R. Farrar,
     SMSgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher Anglin, Tsgt Chad Dillon,
     A1C. Jason Archilla, Gregory R. Miller, E. Bryan Wilson, Stephen P. Preisser, Donna K. Cato,
12   Dominic Guadagnoli, Clyde Roger Vinson, Miles Davis, W. Paul Rayborn, Jerry Marbut,
     Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael Feldman, Joel F.
13   Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, R. Lanier Anderson, and Tracy
     Broadnax

14
                            UNITED STATES DISTRICT COURT
15
                           NORTHERN DISTRICT OF CALIFORNIA
16
                               SAN FRANCISCO DIVISION
17

18   KAYTRENA J. FRANCIS,                )        No. CV 07-06125 JSW
                                         )
19          Plaintiff,                   )
                                         )        DECLARATION OF NEILL T. TSENG
20      v.                               )
                                         )
21   UNITED STATES OF AMERICA, et al.    )
                                         )
22          Defendants.                  )
     _____ )

23          1.      I am an Assistant United States Attorney for the Northern District of California

24   and represent the Federal Defendants in this action.  I submit this declaration in support of the

25   Federal Defendants' Motion for Administrative Relief filed on May 29, 2008 (the "Motion").  I

26   have personal knowledge of the matters in this declaration and could testify competently if called

27   upon to do so.

28          2.      Attached hereto as Exhibit A is a true and correct copy of a Notice Re:

DECL. OF NEILL T. TSENG
CV 07-06125 JSW

Noncompliance With Court Order (the "Notice Re: Noncompliance") filed on May 9, 2008, in the above-captioned action that I obtained from PACER.

3.    Pursuant to Local Rule 7-11, I attempted to obtain a stipulation to submit with the Motion, but was unable to obtain such a stipulation.  My efforts to obtain a stipulation are described in the paragraphs below.

4.    On May 9, 2008, after receiving the Notice Re: Noncompliance, I began contacting counsel for the other defendants in this action in an effort to stipulate to enlarge the deadline for filing ADR certifications and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference until a reasonable time after the Court had an opportunity to hear and decide the pending motions to dismiss.

5.    Counsel for all of the non-federal defendants, Randee Golder ("Golder"), Robert Augustus Harper ("Harper"), David Lee Sellers ("Sellers"), and Mary McNamara ("McNamara"), informed me that they were willing to stipulate  to enlarge the deadline for filing ADR certifications and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference until a reasonable time after the Court had an opportunity to hear and decide the pending motions to dismiss.

6.    Golder, Harper, Sellers, and I originally agreed to enlarge the deadline to August 29, 2008.  Attached hereto as Exhibit B is a true and correct copy of an email I sent to Golder, Harper, and Sellers on May 13, 2008.

7.    After McNamara made an appearance in the case and the Court reset the hearing date for the pending motions to August 8, 2008, Golder, Harper, Sellers, McNamara and I agreed to enlarge the deadline to September 8, 2008.

8.    On or around May 13, 2008, I spoke with plaintiff Kaytrena Francis ("Francis") by telephone to ask whether she would be willing to stipulate to enlarge the deadline for filing ADR certifications and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference until a reasonable time after the Court had an opportunity to hear and decide the pending motions to dismiss.  Francis replied that she would think about it and let me know by close of business on May 15, 2008.

9.    On May 19, 2008, I still had not heard back from Francis, and therefore followed up by sending to her email address kaytrenaf@yahoo.com the proposed stipulation and asking her to execute and return it to me if she approved.  Attached hereto as Exhibit C is a true and correct copy of the email I sent to Ms. Francis on May 19, 2008, with the attachment, the proposed stipulation.

10.    On May 28, 2008, I had not heard or received anything back from Francis, and therefore I telephone her and received her voicemail.  I left her a voicemail message asking her to inform me by noon on May 29, 2008, whether or not she would agree to the stipulation.

11.    As of noon on May 29, 2008, I had not heard anything back from Francis, and therefore proceeded to file this motion without a stipulation among the parties.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 29, 2008, in San Francisco, California.

_____/s/_____
NEILL T. TSENG
Assistant United States Attorney