# Exhibit A

# UNITED STATES DISTRICT COURT

## Northern District of California

| Francis, | 07-06125 JSW |
|---|---|
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| United States of America FTCA, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06125 JSW                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: May 9, 2008
9
          RICHARD W. WIEKING
          Clerk
          by:   Timothy J. Smagacz

          */s/ Timothy Smagacz*
          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-06125 JSW       -2-

**PROOF OF SERVICE**

Case Name:     Francis v. United States of America FTCA

Case Number:   07-06125 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Kaytrena J. Francis
> 1467 7th Avenue
> # 105
> San Francisco, CA 94122

> Neill Tai Tseng
> United States Attorney's Office
> 450 Golden Gate Avenue
> 9th Floor
> San Francisco, CA 94102
> neill.tseng@usdoj.gov

> Charles Lammers
> ,

> Randolph P. Murrell
> ,

> Chet Kaufman
> ,

Elizabeth Faulk

,

Carmen

,

David Lee Sellers

,

Robert Augustus Harper Jr.
Harper & Harper Law Firm, PA
325 West Park Avenue
Tallahassee, FL 32301-2132
harperlaw@harperlawfirm.com

Randee Golder
PO Box 243756
Boynton Beach, FL 33424-3756
rjgolder@bellsouth.net


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 9, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

# Exhibit B

## Tseng, Neill (USACAN)

**From:** Tseng, Neill (USACAN)
**Sent:** Tuesday, May 13, 2008 2:08 PM
**To:** Randee Golder; Harperlaw@harperlawfirm.com; david@davidleesellers.com
**Subject:** ADR

Randee, Robert and David:

Thank you for your responses. All of you have agreed to my proposal to stipulate and move the court to extend the deadline for the ADR filings until August 29. I just got off the phone with Ms. Francis and she said she will think about it and get back to me by COB Thursday. If she agrees, I will send out the stipulation for all of us to sign. If not, I will file the motion and explain why we could not stipulate.

Neill T. Tseng
U.S. Attorney's Office
450 Golden Gate Ave, 9th Floor
San Francisco, CA 94102
(415) 436-7155 (Direct)
(415) 436-6927 (Fax)
neill.tseng@usdoj.gov

1

# Exhibit C

**Tseng, Neill (USACAN)**

| | |
|---|---|
| **From:** | Tseng, Neill (USACAN) |
| **Sent:** | Monday, May 19, 2008 5:49 PM |
| **To:** | Kaytrena J. Francis (kaytrenaf@yahoo.com) |
| **Cc:** | 'Randee Golder'; 'Harperlaw@harperlawfirm.com'; 'david@davidleesellers.com' |
| **Subject:** | Stipulation |
| **Attachments:** | Francis ADR stip.pdf |

Dear Ms. Francis:

Attached is the stipulation to extend the ADR deadline I discussed with you last week over the telephone. Please print it out, sign and date it, and mail it back to me at your earliest convenience. Give me a call if you have any questions. Thank you.

Neill T. Tseng
U.S. Attorney's Office
450 Golden Gate Ave, 9th Floor
San Francisco, CA 94102
(415) 436-7155 (Direct)
(415) 436-6927 (Fax)
neill.tseng@usdoj.gov

1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7155
7     FAX: (415) 436-6927
      neill.tseng@usdoj.gov
8
   Attorneys for FEDERAL DEFENDANTS the United States of America, the United States Air
9  Force, the United States Department of Justice, the United States Courts, the Federal Bureau of
   Prisons, and, in their official capacities, Col. Edmond Keith, Col. Dean R. Clemons, SA Brian
10 Solecki, Lt. Col. Vincent C. Smith, Capt Heather A. Baker, Capt. Michael Yoder, Capt. Joanna
   Astle, Capt. Donna E. Young, 1Lt Kee-sha D. Eskridge, Msgt Edward Shepherd, Lt Col Scott
11 Farrar, CMSgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher Anglin, Tsgt Chad
   Dillon, A1C. Jason Archilla, Gregory R. Miller, E. Bryan Wilson, Stephen P. Preisser, Donna K.
12 Cato, Dominic Guadagnoli, Clyde Roger Vinson, Miles Davis, W. Paul Rayborn, Jerry Marbut,
   Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael Feldman, Joel F.
13 Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, R. Lanier Anderson, and Tracy
   Broadnax
14

15                          UNITED STATES DISTRICT COURT

16                        NORTHERN DISTRICT OF CALIFORNIA

17                              SAN FRANCISCO DIVISION

18
   KAYTRENA J. FRANCIS,                    )    No. CV 07-06125 JSW
19                                         )
          Plaintiff,                       )
20                                         )    STIPULATION AND [PROPOSED]
       v.                                  )    ORDER
21                                         )
   UNITED STATES OF AMERICA, et al.        )
22                                         )
          Defendants.                      )
23 _____)

24     WHEREAS, on December 4, 2007, Plaintiff Kaytrena Francis filed an 802-paragraph

25 complaint in this action alleging over 40 different claims against over 40 defendants, most of

26 whom are federal agencies or employees sued in their official and individual capacities;

27     WHEREAS, on December 4, 2007, the Court filed an Order Setting Initial Case

28 Management Conference and ADR Deadlines setting February 22, 2008, as the deadline for the

STIPULATION AND [PROPOSED] ORDER
CV 07-06125 JSW

parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

WHEREAS, defendant Robert Augustus Harper filed a motion to dismiss on February 8, 2008; defendant David Lee Sellers filed a motion to dismiss on February 12, 2008; defendant Randee J. Golder filed a motion to dismiss on February 19, 2008; the Federal Defendants filed six motions to dismiss on March 10, 2008; and defendants Chet Kaufman and Randolph P. Murrell filed a motion to dismiss on May 14, 2008;

WHEREAS, the aforementioned motions to dismiss are all set for hearing on August 8, 2008, with the initial case management conference to follow immediately afterward;

WHEREAS, on May 9, 2008, the ADR clerk filed a Notice re: Noncompliance with Court Order, stating in pertinent part at 1:

> The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** . . . . ;

WHEREAS, given the large number of parties and the pending motions to dismiss, it may be more efficient for the parties to select an ADR process after said motions have been heard and decided by the Court;

THEREFORE, the below-signed parties hereby stipulate that the deadline to file ADR Certifications and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference shall be continued until September 8, 2008, in order to give the Court time to hear and rule on the pending motions to dismiss, and to give the parties thereafter remaining in the case time to meet and confer to select an ADR process.

//
//
//
//

Respectfully submitted,

DATED:

_____
KAYTRENA J. FRANCIS
Plaintiff

DATED:

_____
RANDEE J. GOLDER
Defendant

DATED:

_____
ROBERT AUGUSTUS HARPER
Defendant

DATED:

_____
DAVID LEE SELLERS
Defendant

DATED:

_____
MARY MCNAMARA
ALEXIS HALLER
Attorneys for Defendants Chet Kaufman, Randolph
P. Murrell, Elizabeth Faulk, and Carmen

JOSEPH P. RUSSONIELLO
United States Attorney

DATED:

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:

_____
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CV 07-06125 JSW                                             3