1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
7      FAX: (415) 436-6927
       neill.tseng@usdoj.gov
8
   Attorneys for FEDERAL DEFENDANTS the United States of America, the United States Air
9  Force, the United States Department of Justice, the United States Courts, the Federal Bureau of
   Prisons, and, in their official capacities, Col. Edmond Keith, Col. Dean R. Clemons, SA Brian
10 Solecki, Lt. Col. Vincent C. Smith, Capt Heather A. Baker, Capt. Michael Yoder, Capt. Joanna
   Astle, Capt. Donna E. Young, 1Lt Kee-sha D. Eskridge, Msgt Edward Shepherd, Lt Col Scott
11 Farrar, CMSgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher Anglin, Tsgt Chad
   Dillon, A1C. Jason Archilla, Gregory R. Miller, E. Bryan Wilson, Stephen P. Preisser, Donna K.
12 Cato, Dominic Guadagnoli, Clyde Roger Vinson, Miles Davis, W. Paul Rayborn, Jerry Marbut,
   Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael Feldman, Joel F.
13 Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, R. Lanier Anderson, and Tracy
   Broadnax
14
15                           UNITED STATES DISTRICT COURT
16                         NORTHERN DISTRICT OF CALIFORNIA
17                                SAN FRANCISCO DIVISION
18
19 KAYTRENA J. FRANCIS,              )   No. CV 07-06125 JSW
                                     )
20     Plaintiff,                    )
                                     )   [PROPOSED] ORDER GRANTING
21     v.                            )   FEDERAL DEFENDANTS' MOTION FOR
                                     )   ADMINISTRATIVE RELIEF
22 UNITED STATES OF AMERICA, et al.  )
                                     )
23     Defendants.                   )
                                     )
24      The Federal Defendants' Motion for Administrative Relief (the "Motion") was filed on

25 May 29, 2008.  After consideration of the briefs and arguments of counsel, and all other matters

26 presented to the Court, IT IS HEREBY ORDERED that the Motion is GRANTED.  The deadline

27 for filing (1) ADR certifications and (2) a Stipulation and [Proposed] Order Selecting ADR

28 Process or a Notice of Need for ADR Phone Conference is enlarged until September 8, 2008.

1  IT IS SO ORDERED.

2

3  DATED: _____

                                     _____
4                                    HON. JEFFREY S. WHITE
                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28