# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF

2. DECLARATION OF NEILL T. TSENG

<u>Kaytrena J. Francis v. United States of America, et al.</u>
Case No. CV 07-6125 JSW

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **ELECTRONIC MAIL**

____  **FEDERAL EXPRESS**

____  **FACSIMILE (FAX)**  Telephone No.: __See Below__

to the party(ies) addressed as follows:

| | |
|---|---|
| Kaytrena J. Francis<br>1467 7th Avenue #105<br>San Francisco, CA 94122 | David Lee Sellers<br>919 N. 12th Avenue<br>Pensacola, FL 32501 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 29, 2008 at San Francisco, California.

_____/s/_____
BONNY WONG
Legal Assistant