1  Mary McNamara SBN 147131
   Alexis Haller SBN 201210
2  SWANSON, McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
   and CHARLES LAMMERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　Defendants. | Case No. CV 07-06125 JSW<br><br>**JOINDER OF DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL AND CHARLES LAMMERS IN FEDERAL DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF, FILED MAY 29, 2008 (DOCKET NO. 67)** |

　　　　Defendants Chet Kaufman, Randolph P. Murrell and Charles Lammers hereby join in Federal Defendants' Motion for Administrative Relief, filed May 29, 2008 (Docket No. 67), and incorporate the arguments and supporting papers as if fully set forth herein.

Dated: May 30, 2008                                       Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Mary McNamara
　　　　　　　　　　　　　　　　　　　　　　Mary McNamara
　　　　　　　　　　　　　　　　　　　　　　Alexis Haller
　　　　　　　　　　　　　　　　　　　　　　SWANSON, McNAMARA & HALLER LLP
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Chet Kaufman, Randolph
　　　　　　　　　　　　　　　　　　　　　　P. Murrell and Charles Lammers