Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
and CHARLES LAMMERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Case No. CV 07-06125 JSW<br><br>**CERTIFICATE OF SERVICE** |

1  I, the undersigned, certify:

2  That I am a citizen of the United States, over the age of eighteen years, and not a party to the

3  within cause; I am employed in the City and County of San Francisco, State of California; my business

4  address is 300 Montgomery Street, Suite 1100, San Francisco, California 94104.

5  On this date I caused to be served on the interested parties hereto, a copy of:

6  **JOINDER OF DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL AND CHARLES LAMMERS IN FEDERAL DEFENDANTS' MOTION**
7  **FOR ADMINSTRATIVE RELIEF, FILED MAY 29, 2008 (DOCKET NO. 67)**

8  **CERTIFICATE OF SERVICE**

9  (X)  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

10

11  ( )  By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

12  ( )  By serving a true copy by e-mail to the person and/or office of the person at the address set forth below [Civil L.R. 5-5(a)(1)];

13

Kaytrena J. Francis
14  1467 7th Avenue, #105
San Francisco, CA 94122

15

16  I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate

17  has been executed on May 30, 2008, at San Francisco, California.

18

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Anne Griffith
19  　　　　　　　　　　　　　　　　　　　　　　Anne Griffith

20

21

22

23

24

25

26

27

28

2