Randee J. Golder, Defendant
P.O. Box 243756
Boynton Beach, FL 33424-3756
Phone: (561) 752-9890
Fax:    (561) 752-9889
Email: rjgolder@bellsouth.net
*Pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J. FRANCIS,

    Plaintiff,

vs.                                          Case No:  CV 07 6125 JSW

UNITED STATES OF AMERICA, et al.,

    **Defendants.**

_____/

## JOINDER OF DEFENDANT GOLDER IN FEDERAL DEFENDANTS'MOTION FOR ADMINISTRATIVE RELIEF [DE67]

Defendant Randee Golder hereby join s in Federal Defendants' Motion for Administrative Relief, filed May 29, 2008 [DE67] and incorporates the arguments and supporting papers as if fully set forth herein.

                                            Respectfully submitted,

                                            s/ *Randee J. Golder*
                                            Randee J. Golder
                                            rjgolder@bellsouth.net
                                            PO Box 243756
                                            Boynton Beach, FL 33424-3756
                                            (561) 752-9890/Fax (561) 752-9889

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Randee J. Golder*

Randee J. Golder, Esq.

**SERVICE LIST**
**Francis v. United States, et al.**
**Case No. CV 07-06125 JSW**
**United States District Court, Northern District of California**

| | |
|---|---|
| AUSA Neill T. Tseng<br>Email: neill.tseng@usdoj.gov<br>U.S. Attorney's Office<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102-3495<br>**Served through CM/ECF** | Robert Augustus Harper, Jr.<br>Email: harperlaw@harperlawfirm.com<br>Harper & Harper Law Firm, PA<br>325 West Park Ave.<br>Tallahassee, FL 32301-2132<br>**Served through CM/ECF** |
| Kaytrena Francis<br>1467 7th Avenue # 105<br>San Francisco, CA 94122<br>**Served by U.S. Mail** | David Lee Sellers<br>919 N. 12th Avenue<br>Pensacola, FL 32501<br>**Served by U.S. Mail** |
| Mary McNamara, Esq.<br>Email: mmcnamara@swansonmcnamara.com<br>Swanson, McNamara & Haller LLP<br>300 Montgomery St., Suite 1100<br>San Francisco, CA 94104<br>**Served through CM/ECF** | |