1  Mary McNamara SBN 147131
   Alexis Haller SBN 201210
2  SWANSON, McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
   and CHARLES LAMMERS

6

7

8

**FILED**

**JUN 0 6 2008**

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

   KAYTRENA J. FRANCIS,                    Case No. CV 07-06125 JSW
12
          Plaintiff,                       [PROPOSED] ORDER GRANTING
13                                         DEFENDANTS CHET KAUFMAN AND
   v.                                      RANDOLPH P. MURRELL'S SECOND
14                                         MOTION TO ENLARGE TIME
   UNITED STATES OF AMERICA, et al.        WITHIN WHICH TO FILE
15                                         MEMORANDUM OF POINTS AND
          Defendants.                      AUTHORITIES IN SUPPORT OF
16                                         MOTION TO DISMISS

17

18      The second motion of Defendants Chet Kaufman and Randolph P. Murrell ("Defendants") to

19  extend time for filing of their memorandum of points and authorities in support of their amended motion

20  to dismiss was filed on May 27, 2008.  After consideration of the briefs and arguments of counsel, and

21  all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' motion is

22  GRANTED.  Defendants' memorandum of points and authorities in support of their amended motion to
                                  June 10, 2008
23  dismiss shall be due on ~~May 27, 2008~~.  Plaintiff's deadline for filing her opposition to the motion to
              June 24, 2008
24  dismiss is ~~June 9, 2008~~, and Defendants' deadline for the filing of a reply is ~~June 16, 2008~~. July 1, 2008

25      IT IS SO ORDERED.

26  Dated: JUN 0 6 2008

27                                         _____
                                           The Honorable Jeffrey S. White
                                           United States District Court
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J FRANCIS,

          Plaintiff,

  v.

UNITED STATES OF AMERICA et al,

          Defendant.
_____/

Case Number: CV07-06125 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kaytrena J. Francis
1467 7th Avenue
# 105
San Francisco, CA 94122

Dated: June 6, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk