1   JOSEPH P. RUSSONIELLO (CBN 44332)
    United States Attorney

2
    JOANN M. SWANSON (CSBN 88143)
3   Chief, Civil Division

4   NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7155
7       FAX: (415) 436-6927
        neill.tseng@usdoj.gov

8
    Attorneys for FEDERAL DEFENDANTS the United States of America, the United States Air
9   Force, the United States Department of Justice, the United States Courts, the Federal Bureau of
    Prisons, and, in their official capacities, Col. Edmond Keith, Col. Dean R. Clemons, SA Brian
10  Solecki, Lt. Col. Vincent C. Smith, Capt Heather A. Baker, Capt. Michael Yoder, Capt. Joanna
    Astle, Capt. Donna E. Young, 1Lt Kee-sha D. Eskridge, Msgt Edward Shepherd, Lt Col Scott
11  Farrar, CMSgt Vince Eubanks, Msgt Brian Henderson, Tsgt Christopher Anglin, Tsgt Chad
    Dillon, A1C. Jason Archilla, Gregory R. Miller, E. Bryan Wilson, Stephen P. Preisser, Donna K.
12  Cato, Dominic Guadagnoli, Clyde Roger Vinson, Miles Davis, W. Paul Rayborn, Jerry Marbut,
    Andrew Elliott, Bryan E. Jansen, Larry Gibbs, Donna Easterling, Michael Feldman, Joel F.
13  Dubina, Frank M. Hull, Rosemary Barkett, Susan H. Black, R. Lanier Anderson, and Tracy
    Broadnax
14

15                          UNITED STATES DISTRICT COURT

16                        NORTHERN DISTRICT OF CALIFORNIA

17                            SAN FRANCISCO DIVISION

18
    KAYTRENA J. FRANCIS,                )        No. CV 07-06125 JSW
19                                       )
           Plaintiff,                    )
20                                       )        [PROPOSED] ORDER GRANTING
        v.                               )        FEDERAL DEFENDANTS' MOTION FOR
21                                       )        ADMINISTRATIVE RELIEF
    UNITED STATES OF AMERICA, et al.     )
22                                       )
           Defendants.                   )
23   _____)

24          The Federal Defendants' Motion for Administrative Relief (the "Motion") was filed on

25  May 29, 2008. After consideration of the briefs and arguments of counsel, and all other matters

26  presented to the Court, IT IS HEREBY ORDERED that the Motion is GRANTED. The deadline

27  for filing (1) ADR certifications and (2) a Stipulation and [Proposed] Order Selecting ADR

28  Process or a Notice of Need for ADR Phone Conference is enlarged until September 8, 2008.

FILED

JUN 0 6 2008

E-Filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    IT IS SO ORDERED.

2

3    DATED:    JUN 0 6 2008

4                                         HON. JEFFREY S. WHITE
                                          United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING FED. DEFS.' MOT. FOR ADMIN. RELIEF
CV 07-06125 JSW                                  2

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J FRANCIS,

        Plaintiff,

  v.

UNITED STATES OF AMERICA et al,

        Defendant.

_____/

Case Number: CV07-06125 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kaytrena J. Francis
1467 7th Avenue
# 105
San Francisco, CA 94122

Dated: June 6, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk