UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA FRANCIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et. al.,

    Defendant.

Case No. 3:07-cv-06125-JSW

## CERTIFICATION OF RECORDS AND DECLARATION OF CAIXA SANTOS

In accordance with the provisions of Section 1746 of Title 28, United States Code, I, the undersigned, Caixa Santos, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled cause:

1. I am currently employed by the United States Government, Federal Bureau of Prisons (Bureau), as a Paralegal at the Federal Correctional Complex in Coleman, Florida (FCC Coleman).

2. As part of my duties, I have access to documents and electronic data kept by the Bureau of Prisons. These records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of the relevant matters.

3. Kaytrena Francis, federal register number 06290-017, is a former federal prisoner who was designated to the Federal Correctional Institution, Dublin, California (FCI Dublin). Bureau records, specifically the SENTRY Security / Designation Data pertinent to Ms. Francis, reveal she was designated to FCI

Dublin on July 18, 2006, by a Bureau staff member at the Bureau's Designation and Sentence Computation Center (DSC) in Grand Prairie Texas, with an expected self-surrender date of July 31, 2006. Inmate Francis was released via good conduct time release on October 26, 2006.

4. Additionally, a review of Bureau records further reveals inmate Kaytrena Francis filed one administrative remedy under the administrative procedures implementing the Federal Tort Claims Act. The procedures are available through Program Statement 1320.06, Claims Under the Federal Tort Claims Act, dated August 1, 2003 (available at www.bop.gov) and 28 C.F.R. § 543.30, *et seq.* An investigation of the claims was conducted and the agency determined the claimant did not articulate any claim as to the alleged actions or inactions of the Bureau that would be appropriate for administrative settlement. Specifically, the only identifiable allegation asserted improprieties in the classification and/or designation of the claimant to FCI Dublin by an employee Bureau in Orlando, Florida. This claim was denied via a letter issued on April 6, 2007. This denial letter was sent to the claimant via certified mail and was receipted by the postal service on April 10, 2007.

5. I certify that the records provided are true and accurate copies of records maintained by the Federal Bureau of Prisons in the course of its regularly conducted activity and made by the regularly conducted activity as a regular practice: SENTRY Printout Public Information Inmate Data; SENTRY Printout Administrative Remedy Generalized Retrieval; and excerpts from the Bureau's files for tort claim TRT-SER-2007-01979.

1  I declare under penalty of perjury that the foregoing is true and correct to the
2  best of my knowledge and belief.
3  Executed on this 21st day of February, 2008.

Caixa M. Santos, Paralegal
Federal Correctional Complex
Coleman, Florida