**EXHIBIT 1**

**SENTRY PRINT-OUT PUBLIC INFORMATION INMATE DATA**

```
▮                *       PUBLIC INFORMATION          *    01-23-2008
                 *          INMATE DATA              *    08:08:04
PAGE 001         *       AS OF 01-23-2008
REGNO..: 06290-017 NAME: FRANCIS, KAYTRENA J

                    RESP OF: DUB / FULL TERM RELEASE
                    PHONE..: 925-833-7500   FAX: 925-833-7599
                                            RACE/SEX...: BLACK / FEMALE
                                            AGE: 48

ACTUAL RELEASE METH.: FT REL
ACTUAL RELEASE DATE.: 10-26-2006
------------------------- ADMIT/RELEASE HISTORY ------------------------------
                                                START DATE/TIME STOP  DATE/TIME
FCL   ASSIGNMENT DESCRIPTION
DUB   FT REL     FULL TERM RELEASE (CCCA)      10-26-2006 0815 CURRENT
DUB   A-DES      DESIGNATED, AT ASSIGNED FACIL 07-31-2006 0845 10-26-2006 0815
1-W   RELEASE    RELEASED FROM IN-TRANSIT FACL 07-31-2006 1145 07-31-2006 1145
1-W   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-18-2006 1639 07-31-2006 1145
COR   ADMIN REL  ADMINISTRATIVE RELEASE        07-18-2006 1639 07-18-2006 1639
COR   A-ADMIN    ADMINISTRATIVE ADMISSION      07-17-2006 1130 07-18-2006 1639

▮          MORE PAGES TO FOLLOW . . .
```


```
                    *      PUBLIC INFORMATION         *   01-23-2008
▓▓▓▓▓▓▓             *         INMATE DATA            *   08:08:04
PAGE 002                    AS OF 10-26-2006
REGNO..: 06290-017 NAME: FRANCIS, KAYTRENA J

                 RESP OF: DUB / FULL TERM RELEASE
                 PHONE..: 925-833-7500   FAX: 925-833-7599
PRE-RELEASE PREPARATION DATE: 10-18-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 10-26-2006 VIA FT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: FLORIDA, NORTHERN DISTRICT
DOCKET NUMBER....................: 3:05CR27/RV
JUDGE............................: VINSON
DATE SENTENCED/PROBATION IMPOSED: 08-23-2005
DATE PROBATION REVOKED...........: 06-28-2006
TYPE OF PROBATION REVOKED........: REG
DATE COMMITTED...................: 07-31-2006
HOW COMMITTED....................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED................: NO

                FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $00.00         $35.00           $500.00        $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 707
OFF/CHG: 18:111 - RESISTING, OPPOSING, IMPEDING OR INTERFERING WITH
         CERTAIN OFFICERS
         18:7 & 13 AND F.S.S. 877.03 - DISORDERLY CONDUCT

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    3 MONTHS
  DATE OF OFFENSE................: 12-10-2004


▓▓▓▓▓▓       MORE PAGES TO FOLLOW . . .
```

```
███████              *        PUBLIC INFORMATION           *    01-23-2008
                                 INMATE DATA               *    08:08:04
PAGE 003 OF 003 *             AS OF 10-26-2006
REGNO..: 06290-017 NAME: FRANCIS, KAYTRENA J

                   RESP OF: DUB / FULL TERM RELEASE
                   PHONE..: 925-833-7500    FAX: 925-833-7599
-------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-08-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-08-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 07-31-2006
TOTAL TERM IN EFFECT............:      3 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      3 MONTHS
EARLIEST DATE OF OFFENSE........: 12-10-2004

JAIL CREDIT.....................:    FROM DATE          THRU DATE
                                     12-10-2004         12-10-2004
                                     12-01-2005         12-01-2005
                                     06-07-2006         06-08-2006

TOTAL PRIOR CREDIT TIME.........: 4
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 10-26-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-26-2006


ACTUAL SATISFACTION DATE........: 10-26-2006
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: DUB
ACTUAL SATISFACTION KEYED BY....: TAW

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0


███████       ALL CURRENT COMPS ARE SATISFIED
```

# EXHIBIT 2

# SENTRY PRINT-OUT SECURITY/DESIGNATION DATA

```
██████████             SECURITY/DESIGNATION       *   01-23-2008
                                                  *   08:08:19
PAGE 001        *             DATA                              ORG: DSC
     REGNO: 06290-017   NAME: FRANCIS, KAYTRENA J
RC/SEX/AGE: B/F/48   FORM D/T: 07-18-2006/1000   RES: SAN FRANCISCO, CA 94122
OFFN/CHG..: REVOCATION OF PROBATION/ 3 MONTHS
            #3:05CR27/RV
                                   CR HX PT: 0       CAR: SCRN1
CUSTODY...:              BIL:
CITIZENSHP: UNITED STATES OF AMERICA  PUB SAFETY: NONE
                                                     USM: N-FL/PEN
CIM CONSID:                                    REC PROG:
JUDGE.....: VINSON       REC FACL:
DETAINER..: NONE         SEVERITY: MODERATE    LENGTH..: 0-12 MOS    (003)
PRIOR.....: NONE         ESCAPES.: NONE        VIOLENCE: < 5 YRS MINOR
PRECOMMT..: N/A          V/S DATE:             V/S LOC.:
OMDT REF..: NO           SEC TOTL: 6           SCORED LEV: MINIMUM
CCM RMKS..: REVO INV FAIL 2 REPORT FOR DNA COLL, NOTIFY PO OF ADR CHG &
            SUBMIT MO'LY RPTS/ PRI: 05 RES OFCRS, DISORD COND-SWUNG AT,
            ATTM TO BITE NAVAL OFCR-PROB//79 UNLAWF USE WPN, DISTURB PEACE
            BURGL-NO CNVS/ TRD= 10-29-06/ SURR: 7-31-06/ DHN/ TRB
DESIG: DUBLIN FCI (F)            DSC REK 07-18-2006 RSN: MGMT   MSL: LOW
MGTV/MVED.: GRTR SECU N/A
DESIG RMKS: SHORT TERM FLEXED TO LOW RECENT ASSAULT. MGTV V


████        MORE PAGES TO FOLLOW . . .
```

```
                              SECURITY/DESIGNATION          *   01-23-2008
PAGE 002 OF 002 *                     DATA                  *     08:08:19
     REGNO: 06290-017   NAME: FRANCIS, KAYTRENA J                  ORG: COR
RC/SEX/AGE: B/F/48  FORM D/T: 07-17-2006/1145  RES: SAN FRANCISCO, CA 94122
OFFN/CHG..: REVOCATION OF PROBATION/ 3 MONTHS
            #3:05CR27/RV
CUSTODY...:             BIL:              CR HX PT: 0      CAR: SCRN1
CITIZENSHP: UNITED STATES OF AMERICA  PUB SAFETY: NONE
CIM CONSID:                                                USM: N-FL/PEN
JUDGE.....: VINSON      REC FACL:              REC PROG:
DETAINER..: NONE        SEVERITY: MODERATE     LENGTH..: 0-12 MOS    (003)
PRIOR.....: NONE        ESCAPES.: NONE         VIOLENCE: NONE
PRECOMMT..: N/A         V/S DATE:              V/S LOC.:
OMDT REF..: NO          SEC TOTL: 3            SCORED LEV: MINIMUM
CCM RMKS..: REVO INV FAIL 2 REPORT FOR DNA COLL, NOTIFY PO OF ADR CHG &
            SUBMIT  MO'LY RPTS/ PRI: 05 RES OFCRS, DISORD COND-SWUNG AT,
            ATTM TO BITE NAVAL OFCR-PROB//79 UNLAWF USE WPN, DISTURB PEACE
            BURGL-NO CNVS/ TRD= 10-29-06/ SURR: 7-31-06/ DHN/ TRB




            TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```