1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7155
7  FAX: (415) 436-6927
   neill.tseng@usdoj.gov
8
   Attorneys for FEDERAL DEFENDANTS
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

| | |
|---|---|
| KAYTRENA J. FRANCIS, ) | No. CV 07-06125 JSW |
| ) | |
| Plaintiff, ) | THIRD DECLARATION OF NEILL T. |
| ) | TSENG IN SUPPORT OF FEDERAL |
| v. ) | DEFENDANTS' MOTIONS TO DISMISS; |
| ) | EXHIBITS "J" -"O" |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |

   1.      I am an Assistant United States Attorney for the Northern District of California and represent the Federal Defendants in this action. I submit this declaration in support of the Federal Defendants' various motions to dismiss filed concurrently herewith on June 23, 2008. I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

   2.      Attached hereto as Exhibit J is a true and correct copy of the docket sheet that I obtained from PACER on or around June 18, 2008, in USA v. Francis, 05-14985-CC, in the United States Court of Appeals for the Eleventh Circuit.

   3.      Attached hereto as Exhibit K is a true and correct copy of an opinion filed on September 14, 2006, that I obtained from PACER on or around June 17, 2008, in USA v. Francis, 05-14985-CC, in the United States Court of Appeals for the Eleventh Circuit.

4. Attached hereto as Exhibit L is a true and correct copy of a Petition for Warrant or Summons for Offender Under Supervision filed on November 7, 2005 (Docket #68), that I obtained from PACER on or around June 17, 2008, in <u>United States v. Francis</u>, Case No. 3:05-cr-00027-RV-1, in the United States District Court for the Northern District of Florida.

5. Attached hereto as Exhibit M is a true and correct copy of Rule 5(c)(3) Documents Received as to Kaytrena J. Francis filed on June 13, 2006 (Docket #100), that I obtained from PACER on or around June 19, 2008, in <u>United States v. Francis</u>, Case No. 3:05-cr-00027-RV-1, in the United States District Court for the Northern District of Florida.

6. Attached hereto as Exhibit N is a true and correct copy of Request by USCA for the original papers as to Kaytrena J. Francis filed on October 17, 2005 (Docket #63), that I obtained from PACER on or around June 19, 2008, in <u>United States v. Francis</u>, Case No. 3:05-cr-00027-RV-1, in the United States District Court for the Northern District of Florida.

7. Attached hereto as Exhibit O are true and correct copies of various documents I received from AUSA Stephen Preisser of the Northern District of Florida purportedly relating to the appointment of United States Air Force Captain Heather A. Baker as a Special Assistant United States Attorney.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2008, in San Francisco, California.

                                      /s/
                          NEILL T. TSENG
                          Assistant United States Attorney