**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. **DEFENDANT, IN HER INDIVIDUAL CAPACITY, TRACEY BROADNAX'S NOTICE OF MOTION AND MOTION TO DISMISS**

2. **INDIVIDUAL JUDICIAL DEFENDANTS, IN THEIR INDIVIDUAL CAPACITIES, CLYDE ROGER VINSON, MILES DAVIS, W. PAUL RAYBORN, JERRY MARBUT, ANDREW ELLIOTT, BRYAN E. JANSEN, LARRY GIBBS, DONNA EASTERLING, MICHAEL FELDMAN, JOEL F. DUBINA, FRANK M. HULL, ROSEMARY BARKETT, SUSAN H. BLACK, AND R. LANIER ANDERSON'S NOTICE OF MOTION AND MOTION TO DISMISS**

3. **INDIVIDUAL DOJ DEFENDANTS, IN THEIR INDIVIDUAL CAPACITIES, GREGORY R. MILLER, E. BRYAN WILSON, AND STEPHEN P. PREISSER'S NOTICE OF MOTION AND MOTION TO DISMISS**

4. **INDIVIDUAL MARSHALS DEFENDANTS, IN THEIR INDIVIDUAL CAPACITIES, DOMINIC GUADAGNOLI AND DONNA K. CATO'S NOTICE OF MOTION AND MOTION TO DISMISS**

5. **INDIVIDUAL AIR FORCE DEFENDANTS, IN THEIR INDIVIDUAL CAPACITIES, COL EDMOND KEITH, COL DEAN R. CLEMONS, SA BRIAN SOLECKI, LT COL VINCENT C. SMITH, CAPT HEATHER A. BAKER, CAPT. MICHAEL YODER, CAPT. JOANNA ASTLE, CAPT. DONNA E. YOUNG, LT COL SCOTT FARRAR, CMSGT VINCE EUBANKS, MSGT BRIAN HENDERSON, TSGT CHRISTOPHER ANGLIN, AND TSGT. CHAD DILLON'S NOTICE OF MOTION AND MOTION TO DISMISS**

6. **THIRD DECLARATION OF NEILL T. TSENG IN SUPPORT OF FEDERAL DEFENDANTS' MOTIONS TO DISMISS; EXHIBITS "J" -"O"**

7. **CERTIFICATION OF RECORDS AND DECLARATION OF CAIXA SANTOS**

<u>Kaytrena J. Francis v. United States of America, et al.</u>
Case No. CV 07-6125 JSW

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

1 | ____ **ELECTRONIC MAIL**

2 | ____ **FEDERAL EXPRESS**

3 | ____ **FACSIMILE (FAX)**  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

| Kaytrena J. Francis<br>1467 7th Avenue #105<br>San Francisco, CA 94122 | David Lee Sellers<br>919 N. 12th Avenue<br>Pensacola, FL 32501 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 23, 2008 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant