JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | No. CV 07-06125 JSW<br><br>THIRD DECLARATION OF NEILL T. TSENG IN SUPPORT OF FEDERAL DEFENDANTS' MOTIONS TO DISMISS; EXHIBITS "J" -"O" |

    1.    I am an Assistant United States Attorney for the Northern District of California and represent the Federal Defendants in this action.  I submit this declaration in support of the Federal Defendants' various motions to dismiss filed concurrently herewith on June 23, 2008.  I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

    2.    Attached hereto as Exhibit J is a true and correct copy of the docket sheet that I obtained from PACER on or around June 18, 2008, in USA v. Francis, 05-14985-CC, in the United States Court of Appeals for the Eleventh Circuit.

    3.    Attached hereto as Exhibit K is a true and correct copy of an opinion filed on September 14, 2006, that I obtained from PACER on or around June 17, 2008, in USA v. Francis, 05-14985-CC, in the United States Court of Appeals for the Eleventh Circuit.

THIRD DECLARATION OF NEILL T. TSENG
CV 07-06125 JSW

1    4.    Attached hereto as Exhibit L is a true and correct copy of a Petition for Warrant or Summons for Offender Under Supervision filed on November 7, 2005 (Docket #68), that I obtained from PACER on or around June 17, 2008, in United States v. Francis, Case No. 3:05-cr-00027-RV-1, in the United States District Court for the Northern District of Florida.

5.    Attached hereto as Exhibit M is a true and correct copy of Rule 5(c)(3) Documents Received as to Kaytrena J. Francis filed on June 13, 2006 (Docket #100), that I obtained from PACER on or around June 19, 2008, in United States v. Francis, Case No. 3:05-cr-00027-RV-1, in the United States District Court for the Northern District of Florida.

6.    Attached hereto as Exhibit N is a true and correct copy of Request by USCA for the original papers as to Kaytrena J. Francis filed on October 17, 2005 (Docket #63), that I obtained from PACER on or around June 19, 2008, in United States v. Francis, Case No. 3:05-cr-00027-RV-1, in the United States District Court for the Northern District of Florida.

7.    Attached hereto as Exhibit O are true and correct copies of various documents I received from AUSA Stephen Preisser of the Northern District of Florida purportedly relating to the appointment of United States Air Force Captain Heather A. Baker as a Special Assistant United States Attorney.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2008, in San Francisco, California.

                /s/
        NEILL T. TSENG
        Assistant United States Attorney