FILED
JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J. FRANCIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. C 07-06125 JSW

**ORDER SETTING BRIEFING SCHEDULE ON REMAINING MOTIONS TO DISMISS INDIVIDUAL DEFENDANTS**

After a series of motions to dismiss, the Court has now received another five motions to dismiss from various individual defendants set for hearing on August 8, 2008. The Court ORDERS that oppositions to the recently-filed motions to dismiss the individual defendants shall be filed by no later than **July 11, 2008** and reply briefs shall be filed by no later than **July 18, 2008**. Failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: JUN 24 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J FRANCIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA et al,

    Defendant.

Case Number: CV07-06125 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kaytrena J. Francis
1467 7th Avenue, # 105
San Francisco, CA 94122

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk