```
Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
and CHARLES LAMMERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>       Defendants. | Case No. CV 07-06125 JSW<br><br>**DECLARATION OF ALEXIS HALLER IN SUPPORT OF DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL AND CHARLES LAMMERS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

    1.    I am an attorney duly admitted to practice law in the State of California and represent Defendants Chet Kaufman, Randolph P. Murrell and Charles Lammers in the above-captioned matter. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure filed in *United States v. Kaytrena Francis*, Case No. 3:06-mj-70357-MAG, which I downloaded from this Court's Electronic Case Management system on June 26, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2008, at San Francisco, California.

                                                         /s/ Alexis Haller
                                                Alexis Haller

EXHIBIT A

<pre>
                                                              F I L E D

1  KEVIN V. RYAN (CSBN 118321)                                JUN 0 8 2006
   United States Attorney
2
                                                              RICHARD W. WIEKING
3  MARK L. KROTOSKI (CASBN 138549)                         CLERK, U.S. DISTRICT COURT
   Chief, Criminal Division                              NORTHERN DISTRICT OF CALIFORNIA
4  ANDREW M. SCOBLE
   Assistant U.S. Attorney
5
        450 Golden Gate Ave (11th Floor)
6       San Francisco, CA 94102
        Telephone: (415) 436-7200
7
   Attorneys for the United States
8
9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA                MEJ
11                          SAN FRANCISCO DIVISION
                                                                 06   70357
12
13 UNITED STATES OF AMERICA,        )    CRIMINAL NO.
                                    )
14       Plaintiff,                 )
                                    )
15    v.                            )    NOTICE OF PROCEEDINGS ON
                                    )    OUT-OF-DISTRICT CRIMINAL
16 KAYTRENA J. FRANCIS,             )    CHARGES PURSUANT TO RULES
                                    )    5(c)(2) AND (3) OF THE FEDERAL RULES
17       Defendant.                 )    OF CRIMINAL PROCEDURE
                                    )
18 _____  )

19      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 Procedure that on June 7, 2006, the above-named defendant was arrested based upon an arrest

21 warrant (copy attached) issued upon an

22      ☐ Indictment

23      ☐ Information

24      ☐ Criminal Complaint

25      ☐ Other (describe) Form 12

26 pending in the   NORTHERN   District of FLORIDA  , Case Number 3:05cr27/RV.

27 See Attachment A, incorporated herein by reference.

28 //

                                         1
</pre>

1  In that case, the defendant is charged with a violation(s) of Title(s) 18, United States Code,
2  Section(s) 3148.
3  Description of Charges: Violation of conditions of probation by: failing to report to or to contact
4  Probation Officer for collection of DNA sample; failure to submit written monthly report for
5  month of January 2006; and failure to notify the Probation Officer in advance of changing
6  residence.

Respectfully Submitted,

KEVIN V. RYAN
UNITED STATES ATTORNEY

Date: 6/07/2006

ANDREW M. SCOBLE
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 3:05cr27/RV

KAYTRENA J. FRANCIS

WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   KAYTRENA J. FRANCIS
                                          Name
and bring him or her forthwith to the nearest magistrate to answer a

Probation Violation Petition

charging him or her with:

VIOLATION OF CONDITION(S) OF PROBATION

in violation of Title 18 United States Code, Section(s) 3148

| William M. McCool | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Jerry Marbut | February 24, 2006, Pensacola, Florida |
| Deputy Clerk: Jerry Marbut | Date and Location |

Bail fixed at $_____
and/or in accordance with Comprehensive Crime            by   Roger Vinson
Control Act of 1984.                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

COPY

ATTACHMENT A

NDFL PROB 12C
07/0/00

# United States District Court
## for the
## Northern District of Florida
### Petition for Warrant or Summons for Offender Under Supervision
### Revised February 22, 2006

| | | | |
|---|---|---|---|
| Name of Offender: | Kaytrena J. Francis | Case Number: | 3:05CR27-001/RV |
| Name of Sentencing Judicial Officer: | Senior U.S. District Judge Roger Vinson | | |
| Date of Original Sentence: | August 23, 2005 | | |
| Original Offense: | Count 1: Resisting, Opposing, Impeding or Interfering with Certain Officers, in violation of 18 U.S.C. § 111 | | |
| Original Sentence: | 2 years probation | | |
| Type of Supervision: | Probation | Date Supervision Commenced: | August 23, 2005 |
| Asst. U.S. Attorney: | Captain Johanna A. Astle (SAUSA) | Defense Attorney: | Robert A. Harper (Retained) |

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons
[ ] Other: File for violation proceedings

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Violation of Mandatory Condition which states in part, "the defendant shall not commit another federal, state, or local crime"; and Violation of Standard Condition number three which states, "the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." In that, on January 10, 2006, a written appointment notice was mailed to the offender instructing Mrs. Francis to report to the U.S. Probation Office in Pensacola, Florida, on February 3, 2006, for DNA collection pursuant to the Under the Justice for All Act of 2004 [Public Law 108-405 (October 30, 2004)]. Attached to the appointment notice was a standard letter informing the offender that "Failure to cooperate could be both a violation of your conditions of release, and you could be charged with a Class A misdemeanor under 42 U.S.C. § 14135a(a)(5) which is punishable by a sentence of one year imprisonment and fines up to $100,000." The offender has failed to report in person or contact this officer by telephone regarding this appointment. |

06 FEB 24 PM 2:00

FILED

Case 3:05-cr-00027-RV  Document 94  Filed 02/24/2006  Page 2 of 3

RE:  Kaytrena J. Francis, DKT # 3:05CR27-001/RV
Petition for Warrant or Summons for Offender Under Supervision
Page #2

2   <u>Violation of Standard Condition number two which states, "the defendant shall report to the probation officer and submit a truthful and complete written report within the first five days of each month."</u> In that, the offender has failed to submit a written monthly report for the month of January 2006, which was due by February 5, 2006.

3   <u>Violation of Standard Condition number six which states, "the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment."</u> In that, the offender changed her residence without prior notification to the probation officer, as determined during an attempted home visit on February 16, 2006. On that date, the new occupants of the offender's approved residence responded (by telephone) to a note left on the door by this officer. They advised that their residence (Eglin Air Force Base housing) was vacated and they moved in during the first part of February. This information was also confirmed by the offender's neighbor and her husband's coworker on the same date. According to her husband's coworker, the offender's husband was recently transferred to a duty station in Korea, which was dependent restricted. The offender's current whereabouts are unknown.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ] Revoked
[   ] Extended

[   ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 22, 2006

*Donna D. Easterling*
Donna D. Easterling
U.S. Probation Officer

RE:  Kaytrena J. Francis, DKT # 3:05CR27-001/RV
Petition for Warrant or Summons for Offender Under Supervision
Page #3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other: File for violation proceedings

_____
Signature of Judicial Officer

2/24/06
Date

Warrant/Summons Issued:  2/24/2006
Date

_____
Deputy Clerk

HP Officajet 7410  
Personal Printer/Fax/Copier/Scanner

Log for  
US Marshals Service  
8504396607  
Jun 07 2006 2:25PM

---

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jun 7 | 2:24PM | Fax Sent | 914154367621 | 1:11 | 5 | OK |