Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
and CHARLES LAMMERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　Defendants. | Case No. CV 07-06125 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, certify:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 300 Montgomery Street, Suite 1100, San Francisco, California 94104.

On this date I caused to be served on the interested parties hereto, a copy of:

**DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL AND CHARLES LAMMERS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

**DECLARATION OF ALEXIS HALLER IN SUPPORT OF DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL AND CHARLES LAMMERS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

**CERTIFICATE OF SERVICE**

(X)    By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

( )    By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

( )    By serving a true copy by e-mail to the person and/or office of the person at the address set forth below [Civil L.R. 5-5(a)(1)];

Kaytrena J. Francis
1467 7th Avenue, #105
San Francisco, CA 94122

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate has been executed on July 1, 2008, at San Francisco, California.

_____/s/ Anne Griffith_____
Anne Griffith