ROBERT AUGUSTUS HARPER
Harper & Harper Law Firm, P.A.
325 West Park Avenue
Tallahassee, Florida  32301-1413
(850) 224-5900/fax (850) 224-9800
FL Bar No. 127600/GA Bar No. 328360
Harperlaw@harperlawfirm.com
*Pro se*

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAYTRENA J. FRANCIS,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, et al<br><br>    Defendant. | Case No.  CV 07 6125-JSW<br><br>**NOTICE OF HEARING ON<br>MOTION TO DISMISS**<br>(By Individual Defendant Harper) |
|---|---|

**NOTICE OF HEARING ON INDIVIDUAL DEFENDANT HARPER'S
MOTION TO DISMISS**

**PLEASE TAKE NOTICE** the Defendant, ROBERT AUGUSTUS HARPER, JR., will move this Court on August 8, 2008 at 9:00 a.m. in Courtroom 2, 17th Floor, United States Federal Building, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Jeffery S. White, U. S. District Judge, for an order dismissing all claims in the plaintiff's complaint against him pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(2), and/or Fed. R. Civ. P. 12(b)(6).  This

motion is based on this notice, the memorandum of points and authorities, all the matters of record filed with the Court, and such other evidence as may be submitted.

## STATEMENT OF RELIEF

Defendant, moves for an order dismissing all claims against him.

## ISSUES TO BE DETERMINED

1. Whether the complaint states a cause of action against the movant.

2. Whether there is personal jurisdiction over the movant.

3. Whether the venue is proper in the Northern District of California.

4. Whether Plaintiff perfected service of process over the individual Defendant.

5. Whether the claims alleged invoke as a matter of law, the jurisdiction of the federal court.

Respectfully submitted,

/s/ Robert Augustus Harper
ROBERT AUGUSTUS HARPER
Harper & Harper Law Firm, P.A.
325 West Park Avenue
Tallahassee, Florida  32301-1413
(850) 224-5900/fax (850) 224-9800
FL Bar No. 127600/GA Bar No. 328360
Harperlaw@harperlawfirm.com

INDIVIDUAL HARPER'S MOTION TO DISMISS
CV 07-06125 JSW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

Kaytrena J. Francis
1467 7th Avenue #105
San Francisco, CA 94122

by ~~hand/~~mail delivery this 11th day of July, 2008.

                                        Respectfully submitted,

                                        /s/ Robert Augustus Harper
                                        ROBERT AUGUSTUS HARPER
                                        Harper & Harper Law Firm, P.A.
                                        325 West Park Avenue
                                        Tallahassee, Florida  32301-1413
                                        (850) 224-5900/fax (850) 224-9800
                                        FL Bar No. 127600/GA Bar No. 328360
                                        Harperlaw@harperlawfirm.com