Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for ELIZABETH FALK and CARMEN ESTRADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Case No. CV 07-06125 JSW<br><br>**DECLARATION OF ALEXIS HALLER IN SUPPORT OF DEFENDANTS ELIZABETH FALK AND CARMEN ESTRADA'S MOTION TO DISMISS** |

1.    I am an attorney duly admitted to practice law in the State of California and represent Defendants Elizabeth Falk and Carmen Estrada in the above-captioned matter. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the Information (Docket No. 1) filed in *United States v. Kaytrena Francis*, Case No. 05-cr-00027-RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on May 27, 2008.

3.    Attached hereto as **Exhibit B** is a true and correct copy of the Redacted Jury Verdict (Docket No. 29) filed in *United States v. Kaytrena Francis*, Case No. 05-cr-00027-RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on May 24, 2008.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the Docket Sheet in *United*

*States v. Kaytrena Francis*, Case No. 05-cr-00027-RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on May 27, 2008.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Judgment (Docket No. 41) filed in *United States v. Kaytrena Francis*, Case No. 05-cr-00027-RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on May 24, 2008.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure filed in *United States v. Kaytrena Francis*, Case No. 3:06-mj-70357-MAG, which I downloaded from this Court's Electronic Case Management system on June 26, 2008.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Minute Order in *United States v. Francis*, Case No. 3-06-70357-MAG, filed June 8, 2006, which I downloaded from this Court's Electronic Case Management system on July 16, 2008.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Letter from Case Systems Administrator Valerie Kyono to the Office of the Clerk for the United States District Court for the Northern District of Florida, dated June 9, 2006, filed in *United States v. Francis*, Case No. 03-06-70357 MAG on June 20, 2006, which I downloaded from this Court's Electronic Case Management system on July 17, 2008.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Initial Appearance Probation/Bond Condition Violation or Violation of Supervised Release, filed in *United States v. Francis*, Case No. 3:05cr27/RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on July 17, 2008.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Criminal Minutes -- General, filed on June 28, 2006 in *United States v. Francis*, Case No. 3:05cr27/RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on July 16, 2008.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Judgment in a Criminal Case (For Revocation of Probation or Supervised Release), filed June 29, 2006 in *United States v. Francis*, Case No. 3:05cr27/RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on July 16, 2008.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Executed Judgment in a Criminal Case (For Revocation of Probation or Supervised Release), filed August 8, 2006 in *United States v. Francis*, Case No. 3:05cr27/RV, which I downloaded from the Northern District of Florida's Electronic Case Management system on July 16, 2008.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Federal Bureau of Prisons Inmate Locator for Kaytrena J. Francis, Register No. 06290-017, which I downloaded from the Bureau of Prison's website on July 15, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2008, at San Francisco, California.

                                                                      /s/ Alexis Haller
                                                                      Alexis Haller