1  Mary McNamara SBN 147131
   Alexis Haller SBN 201210
2  SWANSON, McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for ELIZABETH FALK and CARMEN ESTRADA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11  KAYTRENA J. FRANCIS,              Case No. CV 07-06125 JSW

12      Plaintiff,                    **CERTIFICATE OF SERVICE**

13  v.

14  UNITED STATES OF AMERICA, et al.

15      Defendants.

I, the undersigned, certify:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 300 Montgomery Street, Suite 1100, San Francisco, California 94104.

On this date I caused to be served on the interested parties hereto, a copy of:

**DEFENDANTS ELIZABETH FALK AND CARMEN ESTRADA'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF ALEXIS HALLER IN SUPPORT OF DEFENDANTS ELIZABETH FALK AND CARMEN ESTRADA'S MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING DEFENDANTS ELIZABETH FALK AND CARMEN ESTRADA'S MOTION TO DISMISS**

**CERTIFICATE OF SERVICE**

(X)    By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

( )    By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

( )    By serving a true copy by e-mail to the person and/or office of the person at the address set forth below [Civil L.R. 5-5(a)(1)];

Kaytrena J. Francis
1467 7th Avenue#105
San Francisco, CA 94122

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate has been executed on July 17, 2008, at San Francisco, California.

                                                       /s/ Anne Griffith
                                                      Anne Griffith