IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J. FRANCIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

No. C 07-06125 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FILED BY ELIZABETH FALK AND CARMEN ESTRADA AND CONTINUING HEARING DATES ON ALL PENDING MOTIONS**

    On July 17, 2008, Defendants Elizabeth Falk and Carmen Estrada filed a Motion to Dismiss the Complaint filed by Plaintiff Kaytrena J. Francis. Thus, there are now sixteen (16) pending motions to dismiss. The majority of these motions are set to be heard on August 8, 2008. However, Ms. Falk and Ms. Estrada's motion is noticed for August 22, 2008, a date that is unavailable to the Court. Because the Court concludes that all motions should be heard on the same date, the Court HEREBY CONTINUES the August 8, 2008 and August 22, 2008 hearing dates to Friday, September 5, 2008 at 9:00 a.m.

    IT IS FURTHER ORDERED that Plaintiff's opposition to the motion filed Ms. Falk and Ms. Estrada shall be filed and served by no later than **August 4, 2008,** and the reply brief shall be filed and served by no later than **August 11, 2008**. Failure to oppose the motion may result in **dismissal** of this action.

1   If the Court determines that the matter is suitable for resolution without oral argument, it
2   will so advise the parties in advance of the hearing date. If the parties wish to modify this
3   schedule, they may submit for the Court's consideration a stipulation and proposed order
4   demonstrating good cause for any modification requested.

5   **IT IS SO ORDERED.**

6   Dated: July 18, 2008

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J FRANCIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA et al,

    Defendant.

Case Number: CV07-06125 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kaytrena J. Francis
1467  7th Avenue
# 105
San Francisco, CA 94122

Dated: July 18, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk