# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**CONSOLIDATED REPLY BRIEF IN SUPPORT OF MOTIONS TO DISMISS FILED BY INDIVIDUAL JUDICIAL DEFENDANTS, INDIVIDUAL DOJ DEFENDANTS, INDIVIDUAL AIR FORCE DEFENDANTS, INDIVIDUAL MARSHALS DEFENDANTS, AND TRACEY BROADNAX, IN HER INDIVIDUAL CAPACITY**

Kaytrena J. Francis v. United States of America, et al.
Case No. CV 07-6125 JSW

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **ELECTRONIC MAIL**

____ **FEDERAL EXPRESS**

____ **FACSIMILE (FAX)**  Telephone No.: __See Below__

to the party(ies) addressed as follows:

| Kaytrena J. Francis<br>1467 7th Avenue #105<br>San Francisco, CA 94122 | David Lee Sellers<br>919 N. 12th Avenue<br>Pensacola, FL 32501 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 18, 2008 at San Francisco, California.

_____/s/_____
BONNY WONG
Legal Assistant