1  Mary McNamara SBN 147131
   Alexis Haller SBN 201210
2  SWANSON, McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for CHET KAUFMAN, RANDOLPH P. MURRELL,
   CHARLES LAMMERS, ELIZABETH FALK,
6  and CARMEN ESTRADA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS, | Case No. CV 07-06125 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

1  I, the undersigned, certify:

2  That I am a citizen of the United States, over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 300 Montgomery Street, Suite 1100, San Francisco, California 94104.

On August 29, 2008 I caused to be served on the interested parties hereto, a copy of:

**DEFENDANTS CHET KAUFMAN, RANDOLPH P. MURRELL, CHARLES LAMMERS, ELIZABETH FALK AND CARMEN ESTRADA'S CASE MANAGEMENT STATEMENT**

(X)  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

( )  By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

( )  By serving a true copy by e-mail to the person and/or office of the person at the address set forth below [Civil L.R. 5-5(a)(1)];

Kaytrena J. Francis
1467 7th Avenue, #105
San Francisco, CA 94122

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate has been executed on September 2, 2008, at San Francisco, California.

/s/ Alexis Haller
Alexis Haller

2