DAVID LEE SELLERS
David Lee Sellers, P.A.
919 North 12th Avenue
Pensacola, FL 32501
(850) 434-3111/fax (850) 434-1188
FL Bar No. 338281
David@davidleesellers.com
*Pro se*

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J. FRANCIS, | |
| Plaintiff, | |
| v. | Case No.: CV 07 6125-JSW |
| UNITED STATES OF AMERICA, et al. | **MOTION TO DISMISS HEARING SCHEDULED 5 SEPTEMBER 2008 AT 9:00 A.M. BY TELEPHONE (SELLERS)** |
| Defendants. | |

**MOTION TO ATTEND HEARING BY TELEPHONE**

The defendant, DAVID LEE SELLERS, and pursuant to Rule 7-1 and 7-11 United States District Court, Northern District of California, moves the Court to allow undersigned counsel to attend the hearing set herein for Friday, 5 September 2008 at 9:00 a.m., by telephone, and alleges:

1. Hearing on Defendant's/Plaintiff's Motion to Dismiss has been noticed for Friday, 5 September 2008 at 9:00 a.m. in San Francisco, California.

2. Defendant seeks permission to attend the hearing by telephonic conference call due to the time and expense involved in personally appearing. The undersigned has made contacts regarding the appropriateness of hiring local counsel.

3. There is no prejudice to Plaintiff as the issues pending are maters of law and not issues of facts. Defendant resides in Pensacola, Florida, more than 2,500 miles from the Court. Travel to and from the scheduled hearing would work a hardship on counsel who has a conflicting sentencing schedule with the First Judicial Circuit Court of Florida on an unrelated case, but which can not be extended.

4. Defendant may at all pertinent times be reached on land line number (850) 434-3111.

WHEREFORE, Defendant, DAVID LEE SELLERS, would pray the Court enter an Order allowing Defendant to attend the hearing scheduled herein by telephonic conference call.

      /s/ David Lee Sellers
DAVID LEE SELLERS
David Lee Sellers, P.A.
919 North 12th Avenue
Pensacola, FL 32501
(850) 434-3111/fax (850) 434-1188
FL Bar No. 338281

David@davidleesellers.com

CERTIFICATE OF SERVICE

I HEREBYE CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

Kaytrena J. Francis
1467 7th Avenue #105
San Francisco, California 94122

by mail delivery and to Counsel of Record via ECF this 4th day of September 2008.

                                        Respectfully submitted,

                                        _/s/ David Lee Sellers_
                                        DAVID LEE SELLERS
                                        David Lee Sellers, P.A.
                                        919 North 12th Avenue
                                        Pensacola, FL 32501
                                        (850) 434-3111/fax (850) 434-1188
                                        FL Bar No. 338281

                                        David@davidleesellers.com