DAVID LEE SELLERS
David Lee Sellers, P.A.
919 North 12th Avenue
Pensacola, FL 32501
(850) 434-3111/fax (850) 434-1188
FL Bar No. 338281
David@davidleesellers.com
*Pro se*

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J. FRANCIS,

    Plaintiff,

v.     Case No.: CV 07 6125-JSW

UNITED STATES OF AMERICA, et al.     **PROPOSED ORDER**
**HEARING SCHEDULED 5 SEPTEMBER 2008**
**AT 9:00 A.M. (SELLERS)**

    Defendants.

**ORDER GRANTING LEAVE TO APPEAR BY TELEPHONE**
**AT MOTION TO DISMISS**
**HEARING SCHEDULED 5 SEPTEMBER 2008 (PROPOSED)**

THIS CAUSE, coming on to be heard on Defendant's Motion to Appear at hearing scheduled 5 September 2008 at 9:00 a.m. by telephone, and the Court being fully advised on the premises, it is upon consideration:

ORDRED AND ADJUDJED:

    1.    The Defendant, Sellers' motion to appear by telephone is GRANTED.

DONE AND ORDERED in Chambers, San Francisco, California, _____ County, California, this ____ day of September 2008.

_____
Jeffrey S. White
U.S. District Judge

Copies furnished to:

Counsel of Record