UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** **JEFFREY S. WHITE**

**Date**: September 5, 2008

**Case No:** C 07-06125 JSW

**Case Title**: KAYTRENA FRANCIS v. UNITED STATES, et al.

**Appearances:**

    For Plaintiff(s): Kaytrena Francis (pro se)

    For Defendant(s): Randee Golder, Robert Harper, David Sellers (by phone), Alexis Haller, Mary McNamara, Neill Tseng

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Kathy Wyatt

## *PROCEEDINGS*

1. Hearing on Motion to Dismiss by Dft Harper - held
2. Hearing on Motion to Dismiss by Dft Sellers - held
3. Hearing on Motion to Dismiss by Dft Golder - held
4. Hearing on Motion to Dismiss by Dfts BOP & Broadnax - held
5. Hearing on Motion to Dismiss by Dft U.S. Courts, et al. - held
6. Hearing on Motion to Dismiss by Dft DOJ, et al. - held
7. Hearing on Motion to Dismiss by Dfts Guadagnoli & Cato - held
8. Hearing on Motion to Dismiss by Dft U.S. Air Force, et al. - held
9. Hearing on Motion to Dismiss by Dft United States - held
10. Hearing on Motion to Dismiss by Dfts Murrell & Kaufman - held
11. Hearing on Motion to Dismiss by Dfts Falk & Estrada - held
12. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                    ( ) Denied
                    ( ) Granted in part/Denied in part
                    (X) Taken under submission
                    ( ) Withdrawn/Off Calendar
                    ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court

## *SUMMARY*

- Unserved defendants will likely be dismissed.
- The Court will set dates in its order.
- ADR dates are vacated for now and will be reset at a later time.