| Attorney or Party without Attorney:<br>KAYTRENA J. FRANCIS<br>FRANCIS, KAYTRENA J.<br>1467-7TH AVENUE, #105<br>SAN FRANCISCO, CA 94122<br>Telephone No: 415-971-5049 | For Court Use Only |
|---|---|

| | Ref. No. or File No.: | |
|---|---|---|

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Northern District Of California, San Francisco Division

*Plaintiff:* KAYTRENA J. FRANCIS

*Defendant:* UNITED STATES OF AMERICA; ET AL

| **PROOF OF SERVICE**<br>**SUMMONS CIVIL/CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07 6125 JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT

3. a. *Party served:*    CARMEN ESTRADA SUED HEREIN AS CARMEN (LAST NAME UNKNOWN), INDIVIDUALLY AND OFFICIALLY

   b. *Person served:*    MARY McNAMARA, ATTORNEY FOR THE DEFENDANT

4. *Address where the party was served:*    300 MONTGOMERY STREET SUITE 1100
   SWANSON & McNAMARA
   SAN FRANCISCO, CA 94104

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 09, 2008 (2) at: 1:36PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIMOTHY J. ANDERSON

   **A & A LEGAL SERVICE**

   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   d. *The Fee for Service was:*

   e. I am: (3) registered California process server
      *(i)* Employee
      *(ii) Registration No.:*    311
      *(iii) County:*    San Mateo
      *(iv) Expiration Date:*    Mon, Jun. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, Jul. 11, 2008

Judicial Council Form    PROOF OF SERVICE    (TIMOTHY J. ANDERSON)
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS CIVIL/CASE    9715049.46705



# A & A LEGAL SERVICE

210 Fell Street, Ste. #17
San Francisco, CA 94102-5145
**(415) 543-9977**

*GENERAL@AALEGALSERVICE.COM*
FAX (650) 697-4640

1541 Bayshore Hwy.
Burlingame, CA 94010-1602
**(650) 697-9431**

KAYTRENA J. FRANCIS
FRANCIS, KAYTRENA J.
1467-7TH AVENUE, #105
SAN FRANCISCO CA 94122

| Friday July 11, 2008 | *INVOICE* | 9715049.46705 |
|---|---|---|

Case #: CV 07 6125 JSW
Court: United States District Court, Northern District Of California, San Francisco Division
Title: KAYTRENA J. FRANCIS vs. UNITED STATES OF AMERICA; ET AL
Documents: SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT

| Date | Description | Amount |
|---|---|---|
| 07/09/08 01:36PM | Personal Service CARMEN ESTRADA SUED HEREIN AS CARMEN (LAST NAME UNKNOWN), INDIVIDUALLY AND OFFICIALLY, AT Business 300 MONTGOMERY STREET SUITE 1100 SWANSON & McNAMARA SAN FRANCISCO CA 94104, by serving: MARY McNAMARA, ATTORNEY FOR THE DEFENDANT, Served By: TIMOTHY J. ANDERSON | |
| 06/26/08 | DEPOSIT ON SERVICES  Check Number: 3110, Thank You! | -59.00 |
| 07/09/08 | PROCESS SERVICE  IN SAN FRANCISCO | 59.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **0.00** |

June 24, 2008
From:
Kaytrena J Francis
1467 7th Ave #105
San Francisco Ca 94122
(415) 971-5049

To:
A & A Legal Service
210 Fell Street, Suite 17
San Francisco, CA 94102
Phones: (415) 543-9977,

Please serve the following Defendant(s) in their **individual** capacity:

Carmen Estrada
Room 19-6884
450 Golden Gate Avenue
San Francisco CA 94102
(415) 436-7700

Elizabeth Falk
Room 19-6884
450 Golden Gate Avenue
San Francisco CA 94102
(415) 436-7700

I have included a check in the amount of $59.00 for the first individual; $49.00 for the second individual, and a prepaid Express envelope for return of service.

Thank you in advance for your professional service.

Check #3110
Certified Receipt No. 7007 2680 0001 5429 9547

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| KAYTRENA J. FRANCIS<br>FRANCIS, KAYTRENA J.<br>1467-7TH AVENUE, #105<br>SAN FRANCISCO, CA 94122<br>Telephone No: 415-971-5049 | | | | |

| Attorney for: Plaintiff | Ref. No. or File No.: | |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California, San Francisco Division

Plaintiff: KAYTRENA J. FRANCIS

Defendant: UNITED STATES OF AMERICA; ET AL

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6125 JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT

3. a. *Party served:*  ELIZABETH FALK SUED HEREIN AS ELIZABETH FAULK, INDIVIDUALLY AND OFFICIALLY

   b. *Person served:*  MARY McNAMARA, ATTORNEY FOR THE DEFENDANT

4. *Address where the party was served:*  300 MONTGOMERY STREET SUITE 1100
   SWANSON & McNAMARA
   SAN FRANCISCO, CA 94104

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 10, 2008 (2) at: 3:35PM

7. **Person Who Served Papers:**      Recoverable Cost Per CCP 1033.5(a)(4)(B)

   a. LUIZ A. PIMENTEL

   **A & A LEGAL SERVICE**

   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   d. *The Fee for Service was:*

   e. I am: (3) registered California process server

       *(i)* Employee

       *(ii) Registration No.:*    2006-000982

       *(iii) County:*    San Francisco

       *(iv) Expiration Date:*    Sat, Jul. 12, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jul. 11, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

(LUIZ A. PIMENTEL)

9X15049.46706

# A & A LEGAL SERVICE

210 Fell Street, Ste. #17
San Francisco, CA 94102-5145
**(415) 543-9977**

GENERAL@AALEGALSERVICE.COM
FAX (650) 697-4640

1541 Bayshore Hwy.
Burlingame, CA 94010-1602
**(650) 697-9431**

KAYTRENA J. FRANCIS
FRANCIS, KAYTRENA J.
1467-7TH AVENUE, #105
SAN FRANCISCO CA  94122

| Friday July 11, 2008 | *INVOICE* | 9715049.46706 |
|---|---|---|

Case #: CV 07 6125 JSW
Court:  United States District Court, Northern District Of California, San Francisco Division
Title:  KAYTRENA J. FRANCIS vs. UNITED STATES OF AMERICA; ET AL
Documents:  SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT

| Date | Description | Amount |
|---|---|---|
| 07/10/08 03:35PM | Personal Service ELIZABETH FALK SUED HEREIN AS ELIZABETH FAULK, INDIVIDUALLY AND OFFICIALLY, AT Business 300 MONTGOMERY STREET SUITE 1100 SWANSON & McNAMARA SAN FRANCISCO CA  94104, by serving: MARY McNAMARA, ATTORNEY FOR THE DEFENDANT, Served By: LUIZ A. PIMENTEL | |
| 06/26/08 | DEPOSIT ON SERVICES  Check Number: 3110, Thank You! | -49.00 |
| 07/10/08 | PROCESS SERVICE  IN SAN FRANCISCO | 49.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **0.00** |

1541 Bayshore Hwy.,  BURLINGAME, CA  94010
Telephone: (650)697-9431, FAX: (650)697-4640, Tax ID: 94-3289453

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

**v.**

United States America, et al
      Defendants(s) (see attached)

TO: (Name and address of defendant)

Charles Lammers
~~3 W Garden Street, Suite 200~~
~~Pensacola, FL 32502~~

227 N. Bronough, Ste 4200
Tallahassee, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within  *20*  days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1]  Verified | DATE  05/22/2008 11:59 AM | |
| Name of SERVER  Chris J. Colson | TITLE  Certified Process Srvr #142, 2nd Jud Crct FL | |

*Check one box below to indicate appropriate method of service*

☒  Served Personally upon the Defendant. Place where served: 227-4200 N. Bronough St., Tallahassee, Florida, to wit:  Charles Lammers.

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  $50.00 | TOTAL  $50.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     05/23/2008
                 _____
                 Date

_____
*Signature of Server*

Address

**www.CapitalAreaProcess.com**
**Capital Area Process Service**
*Tallahassee's Premier Agency*
**1212 Tung Hill Drive**
**Tallahassee, FL 32317-9545**

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

### v.

United States America, et al
      Defendants(s) (see attached)

TO: (Name and address of defendant)

Randolph P. Murrell
1649 Hedgefield Ct
Tallahassee, Fl 32308

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

                                          MAR 2 1 2008

                                     DATE_____

SHEILA RASH

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | Verified | **DATE** 04/23/2008 10:07 AM |

Name of SERVER
Chris J. Colson, Certified Process Server #142, 2nd Judicial Circuit of Florida, Leon County

*Check one box below to indicate appropriate method of service*

☒XX  Served Personally upon the Defendant. Place where served:  227 N. Bronough St.., Rm. 4200, Tallahassee, FL, to wit: Randolph P. Murrell.

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___04/23/2008___                    _____
                    *Date*                                         *Signature of Server*

*Address*

www.CapitalAreaProcess.com
**Capital Area Process Service**
*Tallahassee's Premier Agency*
**1212 Tung Hill Drive**
**Tallahassee, FL 32317-9545**

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
        Defendants(s) (see attached)

TO: (Name and address of defendant)

Chet Kaufman
3301 Lucky Debonair Trl
Tallahassee. Fl 32309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                                  MAR 2 1 2008

CLERK                                                              DATE___.

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE | |
|---|---|---|
| Verified | 04/23/2008 10:07 AM | |

Service of the Summons and Complaint was made by me [1]

Name of SERVER
Chris J. Colson, Certified Process Server #142, 2nd Judicial Circuit of Florida, Leon County

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:    227 N. Bronough St.., Rm. 4200, Tallahassee, FL, to wit: Chet Kaufman.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | $50.00 | $50.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on       04/23/2008
                  *Date*                                    *Signature of Server*

*Address*

www.CapitalAreaProcess.com
**Capital Area Process Service**
*Tallahassee's Premier Agency*
**1212 Tung Hill Drive**
**Tallahassee, FL 32317-9545**

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

### V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

Gregory R. Miller
7765 Cricklewood Dr
Tallahassee, Fl 32312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
  CLERK

**MAR 2 1 2008**

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE | 04/25/2008 12:50 PM |
|---|---|---|
| Verified | | |

Service of the Summons and Complaint was made by me [1]

**Name of SERVER**
Chris J. Colson, Certified Process Server #142, 2nd Judicial Circuit of Florida, Leon County

*Check one box below to indicate appropriate method of service*

☒XX Served Personally upon the Defendant. Place where served:    111 N. Adams St.., 4th FLoor
Tallahassee, FL, to wit: Gregory R. Miller.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | $50.00 | $50.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    04/28/2008
             *Date*                                    *Signature of Server*

_____
*Address*

www.CapitalAreaProcess.com
**Capital Area Process Service**
*Tallahassee's Premier Agency*
**1212 Tung Hill Drive**
**Tallahassee, FL 32317-9545**

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 07 6125 JSW

V.

United States America, et al
Defendants(s) (see attached)

TO: (Name and address of defendant)

E. Bryan Wilson
1014 Lothian Dr
Tallahassee, Fl 32312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within *20* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Verified | DATE 04/23/2008 10:21 AM | |

Service of the Summons and Complaint was made by me [1]

Name of SERVER
Chris J. Colson, Certified Process Server #142, 2nd Judicial Circuit of Florida, Leon County

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:    111 N. Adams St., 4th Floor, Tallahassee, FL, to wit: E. Bryan Wilson.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | $50.00 | $50.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    04/23/2008
                Date                              Signature of Server

                                        Address
                                        www.CapitalAreaProcess.com
                                        Capital Area Process Service
                                        *Tallahassee's Premier Agency*
                                        1212 Tung Hill Drive
                                        Tallahassee, FL 32317-9545

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
        Defendants(s) (see attached)

TO: (Name and address of defendant)

Stephen P Preisser
5209 Soundside Dr
Gulf Breeze, Fl 32563

10:30 pm 4/23/08
Ma # 469

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 07 6125 JSW

**v.**

United States America, et al
        Defendants(s) (see attached)

TO: (Name and address of defendant)

Donna K. Cato
One North Palafox Street
Pensacola Fl, 32502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within *20* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/22/08    3:00 pm |
| Name of SERVER<br>M. Clark | TITLE CPS 345 |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: #1 Paladay Place

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/22/08
                  _____
                        Date

Signature of Server    #346

Pensacola, FL 32514
_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**RON MAGEE AND ASSOCIATES, INC.**
A Certified Process Service
809 Via De Luna Drive
Pensacola Beach, FL 32561
Phone: (850) 934-0207
Fax: (850) 934-6899
Tax Id 33-1047101

## INVOICE

Invoice #2008002897
4/24/2008

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

DONNA K. CATO, 1 NORTH PALAFOX STREET, PENSACOLA, FL 32502

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Pensacola | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |
| 04/24/2008          Pre-Payment | | | 25.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2o

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

SERVED 05/27/08 11:05 am/pm

Process Server Initials. _____ I.D.# 3/8

Thomton Process Service
(850) 478-3333

TO: (Name and address of defendant)

Dominic Guadagnoli
1 North Palafox
Pensacola Fl 32502
(850) 554-6602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

SHEILA RASH
_____
(BY) DEPUTY CLERK

MAR 2 1 2008

DATE_____

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br><br>Kaytrena J. Francis<br>KAYTRENA J. FRANCIS<br>1467 7th Ave<br>#105<br>San Francisco, CA 94122<br><br>TELEPHONE NO.: (415) 971-5049<br><br>ATTORNEY FOR: | **FOR COURT USE ONLY** |
|---|---|
| UNITED STATES DISTRICT COURT COURT OF CALIFORNIA, COUNTY OF NORTHERN | |

| PLAINTIFF/PETITIONER: KAYTRENA J. FRANCIS | CASE NUMBER:<br>CV 07 6125 JSW |
|---|---|
| DEFENDANT/RESPONDENT: UNITED STATES OF AMERICA, et al | |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by KAYTRENA J. FRANCIS on 5/27/2008 at 8:15 am to be served on **DOMINIC GUADAGNOLI DEPUTY US MARSHALL, PUBLIC INFORMATION OFFICER, 1 NORTH PALAFOX, PENSACOLA, FL 32502.**

3. **INDIVIDUAL/PERSONAL** - Served by delivering a true copy of the **SUMMONS and VERIFIED COMPLAINT** to **DOMINIC GUADAGNOLI DEPUTY US MARSHALL** at the address of **PUBLIC INFORMATION OFFICER, 1 NORTH PALAFOX, PENSACOLA, FL 32502** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service:  5/27/2008 at 11:05 am

5. My name, address, telephone number, and, if applicable, county of registration and number are:
Name: Robert M. Tarter
Firm: KAYTRENA J. FRANCIS
Address: 1467 7th Ave, #105, San Francisco, CA 94122
Telephone number: (415) 971-5049
Registration Number: Certified Process Server #318
County: No Notary
The fee for the service was:

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

| Robert M. Tarter | ▶ | *Robt M. Tart* |
|---|---|---|
| (TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS) | | (SIGNATURE OF PERSON WHO SERVED THE PAPERS) |

Page 1 of 1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 05/27/08 | |

| Name of SERVER | TITLE Process Server |
|---|---|
| Robert M. Tarter    PS#318 | First Judicial Circuit |

**Check one box below to indicate appropriate method of service**

☒ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____05/27/08_____
        *Date*

*Signature of Server*      **Thornton Process Service**
                                    **3214 Samantha Drive**
                                    **Cantonment, FL 32533**
*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Thornton Process Service
3214 Samantha Drive
Cantonment, FL 32533-7414
Phone: (850) 478-3333
Fax: (850) 478-3444
Tax I.D. 36-4614686

# INVOICE

Invoice #2008003058
5/28/2008

Kaytrena J. Francis
KAYTRENA J. FRANCIS
1467 7th Ave
#105
San Francisco, CA 94122

Your Contact: Kaytrena J. Francis
**Case Number: NORTHERN CV 07 6125 JSW**

Plaintiff/Petitioner:
**KAYTRENA J. FRANCIS**

Defendant/Respondent:
**UNITED STATES OF AMERICA, et al**

Received 5/27/2008    Served: 5/27/2008 11:05 am  INDIVIDUAL/PERSONAL
To be served on: DOMINIC GUADAGNOLI DEPUTY US MARSHALL

## ITEMIZED LISTING

| Line Item | | Quantity | Price | Amount |
|---|---|---|---|---|
| Service Fee/Escambia- | | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | | $30.00 |
| 05/27/2008 | Check #3099    Pre-Payment | | | 30.00 |
| **BALANCE DUE:** | | | | **$0.00** |

**Thank you for your business!**

Add LATE FEE of $25 after 60 days. Please make checks payable to Tammie Thornton.
Check STATUS ONLINE at www.outserving.com  We serve your papers in ALL 50 STATES!!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**v.**

United States America, et al
      Defendants(s) (see attached)

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6125 JSW

SERVED 5 1151 8@ 935pm) pm
Process Server Initials DAC I.D.# 155
Thornton Process Service
(850) 478-3333

TO: (Name and address of defendant)

Dominic Guadagnoli
6254 Calle De Hidalgo
Navarre. Fl 32566

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within 2O days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of California

Case Number: CV 07 6125 JSW

Plaintiff/Petitioner:
**KAYTRENA J. FRANCIS**

vs.

Defendant/Respondent:
**UNITED STATES OF AMERICA, et al**

For:
Kaytrena J. Francis
KAYTRENA J. FRANCIS
1467 7th Ave
#105
San Francisco, CA 94122

Received by KAYTRENA J. FRANCIS on the 12th day of May, 2008 at 11:00 am to be served on **DOMINIC GUADAGNOLI, 6254 CALLE DE HIDALGO, NAVARRE, FL 32566.**

I, Demetrius Cain Sr., being duly sworn, depose and say that on the **15th day of May, 2008 at 9:35 am, I:**

**DROP SERVICE-** Served by delivering a true copy of the **SUMMONS and VERIFIED COMPLAINT** to the person I believed to be **LINDA GUADAGNOLI** at the address of **6254 CALLE DE HIDALGO, NAVARRE, FL 32566** with the date and hour of service endorsed thereon by me, by dropping the documents at the above address and informing said person of the contents therein, in compliance with state statutes.  Please see additional information below.

**Additional Information pertaining to this Service:**
LINDA GUADAGNOLI IDENTIFIED HERSELF AS SPOUSE OF DOMINIC GUADAGNOLI, THEN REFUSED TO ACCEPT SERVICE STATING WE HAD THE WRONG DOMINIC GUADAGNOLI. DROP SERVICE WAS ANNOUNCED AND EXECUTED IN ACCORDANCE WITH FLORIDA STATUTE CHAPTER 48.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the First Judicial Circuit in which the process was served.

Under penalty of perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Subscribed and sworn to before me on the 15th day of
May, 2008 by the affiant who is personally known to me.

_Patricia Rollins_

NOTARY PUBLIC

(NOTARY PUBLIC STATE OF FL SEAL)

PATRICIA J. ROLLINS
My Comm. Exp. April 12, 2011
DD# 647588    ID# 473263
( ) Personally Known  ( ) Other ID

_Demetrius Cain, Sr._

**Demetrius Cain Sr.**
Certified Process Server #455

**KAYTRENA J. FRANCIS**
**1467 7th Ave**
**#105**
**San Francisco, CA  94122**
**(415) 971-5049**
Our Job Serial Number: 2008002742

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

Thornton Process Service
3214 Samantha Drive
Cantonment, FL 32533-7414
Phone: (850) 478-3333
Fax: (850) 478-3444
Tax I.D. 36-4614686

**INVOICE**

Invoice #2008002742
5/15/2008

Kaytrena J. Francis
KAYTRENA J. FRANCIS
1467 7th Ave
#105
San Francisco, CA 94122

Your Contact: Kaytrena J. Francis
**Case Number: NORTHERN CV 07 6125 JSW**

Plaintiff/Petitioner:
**KAYTRENA J. FRANCIS**

Defendant/Respondent:
**UNITED STATES OF AMERICA, et al**

Received: 5/12/2008    Served: 5/15/2008 9:35 am  DROP SERVICE
To be served on: DOMINIC GUADAGNOLI

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee/Santa Rosa extended area-NAVARRE, FL | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |
| 05/12/2008      Check #3088      Pre-Payment | | | 45.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

**Comments pertaining to this Invoice:**
LINDA GUADAGNOLI IDENTIFIED HERSELF AS SPOUSE OF DOMINIC GUADAGNOLI, THEN
REFUSED TO ACCEPT SERVICE STATING WE HAD THE WRONG DOMINIC GUADAGNOLI. DROP
SERVICE WAS ANNOUNCED AND EXECUTED IN ACCORDANCE WITH FLORIDA STATUTE CHAPTER
48.

Add LATE FEE of $25 after 60 days. Please make checks payable to Tammie Thornton.
Check STATUS ONLINEat www.outserving.com  We serve your papers in ALL 50 STATES!!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
      Defendants(s) (see attached)

      TO: (Name and address of defendant)

      JERRY R MARBUT
      2191 HWY 97 NORTH
      MOLINO FL 32577

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE  4/24/08  4:05 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER  MARK CLARK | TITLE  CBS 34 |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: #1 PALo Fox St.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        *Date*

*Signature of Server*

346

*Address of Server*

32874

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**RON MAGEE AND ASSOCIATES, INC.**
**A Certified Process Service**
809 Via De Luna Drive
Pensacola Beach, FL 32561
Phone: (850) 934-0207
Fax: (850) 934-6899
Tax Id 33-1047101

## INVOICE

Invoice #2008003098
4/28/2008

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

JERRY R. MARBUT, 2191 HWY 97 NORTH, MOLINO, FL 32577

### ITEMIZED LISTING

| Line Item | | Quantity | Price | Amount |
|---|---|---|---|---|
| Service Fee Pensacola | | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | | $25.00 |
| 04/28/2008 | Pre-Payment | | | 25.00 |
| BALANCE DUE: | | | | $0.00 |

**Thank you for your business!**

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2a

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
        Defendants(s) (see attached)

TO: (Name and address of defendant)

W Paul Rayborn
191 Wildflower Ln
Pensacola Fl. 32514

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/30/08  2:25 Pm |
| Name of SERVER   Mark Clark | TITLE CPS 346 |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: #1 Palafox St.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on      4/30/08
_____
Date

_____
Signature of Server

Pensacola, FL
_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**RON MAGEE AND ASSOCIATES, INC.**
**A Certified Process Service**
809 Via De Luna Drive
Pensacola Beach, FL 32561
Phone: (850) 934-0207
Fax: (850) 934-6899
Tax Id 33-1047101

## INVOICE

Invoice #2008003244
5/4/2008

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

W. PAUL RAYBORN, 191 WILDFLOWER LANE, PENSACOLA, FL 32514

### ITEMIZED LISTING

| Line Item | | Quantity | Price | Amount |
|---|---|---|---|---|
| Service Fee Pensacola | | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | | $25.00 |
| 05/04/2008 | Pre-Payment | | | 25.00 |
| BALANCE DUE: | | | | $0.00 |

**Thank you for your business!**

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2n

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
Defendants(s) (see attached)

SERVED 05/12/08 @ 4.25 m/ Km
Process Server Initials. _____ I.D.# 3/8
Thornton Process Service
(850) 478-3333

TO: (Name and address of defendant)

Gordon Miles Davis
1213 Ariola Dr
Pensacola Beach, Fl 32561

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within  *20*  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of California

Case Number: CV 07 6125 JSW

Plaintiff/Petitioner:
**KAYTRENA J. FRANCIS**

vs.

Defendant/Respondent:
**UNITED STATES OF AMERICA, et al**

For:
Kaytrena J. Francis
KAYTRENA J. FRANCIS
1467 7th Ave
#105
San Francisco, CA 94122

Received by KAYTRENA J. FRANCIS on the 12th day of May, 2008 at 11:00 am to be served on **GORDON MILES DAVIS, A/K/A MILES DAVIS, ONE NORTH PALAFOX STREET, PENSACOLA, FL 32502**.

I, Robert M. Tarter, being duly sworn, depose and say that on the **12th day of May, 2008 at 4:25 pm, I:**

**INDIVIDUAL/PERSONAL -** Served by delivering a true copy of the **SUMMONS and VERIFIED COMPLAINT** to **GORDON MILES DAVIS, A/K/A MILES DAVIS** at the address of **ONE NORTH PALAFOX STREET, PENSACOLA, FL 32502** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the First Judicial Circuit in which the process was served.

Under penalty of perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Subscribed and sworn to before me on the 15th day of
May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA J. ROLLINS
My Comm. Exp. April 12, 2011
DD# 647588    ID# 473263
( ) Personally Known ( ) Other ID

**Robert M. Tarter**
Certified Process Server #318

**KAYTRENA J. FRANCIS**
**1467 7th Ave**
**#105**
**San Francisco, CA  94122**
**(415) 971-5049**
**Our Job Serial Number: 2008002744**

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

Thornton Process Service
3214 Samantha Drive
Cantonment, FL 32533-7414
Phone: (850) 478-3333
Fax: (850) 478-3444
Tax I.D. 36-4614686

# INVOICE

Invoice #2008002744
5/15/2008

Kaytrena J. Francis
KAYTRENA J. FRANCIS
1467 7th Ave
#105
San Francisco, CA 94122

Your Contact: Kaytrena J. Francis
**Case Number: NORTHERN CV 07 6125 JSW**

Plaintiff/Petitioner:
**KAYTRENA J. FRANCIS**

Defendant/Respondent:
**UNITED STATES OF AMERICA, et al**

Received: 5/12/2008   Served: 5/12/2008 4:25 pm  INDIVIDUAL/PERSONAL
To be served on: GORDON MILES DAVIS, A/K/A  MILES DAVIS

## ITEMIZED LISTING

| Line Item | | Quantity | Price | Amount |
|---|---|---|---|---|
| Service Fee/Escambia | | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | | $25.00 |
| 05/12/2008 | Check #3088     Pre-Payment | | | 15.00 |
| **BALANCE DUE:** | | | | **$10.00** |

Add LATE FEE of $25 after 60 days. Please make checks payable to Tammie Thornton.
Check STATUS ONLINE at www.outserving.com  We serve your papers in ALL 50 STATES!!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              Signature of Server

                                        _____
                                        Address of Server    **Thornton Process Service**
                                                            **3214 Samantha Drive**
                                                            **Cantonment, FL 32533**

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07 6125 JSW

**v.**

United States America, et al
Defendants(s) (see attached)

**TO:** (Name and address of defendant)

Roger Vinson
1905 E Strong St
Pensacola Fl, 32501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

MAR 2 1 2008

CLERK

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4Pm 3/24/08 | |
| Name of SERVER Mark Clark | TITLE CPS346 | |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: # 0 NE
Provilge St

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/24/08
          *Date*

                              Signature of Server

                              Pensacil, FL 32514
                              *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**RON MAGEE AND ASSOCIATES, INC.**
A Certified Process Service
809 Via De Luna Drive
Pensacola Beach, FL 32561
Phone: (850) 934-0207
Fax: (850) 934-6899
Tax Id 33-1047101

**INVOICE**

Invoice #2008003097
4/28/2008

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

ROGER VINSON, 1905 E. STRONG ST, PENSACOLA, FL 32501

**ITEMIZED LISTING**

| Line Item | | Quantity | Price | Amount |
|-----------|--|----------|-------|--------|
| Service Fee Pensacola | | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | | $25.00 |
| 04/28/2008 | Pre-Payment | | | 25.00 |
| **BALANCE DUE:** | | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2o

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07 6125 JSW

V.

United States America, et al
Defendants(s) (see attached)

*Tyler*
*4/22/08*   *530*
*~~~~ 85*

TO: (Name and address of defendant)

Donna D Easterling
3325 Indian Hills Dr
Pace, Fl 32571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within  *20*  days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE 4/22/08 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| RON Magee | CPS #83 |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

TROY Easterling, SON

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/23/08
_____
Date

_____
Signature of Server

805 Via De Luna
_____
Address of Server
Pensacola Beach, Fl 32041

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**RON MAGEE AND ASSOCIATES, INC.**
A Certified Process Service
809 Via De Luna Drive
Pensacola Beach, FL 32561
Phone: (850) 934-0207
Fax: (850) 934-6899
Tax Id 33-1047101

# INVOICE

Invoice #2008002868
4/23/2008

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

DONNA D. EASTERLING, 3325 INDIAN HILLS DRIVE, PACE, FL 32571

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Santa Rosa County | 2.00 | 30.00 | 60.00 |
| TOTAL CHARGED: | | | $60.00 |
| **BALANCE DUE:** | | | **$60.00** |

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2g

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

**CASE NUMBER:** CV 07 6125 JSW

**V.**

United States America, et al
Defendants(s) (see attached)

TO: (Name and address of defendant)

Larry J Gibbs
1357 Mazurek Blvd
Pensacola Fl 32514

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE _____    MAR 2 1 2008

SHEILA RASH
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE | 4|28|08 | 3 20pm |
|---|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | | |

| Name of SERVER | TITLE |
|---|---|
| MARK CLARK | CPS 346 |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: #17 South devillers

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     4|28|08
       *Date*

           *Signature of Server*

           PENSacola, FLorida 325M
           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**RON MAGEE AND ASSOCIATES, INC.**
**A Certified Process Service**
**809 Via De Luna Drive**
**Pensacola Beach, FL 32561**
**Phone: (850) 934-0207**
**Fax: (850) 934-6899**
**Tax Id 33-1047101**

## INVOICE

Invoice #2008003245
5/4/2008

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

LARRY J. GIBBS, 1357 MAZUREK BLVD, PENSACOLA, FL 32514

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee Pensacola | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |
| 05/04/2008          Pre-Payment | | | 25.00 |
| BALANCE DUE: | | | $0.00 |

**Thank you for your business!**

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2g

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 07 6125 JSW

V.

United States America, et al
Defendants(s) (see attached)

SERVED _05_/_12_/_08_@ _4_ _☒_am/pm/
Process Server Initials _ℳ_____ ID # _3/8_
Thornton Process Service
(850) 478-3333

TO: (Name and address of defendant)

Bryan E Jansen
5565 Berry Brook Cir
Pace, Fl 32571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of California

Case Number: CV 07 6125 JSW

Plaintiff/Petitioner:
**KAYTRENA J. FRANCIS**

vs.

Defendant/Respondent:
**UNITED STATES OF AMERICA, et al**

For:
Kaytrena J. Francis
KAYTRENA J. FRANCIS
1467 7th Ave
#105
San Francisco, CA 94122

Received by KAYTRENA J. FRANCIS on the 12th day of May, 2008 at 11:00 am to be served on **BRYAN JANSEN, 17 SOUTH DE VILLIERS STREET, SUITE 100, PENSACOLA, FL 32502.**

I, Robert M. Tarter, being duly sworn, depose and say that on the **12th day of May, 2008** at **4:00 pm, I:**

**INDIVIDUAL/PERSONAL** - Served by delivering a true copy of the **SUMMONS and VERIFIED COMPLAINT** to **BRYAN JANSEN** at the address of **17 SOUTH DE VILLIERS STREET, SUITE 100, PENSACOLA, FL 32502** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the First Judicial Circuit in which the process was served.

Under penalty of perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**Robert M. Tarter**
Certified Process Server #318

Subscribed and sworn to before me on the 15th day of
May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

**KAYTRENA J. FRANCIS**
**1467 7th Ave**
**#105**
**San Francisco, CA 94122**
**(415) 971-5049**
Our Job Serial Number: 2008002745



PATRICIA J. ROLLINS
My Comm. Exp. April 12, 2011
DD# 647588    ID# 473263
( ) Personally Known ( ) Other ID

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

**Thornton Process Service**
3214 Samantha Drive
Cantonment, FL 32533-7414
Phone: (850) 478-3333
Fax: (850) 478-3444
Tax I.D. 36-4614686

# INVOICE

Invoice #2008002745
5/15/2008

Kaytrena J. Francis
KAYTRENA J. FRANCIS
1467 7th Ave
#105
San Francisco, CA 94122

Your Contact: Kaytrena J. Francis
**Case Number: NORTHERN CV 07 6125 JSW**

Plaintiff/Petitioner:
**KAYTRENA J. FRANCIS**

Defendant/Respondent:
**UNITED STATES OF AMERICA, et al**

Received: 5/12/2008   Served: 5/12/2008 4:00 pm  INDIVIDUAL/PERSONAL
To be served on: BRYAN JANSEN

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee/Escambia | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |
| 05/12/2008      Check #3088      Pre-Payment | | | 15.00 |
| **BALANCE DUE:** | | | **$10.00** |

Add LATE FEE of $25 after 60 days. Please make checks payable to Tammie Thornton.
Check STATUS ONLINEat www.outserving.com  We serve your papers in ALL 50 STATES!!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    *Date*                                          *Signature of Server*

                                                    _____
                                                    *Address of Server*

                                                    Thornton Process Service
                                                    3214 Samantha Drive
                                                    Cantonment, FL 32533

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

4\25\08    G
                83

TO: (Name and address of defendant)

Andrew Elliott
9091 Byrom Campbell Rd
Pace, Fl  32571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within  $20$  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/25/08 | 6pm |
| Name of SERVER  Ron Magee | TITLE CPS# 83 | |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: Rd
9091 Byrom Campbell Rd
Pace, FL 32571

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:
.

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/25/08
     *Date*

     *Signature of Server*

     *Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**RON MAGEE AND ASSOCIATES, INC.**
A Certified Process Service
809 Via De Luna Drive
Pensacola Beach, FL 32561
Phone: (850) 934-0207
Fax: (850) 934-6899
Tax Id 33-1047101

# INVOICE

Invoice #2008003096
4/28/2008

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

ANDREW ELLIOTT, 9091 BYROM CAMPBELL ROAD, PACE, FL 32571

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee Santa Rosa County | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |
| 04/28/2008 | Pre-Payment | | 30.00 |
| BALANCE DUE: | | | $0.00 |

**Thank you for your business!**

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2o

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT COURT
CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

Tracy Broadnax
CCM Orlando
Community Corrections Office
6303 County Road 500
Wildwood, FL 34785

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $2\theta$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| | DATE | |
| Service of the Summons and Complaint was made by me [1] | 3:25 pm – 6/30/2008 | |
| Name of SERVER | TITLE | |
| Tofferlon Cunningham, #06-4-1 | Certified Process Server | |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
   Tracey Broadnax
   CCM Orlando
   Community Corrections Office
   6303 C.R. 900
   Wildwood, FL 34785

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES                    TOTAL | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6-30-08
                _Date_

_Tofferlon Cuyler_ #06-4-1
_Signature of Server_

70-B W. Park St., Center-Hill, Fl 33514
_Address of Server_

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## San Francisco District of California

Case Number: CA# CV 07 6125 JSW

Plaintiff:
**Kaytrena J, Francis**

vs.

Defendant:
**United States America, et al.,**

For:
Kaytrena Francis
1467 7th Avenue
#105
San Francisco, CA 94122

Received these papers on the 27th day of June, 2008 at 10:32 am to be served on **Tracy Broadnax, Ccm Orlando Community Corrections Office, 6303 C. R. 500, Wildwood, FL 34785**.

I, Tafferlon Cunningham, being duly sworn, depose and say that on the **30th day of June, 2008** at 3:25 pm, I:

**INDIVIDUAL:** served by delivering a true copy of the **Summons In A Civil Case** to:Tracy Broadnax at the address of: **Ccm Orlando/Community Corrections Office, 6303 C. R. 500, Wildwood, FL 34785** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Tafferlon Cunningham**
Process Server# 06-4-1

Subscribed and Sworn to before me on the 30th day
of June, 2008 by the affiant who is personally known
to me.

NOTARY PUBLIC

ROGER ODOM
MY COMMISSION # DD 372366
EXPIRES: November 16, 2008
Bonded Thru Notary Public Underwriters

Our Job Serial Number: 2008000261
Ref: 261

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

**SERVE YOU RIGHT, LLC**
P.O. Box 94
70-B W. Park Street
Center Hill, FL 33514
Phone: (352) 793-3005
Fax: (352) 568-3088
22-3948776

# INVOICE

**Invoice #2008000261**
6/30/2008

Kaytrena Francis
1467 7th Avenue
#105
San Francisco, CA 94122

Reference Number: 261

**Case Number: San Francisco CA# CV 07 6125 JSW**

Plaintiff:
**Kaytrena J, Francis**

Defendant:
**United States America, et al.,**

Received: 6/27/2008   Served: 6/30/2008 3:25 pm  INDIVIDUAL/PERSONAL
To be served on: Tracy Broadnax

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee (Local) | 1.00 | 65.00 | 65.00 |
| **TOTAL CHARGED:** | | | **$65.00** |
| 06/29/2008    Check #3111    Pre-Payment | | | 65.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAID

THANK YOU FOR YOUR BUSINESS!
PLEASE MAKE CHECKS PAYABLE TO:  SERVE YOU RIGHT, LLC

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u