# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

08 SEP -8 PH 1: 31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CA.

Kaytrena J. Francis

## SUMMONS IN A CIVIL CASE

**CASE NUMBER:** CV 07 6125 JSW

**V.**

United States America, et al
Defendants(s) (see attached)

TO: (Name and address of defendant)

Chad Dillon
1509 Royal Palm Dr
Niceville, Fl 32578

6:05 pm 4/21/08
Rect# 469

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within *20* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/21/08 | |
| Name of SERVER *Pete Archer* | TITLE *PS #469* | |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
*1509 Royal Palm Dr*
*Niceville, FL 32578*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____4/22/08_____
Date

_____
Signature of Server
*809 Via De Luna*
Address of Server
*Pensacola Beach, FL 32561*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**RON MAGEE AND ASSOCIATES, INC.**
**A Certified Process Service**
**809 Via De Luna Drive**
**Pensacola Beach, FL 32561**
**Phone: (850) 934-0207**
**Fax: (850) 934-6899**
**Tax Id 33-1047101**

# INVOICE

Invoice #2008002854
4/22/2008

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

CHAD DILLON, 1509 ROYAL PALM DRIVE, NICEVILLE, FL 32578

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Pensacola | 1.00 | 25.00 | 25.00 |
| Service Fee Okaloosa County | 2.00 | 35.00 | 70.00 |
| TOTAL CHARGED: | | | $95.00 |
| 04/22/2008 | Pre-Payment | | 95.00 |
| BALANCE DUE: | | | $0.00 |

**Thank you for your business!**

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

2008 SEP 8 PM 1: 31

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

Chistopher Lee Anglin
3220 Skynight Dr
Crestview, Fl 32539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>                                                          MAR 2 1 2008
  CLERK                                                                              DATE_____

   SHEILA RASH
_____
(BY) DEPUTY CLERK

CHRISTOPHER   LEE ANGLIN
4 25-08  457
Ok

**RON MAGEE AND ASSOCIATES, INC.**     **INVOICE**                    Invoice #2008003103
A Certified Process Service                                                      4/28/2008
809 Via De Luna Drive
Pensacola Beach, FL 32561
Phone: (850) 934-0207
Fax: (850) 934-6899
Tax Id 33-1047101

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

CHRISTOPHER LEE ANGLIN, 3220 SKYNIGHT DRIVE, CRESTVIEW, FL 32539

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Okaloosa County | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |
| 04/28/2008                        Pre-Payment | | | 35.00 |
| BALANCE DUE: | | | $0.00 |

**Thank you for your business!**

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2o

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/25/08 |
| Name of SERVER Dan Pease | TITLE CPS #480 |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

3220 Skynight Dr
Crestview, FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     4/26/08
                    Date

Signature of Server
809 Via Deluna
Address of Server
Pensacola Beach, FL 32561

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED

09 SEP -8 PM 1:31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

v.

United States America, et al
      Defendants(s) (see attached)

TO: (Name and address of defendant)

Brian Henderson
435 Gregory Ave
Valparaiso, Fl 32580

5:40pm 4/21/08
□□ # 469

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
_____
CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

Kaytrena J. Francis

## SUMMONS IN A CIVIL CASE

### CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

CMSgt Vincent Eubanks
PSC Box 251
Anderson AB Guam 96543

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $2\overline{U}$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>

MAR 2 1 2008

CLERK

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED

08 SEP -8 PM 1: 31

RICHARD
CLERK, U.S. DISTRICT COURT
NORTHERN DIST

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

Scott R Farrar
9728 WATER OAK DR
Fairfax, VA 22031

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $2v$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

**CLERK**

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5/3/08 @ 12:09pm |

| Name of SERVER *James L. Hilton* | TITLE *Private Process Server* |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: 9728 Water Oak Drive, Fairfax, VA 22031

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/8/08
Date

Signature of Server

10560 Main Street, Suite 405,
Address of Server    Fairfax, VA 22030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of California

Case Number: CV 07 6125 JSW

Plaintiff:
**Kaytrena J. Francis**

vs.

Defendant:
**United States America, et al.**

Received by InfoNation, Inc. formally ALIASS on the 25th day of April, 2008 at 12:18 pm to be served on **Scott R. Farrar, 9728 Water Oak Dr., Fairfax, VA 22031.**

I, James L. Hilton, being duly sworn, depose and say that on the **3rd day of May, 2008** at **12:09 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE and VERIFIED COMPLAINT** to: **Scott R. Farrar** at the address of: **9728 Water Oak Dr., Fairfax, VA 22031** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40s, Sex: M, Race/Skin Color: W, Height: 5'7, Weight: 170, Hair: BLK, Glasses: N

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 5th day of May, 2008 by the affiant who is personally known to me.

_____
**NOTARY PUBLIC**

My Commission Expires: 08/3/08

_____
**James L. Hilton**
**Process Server**

**InfoNation, Inc. formally ALIASS**
**10560 Main Street**
**Suite 405**
**Fairfax, VA  22030**
**(703) 934-6777**
Our Job Serial Number: 2008001281

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

Notary Registration Number:

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*FILED*
*08 SEP -8 PM 1: 31*
*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DIST. OF CALIFORNIA*

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

**V.**

United States America, et al
Defendants(s) (see attached)

TO: (Name and address of defendant)

Joahna Astel
35 SW/JA
Unite 5009 (Tori Bldg)
APO AP. 96319

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]      DATE   Mailed Apr 22 2008 |
| Name of SERVER    ~~Kaytrena Francis~~      TITLE Plaintiff |
| Check one box below to indicate appropriate method of service |

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by certified mail, return receipt      Joahna Astel
35 N / JA
Unite 5009 (Tori Bldg)
APO AP 96319

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | 6.62 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 9 2008
     Date

Signature of Server

1467 7th Ave # 105
Address of Server
S.F. CA, 94122

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

| | | |
|---|---|---|
| Postage | $ | $1.82 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.62 |

04/22/2008

Sent To  Joahna Astel
Street, Apt. No.; or PO Box No.  35 SW/JA
Unite 5009 (Tori Bldg)
City, State, ZIP+4  APO AP, 96319

PS Form 3800, August 2006    See Reverse for Instructions

7007 2680 0001 5428 0064

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joahna Astel
   35 SW/JA
   Unite 5009 (Tori Bldg)
   APO AP, 96319

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Marcus A. Solbway                29 Apr 08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7007 2680 0001 5428 0064

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

**V.**

United States America, et al
Defendants(s) (see attached)

TO: (Name and address of defendant)

Michael  Yoder
3430 26TH AV #322
SEATTLE, WA 98199

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $2\mathcal{V}$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>

MAR 2 1 2008

CLERK

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| | DATE | |
| Service of the Summons and Complaint was made by me [1] | May 5, 2008    1:25 PM | |

| Name of SERVER | TITLE | |
|---|---|---|
| N. Alsheikh | Process Server King County #9402780 | |

*Check one box below to indicate appropriate method of service*

☒    Served Personally upon the Defendant. Place where served:

            600 University, Suite 3300, Seattle WA

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| $35.00 | $30.00 | $65.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    May 6, 2008                _____

           *Date*                          *Signature of Server*

                                  711 6th Ave N #100 Seattle WA
                                       *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED

08 SEP -8 PM 1: 31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER:** CV 07 6125 JSW

V.

United States America, et al
   Defendants(s) (see attached)

TO: (Name and address of defendant)

Brian Henderson
435 Gregory Ave
Valparaiso, Fl 32580

5:40pm 4/21/08
Dkt # 469

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within  $20$  days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

DATE 4/21/08

Service of the Summons and Complaint was made by me [1]

Name of SERVER
Pete Archer                                    CPS #469

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:

435 Gregory Ave
Valparaiso, FL 32580

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/22/08
               *Date*

*Signature of Server*
809 Via DeLuna
*Address of Server*
Pensacola Bch, FL 32561

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED

SEP -8 PM 1:3

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.

Kaytrena J. Francis

## SUMMONS IN A CIVIL CASE

### CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
        Defendants(s) (see attached)

TO: (Name and address of defendant)

CMSgt Vincent Eubanks
PSC Box 251
Anderson AB Guam 96543

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                               MAR 2 1 2008

  CLERK                                                         DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE Mailed Mar 21, 2008 |
| Name of SERVER Kaytrena Francis | | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail Return Receipt

CMSgt Vinee Eubanks
PSC Box 251
Anderson AB Guam
96543

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 6.79 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 9 2003
       Date

Signature of Server

1467 7th Ave #105
Address of Server
S,F. CA. 94122

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court FILED

## NORTHERN DISTRICT OF CALIFORNIA

08 SEP -8 PH 1: 31

RICHARD W. WIEKING
CLERK, U.S. DIST. COURT
NORTHERN DIST. OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 07 6125 JSW

**V.**

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

Heather A Baker
2008 Dimond Dr
Anchorage Ak 99507

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within  *20*  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE  6/30/08 |
| Name of SERVER  Gene Coleman | | TITLE  Process Server |
| Check one box below to indicate appropriate method of service | | |

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:  John Porter - Adult Brother of Heather A. Porter
1550 Summit View, Anchorage AK

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  10⁰⁰ | SERVICES  45⁰⁰ | TOTAL  $55⁰⁰ |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/30/08
        Date

Signature of Server

Address of Server  645 G St. #100, PMB505
Anchorage AK 99501

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

## SUMMONS IN A CIVIL CASE

### CASE NUMBER: CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

Vincent C Smith
10112 TAMARACK DR
VIENNA VA 22182

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within  *20*  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5/5/08 @ 10:10 pm |

| Name of SERVER | TITLE |
|---|---|
| Janise Garcia | Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: 10112 Tamarack Drive
Vienna, Va. 22182

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $65.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7 May 2008
　　　　　　　Date

Signature of Server

10560 Main Street, Suite 405
Address of Server  Fairfax, VA 22030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of California

Case Number: CV 07 6125 JSW

Plaintiff:
**Kaytrena J. Francis**

vs.

Defendant:
**United States America, et al.**

Received by InfoNation, Inc. formally ALIASS on the 25th day of April, 2008 at 12:18 pm to be served on **Vincent C. Smith, 10112 Tamarack Dr., Vienna, VA 22182**.

I, Janise Garcia, being duly sworn, depose and say that on the **5th day of May, 2008** at **10:10 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE and VERIFIED COMPLAINT** to: **Vincent C. Smith** at the address of: **10112 Tamarack Dr., Vienna, VA 22182**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 40s,  Sex: M,  Race/Skin Color: Black,  Height: 5'10",  Weight: 210,  Hair: Bald,  Glasses: N

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 6th day of May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires: 08/31/08

Notary Registration Number:

**Janise Garcia**

**InfoNation, Inc. formally ALIASS**
**10560 Main Street**
**Suite 405**
**Fairfax, VA  22030**
**(703) 934-6777**
Our Job Serial Number: 2008001282

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WILKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

Brian Jame Solecki
AFOSI/DET 704
6 Chennault St Bldg 1712
Hanscom AFB Ma

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE  April 28, 2008 |
| Name of SERVER  George E. Curran | | TITLE  Constable |

| Check one box below to indicate appropriate method of service | |
|---|---|
| ☐ | Served Personally upon the Defendant. Place where served: |
| ☒ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ | Returned unexecuted: |
| ☐ | Other (specify):<br>Left taped to door at apt. #14, 8 Pilgrim Road, North Reading, MA<br>01864  01864<br>Copy was also mailed to same address on 4-28-08  COPY ALSO MAILED<br>FIRST CLASS<br>TO SAME ADDRESS. |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL<br>42.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 28, 2008
               Date

Signature of Server  Geory E Curran

**Baystate Constable Service, Inc**

Address of Server  **138 Bedford Street**

**Burlington, MA 01803**

**(781) 270-7011  (781) 270-4559 f**

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*Thank you
for your business!*
42.00    Paid in full

# United States District Court FILED

## NORTHERN DISTRICT OF CALIFORNIA 08 SEP -8 PM 1: 31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

**V.**

United States America, et al
         Defendants(s) (see attached)

TO: (Name and address of defendant)

Dean R. Clemons
23776 Rockrose Dr
Golden, CO 80401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                                  MAR 2 1 2008
   CLERK                                                      DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

**Colorado Return of Service**

Colorado Process Servers ™, 5711 W Kentucky Ave., Lakewood, CO 80226 , 303-934-2868
http://www.ColoradoProcessServers.net    Melissa@ColoradoProcessServers.net

Case: _____ KAYTRENA J. FRANCIS V. UNITED STATES AMERICA, ET AL

Case Number: CV 07 6125 JSW

I declare, under oath, that I served a:

_____ Summons, Complaint, Answer Form with Exhibits
_____ Summons, Complaint and District Court Civil ( CV ) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim Cross-
Claim or Third Party Complaint
_____ Administrative Process Notice of Financial Responsibility and Administrative Process Subpoena to Produce with Income and
Expense Affidavit
_____ Notice, Claim and Summons to Appear for Trial
_____ Writ of Garnishment with Notice of Exemption and Pending levy and a Claim of Exemption to Writ of Garnishment
_____ Contempt Citation, Verified Motion for Citation of Contempt to Issue, order for Citation of Contempt to Issue
_____ Motion, Order, and Interrogatories Pursuant to Rule 369
_____ Subpoena To Testify
_____ Subpoena Duces Tecum / Witness and Mileage Fee
_____ Subpoena to Produce, with Summons ( Paternity ), with Verified Petition for Paternity and Support, with Affidavit with respect to
Child Support
__✓__ SUMMONS IN A CIVIL CASE, UNITED STATES DISTRICT COURT, CALIFORNIA
NORTHERN DISTRICT.

**On Designated Recipient** DEAN R. CLEMONS

in JEFFERSON County on ( **DATE** ) 5-24-08 , at 145 AM/**PM** at the following location:

( **Address** ) 23776 ROCKROSE DR., GOLDEN, CO 80401
_____ Designated Recipient's usual place of business
__✓__ Designated Recipient's usual place of abode
_____ Registered Agent's address
_____ Other ( explain ) _____

**BY ( Manner of Service )**
__✓__ Handing the documents to the person identified to me as the Designated Recipient.
_____ By identifying these documents, offering to deliver them and then leaving them with the person identified to me as the Designated
Recipient, who refused service. ( Service by Refusal )
_____ Leaving the documents with ( Name ) _____
who is a member of the Designated Recipient's Family, and is over the age of 18 years old.
_____ Leaving the documents at the Designated Recipient's usual place of business with ( Name ) _____,
the Designated Recipient's Secretary, Administrative Assistant, Bookkeeper, or Managing Agent
_____ Leaving the documents with ( Name ) _____, who as (title) _____
is authorized to receive service of process for the Designated Recipient.
_____ Posting

I am over the age of 18 years old and am not interested in, nor a party to this case.

Signature: _Melissa Brookstone_    Date: 5-24-08

Printed Name: _Melissa Brookstone_    **Private Process Server**
Member NAPPS - National Association of Professional Process Servers, COAPPS - Colorado Association of Professional Process Servers

Signed under oath before me on 5-24-08
**Date**

_Jennifer S Brookstone_    Seal: ___
**Notary Public**

JENNIFER S BROOKSTONE
Notary Public
State of Colorado

Fee for this service was: $ 65.

My commission expires: ( Date ) _____ 11-27-2010 _____

Description of the person whom the documents were served on, or left with: _____

Sex: M   Age: 47   Race: W   Height: 6'   Weight: 170 lbs.   Hair Color: GRAY
Length of Hair: SHORT   Eye Color: ___   Glasses?: N   If male: Beard? N   Moustache?: N

Other distinguishing features or characteristics: _____

Copyright 2007  Colorado Process Servers  All Rights Reserved

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE  5-24-08 |
| Name of SERVER  MELISSA BROOKSTONE | | TITLE PRIVATE PROCESS Serer |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:

  23776 ROCKROSE DR.
  GOLDEN, CO 80401

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $65. |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-24-08
                    *Date*

*Signature of Server*

5711 W. KENTUCKY AVE.
*Address of Server*
LAKEWOOD, CO 80226

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED
08 -8 PH 1: 3 i

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIS. DISTRICT CALIF.

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6125 JSW

**V.**

United States America, et al
Defendants(s) (see attached)

TO: (Name and address of defendant)

Edmond B Keith
219 Waverly Hall Ln,
Simpsonville, SC 29681

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $2U$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

MAR 2 1 2008

CLERK                                                                DATE_____

SHEILA RASH

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE  4/30/08 at 4:40 p.m |
| Name of SERVER | | |
| Pamela K. Ledbetter | | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

| ☐ | Served Personally upon the Defendant. Place where served: |
|---|---|
| ☒ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: Matthew Keith, son over the age of 14. |
| ☐ | Returned unexecuted: |
| ☐ | Other *(specify):* |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  3 5.00 pd. |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     4/30/08
                 *Date*

*Signature of Server* Pamela K. Ledbetter

P.O. Box 5051
*Address of Server* Greenville, S.C.
                    29606

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

    TO: (Name and address of defendant)

        Robert Lanier Anderson III
        190 TEN KNOLLS DR
        Macon, GA 31210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $2U$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

                                           MAR 2 1 2008

                                           DATE

    SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE *5/7/08* | *2:13PM* |
| Name of SERVER *J. WAYNE DOWNS* | TITLE *Process Server* | |

Check one box below to indicate appropriate method of service

☒  Served Personally upon the Defendant. Place where served:  *475 Mulberry St. Macon, GA*

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *5/8/08*
              _____
              Date

              _____
              Signature of Server

              *5764 Kentucky Downs D*
              _____
              Address of Server  *Macon, GA 31210*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
Defendants(s) (see attached)

TO: (Name and address of defendant)

Susan Harrell Black
4626 River Point Rd W
Jacksonville, FL 32207

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within  $2\upsilon$  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE

SHEILA RASH

(BY) DEPUTY CLERK

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFONIA**

**KAYTRENA J. FRANCIS**

      Plaintiff/Petitioner,

vs.

**CASE NO.: CV 07−6125 JSW**

**UNITED STATES AMERICA, ET AL**

      Defendant/Respondent.

_____/

**AFFIDAVIT OF SERVICE**

Pursuant to the request of **KAYTRENA FRANCIS** , received this process on **05/30/2008** at **2:28 PM** to be served upon:

**SUSAN HARRELL BLACK**

STATE OF FLORIDA
DUVAL    ss.

I, **JOANN LEWIS (113)**, depose and say that:

On **05/30/2008** at **2:15 PM**, I served the within **20 DAY PERSONAL SUMMONS** on **SUSAN HARRELL BLACK** at **UNITED STATES COURTHOUSE 300 NORTH HOGAN STREET 14TH FLOOR , JACKSONVILLE, FL 32202** in the manner indicated below:

**PUBLIC AGENCY SERVICE:** − F.S. 48.111: Served the above named Public Agency by delivering a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) to **DARBY ROBINSON , STAFF ATTORNEY FOR JUDGE BLACK,** who is authorized to accept service for the above named agency and informing him/her of the contents.

Comments/Prev. Attempts: **DARBY ROBINSON STAFF ATTORNEY FOR JUDGE SUSAN HARRELL BLACK SIGN FOR THE SUMMONS ON BEHALF OF JUDGE BLACK.**

Sworn to and subscribed before me on this
30 day of _May_ , 20 08
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC

DAVID L. VALENTINE
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD388747
EXPIRES 2/2/2009
BONDED THRU 1-888-NOTARY1

X
JOANN LEWIS (113) - Cert/Appt#:
Valentine Processing, Inc.
203 NORTH WASHINGTON STREET
Jacksonville, FL  32202
904.720-2111
Client File#:  - Our File# **5438**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5/30/08 |
| Name of SERVER JoAnn Lewis | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served Darby Robinson, Judge Susan Harrell Black Staff Attorney, in Her Chamber, she wouldn't personally Let me give it to her.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____5/30/08____
Date

_____
Signature of Server

VALENTINE PROCESSING, INC.
203 N. WASHINGTON STREET
Address of Server JACKSONVILLE, FL 32202
(904) 720-2111

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Valentine Processing, Inc.
203 N Washington Street
Jacksonville, FL 32202
Ph: (904) 720.2111 — Fax: 904.727.9687

**KAYTRENA FRANCIS**
**1467 7TH AVENUE #105**
**SAN FRANCISCO , CA 94122**

#### INVOICE FOR SERVICE

Invoice#: **8198**            DATE: **05/30/2008**

Job (5438): **SUSAN HARRELL BLACK**                                    Your File#
                                                      CourtCase#: CV 07–6125 JSW
Plf: KAYTRENA J. FRANCIS                    Def: UNITED STATES AMERICA, ET AL
SUMMONS SERVICE      ––––––––––––––                          $30.00

# TOTAL CHARGES:                                          $ 150.00

PAYMENT – Ck#: 3100                2008–05–30
# BALANCE DUE:                                           $ 30.00

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



009948  X

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)



Rosemary Barkett
3903 LOQUAT AVE
Miami. FL 33133

5/16/08 C
11:07am
Jm306

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122



an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5/19/2008 |

| Name of SERVER | TITLE |
|---|---|
| Joseph Hacker | |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: 99 NE 4th Street Miami, Fl.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/19/08
          Date

Signature of Server

Address of Server   1550 S. Dixie Hwy. #220
          Miami, Fl 33146

ZALI QUEZADA
NOTARY
My Comm. Expires
February 9, 2009
No. DD304753
PUBLIC

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

`08 SEP -8 PH 1: 28`

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 07 6125 JSW

### V.

United States America, et al
      Defendants(s) (see attached)

TO: (Name and address of defendant)

Frank M. Hull
2200 WESLEY ROAD NW
Atlanta, GA 30327

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within _2U_ days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE $5-8-08$ |
| Name of SERVER JASON DOWNS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
TONY AECK

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    $5-8-08$
            *Date*

                          Jason Downs
                          *Signature of Server*
                          2443 Bear Hollow c-t
                          Smyrna, GA 30080
                          *Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

08 SEP -8 PM 1: 28

RICHARD W. WIEKING
CLERK. U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

Joel F. Dubina
3259 Bankhead Ave
Montgomery, AL 36106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $2\tilde{\upsilon}$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>

CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | **RETURN OF SERVICE** | |
|---|---|---|
| | Service of the Summons and Complaint was made by me [1] | DATE *05-15-08* |
| | Name of SERVER *GLENN MCDANIEL* | TITLE *PROCESS SERVER* |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
*MS. BETH DUBINA (WIFE)*

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *05/15/08*
Date

*[Signature]*
Signature of Server

*PO Box 3871 Mont, AL 36109*
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED

08 SEP -8 PH 1:28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

Kaytrena J. Francis

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

Michael Feldman
1106 Quiet Creek Rd
Pensacola Fl 32514

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within $2\upsilon$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
  CLERK

MAR 2 1 2008

DATE_____

SHEILA RASH
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  4|26|08   9 ( bm | |
| Name of SERVER    Mark Clark | TITLE  CPs 346 | |

**Check one box below to indicate appropriate method of service**

☒ Served Personally upon the Defendant. Place where served:  1106 Quiet Creek Driv

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____4/24/08_____
Date

_____
Signature of Server

Temserle  Fl  32514
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**RON MAGEE AND ASSOCIATES, INC.**
**A Certified Process Service**
809 Via De Luna Drive
Pensacola Beach, FL 32561
Phone: (850) 934-0207
Fax: (850) 934-6899
Tax Id 33-1047101

## INVOICE

**Invoice #2008003101**
4/28/2008

Kaytrena J. Francis
1467 7th Ave, #105
San Francisco, CA 94122

MICHAEL FELDMAN, 1106 QUIET CREEK ROAD, PENSACOLA, FL 32514

### ITEMIZED LISTING

| Line Item | | Quantity | Price | Amount |
|---|---|---|---|---|
| Service Fee Pensacola | | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | | $25.00 |
| 04/28/2008 | Pre-Payment | | | 25.00 |
| **BALANCE DUE:** | | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice, or invoice number with your payment.
THANK YOU FOR CHOOSING RON MAGEE AND ASSOCIATES, INC. - A CERTIFIED PROCESS SERVICE!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2n