Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122
415 971-5049
kaytrenaf@yahoo.com
Plaintiff



# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

Kaytrena J. Francis,

    Plaintiff,

v.

UNITED STATES OF AMERICA et al,
    Defendants.

Case Number: CV07-06125 JSW
**CERTIFICATE OF SERVICE**
INDIVIDUAL DEFENDANT(S)

I certify that I am the Plaintiff in the above Captioned Case and

That I SERVED a true and correct copy(ies) of the **Summons** and Complaint by sending said copy(ies) to: Process Server(s) named in the following table for each Defendant to be served in their individual capacity. The date reflected in the table is the date that each Defendant was served.

### DOJ Defendants served in their individual capacity

| Defendant | Date | Process Server |
|---|---|---|
| Stephen Preisser<br>5209 Soundside Dr<br>Gulf Breeze, Fl 32563 | April 23, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| E. Bryan Wilson<br>1014 Lothian Dr<br>Tallahassee, Fl 32312 | April 23, 2008 | Capitol Area Process Service<br>1212 Tung Hill Drive<br>Tallahassee, Fl 32317 |
| Gregory Miller<br>7765 Cricklewood Dr<br>Tallahassee, Fl 32312 | April 25, 2008 | Capitol Area Process Service<br>1212 Tung Hill Drive<br>Tallahassee, Fl 32317 |

### US Marshal Defendants served in their individual capacity

| Defendant | Date | Process Server |
|---|---|---|
| Donna K. Cato<br>One North Palafox Street<br>Pensacola, Fl 32502 | April 22, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| Dominic Guadagnoli<br>One North Palafox Street<br>Pensacola, Fl 32502 | May 27, 2008 | Thornton Process Service<br>3214 Samantha Drvie<br>Cantonment, Fl 32533 |

USAF Defendants served in their individual capacity

| Defendant | Date | Process Server |
|---|---|---|
| CMSgt Vincent Eubanks<br>PSC Box 251<br>Anderson AB Guam 96543 | March 28, 2008 | Plaintiff<br>By Certified mail<br>Return Receipt |
| MSgt Brian Henderson<br>435 Gregory Ave<br>Valparaiso, Fl 32580 | April 21, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| TSgt Chad Dillon<br>1509 Royal Palm Dr<br>Niceville, Fl 32578 | April 21, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| Christopher Lee Anglin<br>3220 Skynight Dr<br>Crestview, Fl 32539 | April 25, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| Brian James Solecki<br>AFOSI/DET 704<br>6 Chennault St Bldg 1712<br>Hanscom AFB Ma | April 28, 2008 | BayState Constable Service, Inc<br>138 Beadford Street<br>Burlington, MA 01803 |
| Capt. Joahna Astel<br>35 SW/JA<br>Unite 5009 (Tori Bldg)<br>APO AP, 96319 | April 29, 2008 | Plaintiff<br>By Certified Mail return receipt |
| Edmond B. Keith<br>219 Waverly Hall Ln<br>Simpsonville, SC 29681 | April 30, 2008 | Pamela K. Ledbetter<br>P.O. Box 5051<br>Greenville, S.C. 29606 |
| Scott R. Farrar<br>9728 Water Oak Dr<br>Fairfax, Va 22031 | May 3, 2008 | InfoNation/ALIASS<br>10560 Main St., Suite 405<br>Fairfax, VA 22030 |
| Michael Yoder<br>3430 26th Ave #322<br>Seattle, Wa 98199 | May 5, 2008 | Seattle Legal Process<br>711 6th Ave North #100<br>Seattle, Wa 98199 |
| Vincent C. Smith<br>10112 Tamarack Dr<br>Vienna, Va 22182 | May 5, 2008 | Janise Garcia<br>10560 Main Street Ste 405<br>Fairfax Va 22030 |
| Dean R. Clemons<br>23776 Rockrose Dr<br>Golden, Co 80401 | May 24, 2008 | Melissa Brookstone<br>5711 W Kentucky Ave<br>Lakewood, Co 80226 |
| Edwards Shepard | | ** |
| Jason Archilla | | ** |
| Kee-Sha Eskridge | | ** |
| Donna Young | | ** |
| Heather Baker<br>2008 Dimond Dr<br>Anchorage AK 99507 | June 30, 2008 | Action Process Service<br>645 G St, #100,<br>Anchorage, AK 99501 |

US Courts Defendants served in their individual capacity

| Defendant | Date | Process Server |
|---|---|---|
| Chet Kaufman<br>3301 Lucky Debonair Trl<br>Tallahassee Fl 32309 | April 23, 2008 | Capitol Area Process Service<br>1212 Tung Hill Drive<br>Tallahassee, Fl 32317 |
| Randolph P. Murrell<br>1649 Hedgefield Ct<br>Tallahassee, Fl 32308 | April 23, 2008 | Capitol Area Process Service<br>1212 Tung Hill Drive<br>Tallahassee, Fl 32317 |

| | | |
|---|---|---|
| Charles Lammers<br>227 N Bronough Ste 4200<br>Tallahassee Fl | May 22, 2008 | Capitol Area Process Service<br>1212 Tung Hill Drive<br>Tallahassee, Fl 32317 |
| Larry Gibbs<br>1357 Mazurek Blvd<br>Pensacola, Fl 32514 | April 22, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| Donna D. Easterling<br>3325 Indian Hills Dr<br>Pace, Fl 32571 | April 22, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| Clyde Roger Vinson<br>1905 E Strong St<br>Pensacola, Fl 32501 | April 24, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| Jerry Marbut<br>2191 Hwy 97 North<br>Molino, Fl 32577 | April 24, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| Andrew Elliott<br>9091 Byrom Campbell Rd<br>Pace, Fl 32571 | April 25, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| Michael Feldman<br>1106 Quiet Creek Rd<br>Pensacola, Fl 32514 | April 26, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| W. Paul Rayborn<br>191 Wildflower Ln<br>Pensacola Fl, 32514 | April 30, 2008 | Ron Magee & Associates<br>809 Via Deluna<br>Pensacola, Fl 32561 |
| Frank M. Hull<br>2200 Wesley Road NW<br>Atlanta, Ga 30327 | May 08, 2008 | Jason Downs<br>2443 Leaf Hollow Ct SE,<br>Smyrna, Cobb, Georgia 30080 |
| Robert Lanier Anderson<br>190 Ten Knolls Dr<br>Macon, Ga 31210 | May 09, 2008 | Downs At Kentucky Downs, Inc.<br>5764 Kentucky Downs Drive<br>Macon, GA 31210 |
| Bryan E. Jansen<br>5565 Berry Brook Cir<br>Pace, Fl 32571 | May 12, 2008 | Thornton Process Service<br>3214 Samantha Drvie<br>Cantonment, Fl 32533 |
| Gordon Miles Davis<br>1213 Ariola Dr<br>Pensacola Beach, Fl 32561 | May 12, 2008 | Thornton Process Service<br>3214 Samantha Drvie<br>Cantonment, Fl 32533 |
| Joel F. Dubina<br>3259 Bankhead Ave<br>Montgomery, Al 36106 | May 15, 2008 | Glen McDaniel<br>PO Box 3871<br>Montgomery, Al 36109 |
| Rosemary Barkett<br>3903 Loquat Ave<br>Miami, Fl 331333 | May 16, 2008 | Joseph Marker<br>1550 S. Dixie Hwy #220<br>Miami Fl 33146 |
| Susan Harrell Black<br>4626 River Point Rd W<br>Jacksonville, Fl 32207 | May 30, 2008 | Valentine Processing Inc<br>203 N. Washington Street<br>Jacksonville, FL 32202 |
| Elizabeth Faulk<br>Room 19-6884<br>450 Golden Gate Avenue<br>San Francisco CA 94102 | July 11, 2008 | A & A Legal Service<br>210 Fell Street, Suite 17<br>San Francisco, CA 94102 |
| Carmen Estrada<br>Room 19-6884<br>450 Golden Gate Avenue<br>San Francisco CA 94102 | June 11, 2008 | A & A Legal Service<br>210 Fell Street, Suite 17<br>San Francisco, CA 94102 |

FBOP Defendants served in their individual capacity

| Defendant | Date | Process Server |
|---|---|---|
| Tracey Broadnax<br>Community Corrections Office<br>6303 County Road 500<br>Wildwood, Fl 34785 | June 30, 2008 | Serve You Right ,LLC<br>P.O. Box 94<br>70-B W. Park Street<br>Center Hill, Fl 33514 |

\*\*

As a result of Defendant's Attorneys Neil Tseng and Mary McNamara non compliance with mandatory initial disclosures, I had to contend with inter alia; extensive hours of locating Defendants, multiple service attempts for the same Individual due to address changes; Defendants avoiding Service process by lying about they do not live where the records reflect they are receiving homestead benefits; Defendants denying that they are not the person being served; Defendants refusing to accept service process; and Defendants running from service process.

Defendants' who did not refuse a true copy of the complaint sent by certified mail on March 21 2008, received two copies of the complaint because I paid for service process by Process Servers after locating respective Process Servers for their area.

Defendant Eskridge is believed to be moving from state to state with a person called "Chris"; Defendant Archilla is believe to have fled to Puerto RICO after receiving a true copy of the complaint via certified mail, and Defendant Shepherd has refused service process at his last known PO Box address overseas. I have attached a list of the certified receipts numbers that were first mailed out.

Federal Public Defender Attorney Mary McNamara interfered with my service process of California Defendants Elizabeth Faulk and Carmen Estrada. McNamara instructed Faulk and Estrada to tell Process Servers that they need to serve their Attorney, Mary McNamara; however, when attempts were made to serve McNamara she interfered with service process by telling process servers that she could not accept process service until she got permission from the court. I did not receive the original United States District Court Summons in a civil case document that she sent to A & A legal back (A & A legal used their own proof of service paper work for the court).

I cannot complete service process on the Eskridge, Young, and Archilla until Defendant's Attorney Neil Tseng provides Plaintiff with mandatory initial disclosures.

I have attached copy of the refusal by Edward Shepherd.

I filed proof of Process Service for each Defendant that was served separately on September 8, 2008.

_____
Kaytrena J. Francis

Defendant(s) in their individually capacity

| | | |
|---|---|---|
| Roger Vinson<br>One North Palafox Street<br>Pensacola Fl, 32502<br>70072680000154278139<br>Delivered March 24, 2008 | Miles Davis<br>One North Palafox Street<br>Pensacola Fl, 32502<br>70072680000154278153<br>Delivered March 24, 2008 | Jerry Marbut<br>One North Palafox Street<br>Pensacola Fl, 32502<br>70072680000154278146<br>Delivered March 24, 2008 |
| W. Paul Rayborn<br>One North Palafox Street<br>17 South De Villiers Street<br>Pensacola Fl, 32502<br>70072680000154278160<br>Delivered March 24, 2008 | Andrew Elliott<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502<br>70072680000154278177<br>Delivered March 24, 2008 | Bryan E. Jansen<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502<br>70072680000154278184<br>Delivered March 24, 2008 |
| Larry Gibbs<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502<br>70072680000154278191<br>Only show acceptance | Donna D. Easterling<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502<br>70072680000154278207<br>Refused | Michael Feldman<br>Suite 100<br>17 South De Villiers Street<br>Pensacola Fl, 32502<br>70072680000154278214<br>Delivered March 24, 2008 |
| Charles Lammers<br>3 W Garden Street, Suite 200<br>Pensacola, FL 32502<br>70072680000154278221<br>Delivered March 26, 2008 | Randolph P. Murrell<br>227 N Bronough St, Suite 4200<br>Tallahassee, FL 32301<br>70072680000154278511<br>Delivered March 24, 2008 | Chet Kaufman<br>227 N Bronough St, Suite 4200<br>Tallahassee, FL 32301<br>70072680000154278245<br>Delivered March 24, 2008 |
| Joel F. Dubina<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303<br>70072680000154278252<br>Delivered March 24, 2008 | Rosemary Barkett<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303<br>70072680000154278269<br>USPS shows acceptance | Susan H. Black<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303<br>70072680000154278276<br>Delivered March 24, 2008 |
| R. Lanier Anderson<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303<br>70072680000154278283<br>Delivered March 24, 2008 | Donna K. Cato<br>One North Palafox Street,<br>Pensacola Fl, 32502<br>70072680000154278290<br>Delivered March 24, 2008 | Frank M. Hull<br>56 Forsyth St. N.W.<br>Atlanta, Georgia 30303<br>70072680000154278351<br>Delivered March 24, 2008 |
| Stephen P. Preisser<br>21 East Garden Street, Ste 400<br>Pensacola, FL 32502<br>70072680000154278320<br>Delivered March 24, 2008 | Gregory R. Miller<br>111 North Adams Street, Fourth Floor<br>Tallahassee, FL 32301<br>70072680000154278337<br>Delivered March 24, 2008 | E. Bryan Wilson<br>111 North Adams Street, Fourth Floor<br>Tallahassee, FL 32301<br>70072680000154278344<br>Delivered March 24, 2008 |
| **Dominic Guadagnoli**<br>6254 Calle De Hidalgo<br>Navarre, Fl 32566<br>70072680000154278306<br>Refused March 26, 2008 | Dean R. Clemons<br>720 Osceola Cir<br>Eglin AFB Fl 32542<br>70072680000154278313<br>Delivered April 3, 2008 | Col Edmond B. Keith<br>11108 Everett Keith Rd<br>Huntersville, NC 28078<br>70072680000154278368<br>Delivered March 28, 2008 |
| Tracy Broadnax<br>CCM Orlando<br>3659 Maguire Blvd., Ste 100<br>Orlando, FL 32803<br>70072680000154278375 | Lt Col Vincent C. Smith<br>Deputy Chief Congressional Inquiry<br>10112 Tamarack Dr<br>Vienna Va 22182<br>70072680000154278382 | Lt. Col Scott Farrar<br>Director of Security Forces<br>1777 N. Kent St<br>Rosslyn Va. 22209<br>70072680000154278504 |

| Delivered March 24, 2008 | Delivered March 25, 2008 | Refused March 24 2008 |
|---|---|---|
| Captain Joanna Astel<br>96 ABW/JAC<br>Eglin AFB, FL 32542<br>70072680000154278528<br>Misawa Japan | Heather A. Baker (legal office)<br>500 Stonehenge Dr<br>Mary Ester, Fl 32569<br>70072680000154278399<br>Refused listed address prop appraisals | Captain Michael J. Yoder<br>770 Saint Vincent CV<br>Niceville, Fl 32578<br>70072680000154278405<br>Return to Sender |
| CMSGT Vince Eubanks<br>PSC Box 251<br>Anderson Guam 96543<br>70072680000154278412<br>Delivered March 28, 2008 | 1Lt Kee-sha D. Eskridge<br>208 Patrician Dr<br>Hampton Va 23666<br>70072680000154278429<br>Returned | MSgt Edward Shepherd<br>1950 Jamaica Dr<br>Navarre, Fl 32566<br>70072680000154278436<br>Refused listed Prop Appraisal |
| TSgt Chad Dillon<br>96 SFS/S3A<br>Eglin AFB Fl 32542<br>70072680000154278443<br>Delivered March 24, 2008 | MSGT Brian Henderson<br>435 Gregory Ave<br>Valparaiso, Fl, 32580<br>70072680000154278450<br>Delivered March 26, 2008 | A1C Jason Archilla<br>8 Forsman Cir NW<br>Fort Walton Beach, Fl 32548<br>70072680000154278467<br>Delivered March 24, 2008 |
| TSgt Christopher Anglin<br>3220 Skynight DR<br>Crestview Fl 32539<br>70072680000154278474<br>Delivered March 24, 2008 | Brian Solecki<br>1917 Kadima Cir<br>Fort Walton Beach, Fl 32547<br>70072680000154278481<br>Returned | Major Donna E. Young<br>5290 Sidehill Dr<br>Sun Valley, NV 89433<br>70072680000154278498<br>Returned |
| Elizabeth Faulk<br>450 Golden Gate Ave<br>San Francisco, CA 94102 | Carmen Estrada<br>450 Golden Gate Ave<br>San Francisco, CA 94102 | |

Kaytrena Francis
1407 7th Ave #105
San Francisco Ca. 94122

CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Edward Shepard
   PSC 2 Box 6285
   APO, AE 09012

2. Article Number (Transfer from service label)

   7007 2680 0001 5430 0595

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

UNITED STATES POSTAL SERVICE

PALO ALTO
SAN FRANCISCO, CA
94128
JUN 24 '08
AMOUNT
$6.75
0009545 7-21

Edward Shepard

FIRST CLASS

Refused by Edward Shepard

Form 3776, January 2004

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

Kaytrena J. Francis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07 6125 JSW

V.

United States America, et al
    Defendants(s) (see attached)

TO: (Name and address of defendant)

See Attached.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kaytrena J. Francis
1467 7th Ave #105
San Francisco Ca. 94122

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

SHEILA NASH
(BY) DEPUTY CLERK

DATE  MAR 21 2008