IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAYTRENA J. FRANCIS,

    Plaintiff,                                    No. C 07-06125 JSW

  v.                                           **ORDER TO SHOW CAUSE**

UNITED STATES OF AMERICA, et al.,

    Defendants.

        On September 16, 2008 and September 23, 2008, this Court issued Orders resolving a number of motions to dismiss filed by the Defendants in this case. On September 23, 2008, the Court also issued a partial judgment pursuant to Federal Rule of Civil Procedure 54(b).

        The only claims that were not dismissed were claims for assault and battery, however the events giving rise to those claims took place in Florida. Accordingly, in its September 23, 2008 Order, the Court Ordered the parties to show cause why those claims should not be transferred to the Northern District of Florida. Plaintiff's response was due on October 31, 2008. Plaintiff has not yet filed her response. Plaintiff did file a notice of appeal on October 14, 2008.

        Because Plaintiff is proceeding *pro se*, the Court shall provide her with additional time to respond to the issue of transfer. Accordingly, Plaintiff's response as to why the remaining claims in this action should not be transferred to the Northern District of Florida shall be due by no later than November 21, 2008. Defendant's response shall be due by December 5, 2008. Plaintiff's reply shall be due on December 12, 2008. The page limits set forth in the Court's September 23, 2008 Order shall be followed.

1    Upon receipt of Plaintiff's reply, the Court shall take the matter under submission and
2 shall advise the parties if it believes a hearing is necessary.  Plaintiff is HEREBY ADVISED
3 that failure to submit a response to this Order by November 21, 2008, shall result in the
4 dismissal of the remaining claims.

**IT IS SO ORDERED.**

Dated: November 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYTRENA J FRANCIS,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA et al,<br><br>        Defendant. | Case Number: CV07-06125 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kaytrena J. Francis
1467 7th Avenue
# 105
San Francisco, CA 94122

Dated: November 6, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk